*Norton, J.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 0 6 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TUFAMERICA, INC.,

                Plaintiff,

        v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                Defendants.

-----------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

     **IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between

the undersigned counsel for Plaintiff TufAmerica, Inc. and Defendant Capitol Records, LLC

("Defendant"), that the time for Defendant to interpose an answer, move, or otherwise plead in

the within action be extended for thirty (30) days from September 6, 2012, until and including

October 8, 2012 with respect to the above-captioned matter.

This constitutes the first such extension requested by Defendant.

Dated: September 5, 2012
      New York, New York

**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**

By: _____
    Theodore C. Max, Esq. (TM-1742)
    Kenneth Anderson, Esq. (KA-0023)
    30 Rockefeller Plaza
    New York, NY 10112-0015
    Telephone: 212.653.8700
    Facsimile: 212.653.8701
    tmax@sheppardmullin.com
    kanderson@sheppardmullin.com

    *Attorneys for Defendant Capitol*
    *Records, LLC*

**LAW OFFICES OF KELLY D. TALCOTT**

By: _____
    Kelly D. Talcott
    Post Office Box 43, 34 Grove Street
    Sea Cliff, New York 11579
    Telephone: 516.515.1545
    Facsimile: 516.871.0682
    kdtlaw@gmail.com

    *Attorney for Plaintiff TufAmerica, Inc.*

9/6/12

SO ORDERED

_____
              U.S.D.J.