UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TUFAMERICA, INC.,

                Plaintiff,

   v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, pka BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                Defendants.
-----------------------------------------------------------------X

Index No.: 12 CIV 3529

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 1 0 2012

## STIPULATION EXTENDING TIME TO
## ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

It is hereby stipulated and agreed by and among the parties hereto and their undersigned counsel that the time within which Defendant Universal - Polygram International Publishing, Inc., (incorrectly named as Universal Music Publishing, Inc.) ("UMPG") shall answer, move or otherwise respond to the complaint in this matter shall be extended up to and including October 1, 2012.

LAW OFFICES OF KELLY D. TALCOTT

BY: _____

Kelly D. Talcott
**Attorney for Plaintiff**
PO Box 43,
34 Grove St.
Sea Cliff, NY 11579
Tel: (516) 515-1545
Fax: (516) 871-0682

UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,

BY: _____

Carla M. Miller (CM-3534)
**Attorney for Defendants**
1755 Broadway, 4th Floor
New York, New York 10019
Tel: (212) 331-2564
Fax: (212) 331-2583

So Ordered:

_____
Dated: 9/10/12

9556.7