USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 9 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TUFAMERICA, INC.,

          Plaintiff,

      v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

          Defendants.
-----------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, the Plaintiff TufAmerica, Inc. ("Plaintiff TufAmerica") filed its Complaint in this Action on May 3, 2012.

WHEREAS, the Plaintiff TufAmerica served Defendant Capitol Records, LLC ("Defendant Capitol") on or about August 6, 2012, and Defendants Universal Musical Publishing Group and Universal Music Publishing Group ("Defendants Universal") on or about August 16, 2012;

WHEREAS, the Plaintiff TufAmerica has not yet served Defendants Michael Diamond, Adam Horovitz, the Estate of Adam Yauch and Brooklyn Dust Music ("Beastie Boys Defendants");

SMRH:200592696.2

WHEREAS, counsel for Beastie Boys Defendants has advised it will consent to accept service of the Complaint and to waive its objections to untimely service under Federal Rules of Civil Procedure 4(m);

WHEREAS, Plaintiff TufAmerica and Defendant Capitol agreed on September 5, 2012 to stipulate to an extension of the time for Defendant Capitol to interpose an answer, move or otherwise plead in this Action from September 6, 2012 to October 8, 2012;

WHEREAS, Plaintiff TufAmerica agrees to complete service of all Defendants by October 5, 2012 by serving counsel for Beastie Boys Defendants;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the undersigned counsel for Plaintiff TufAmerica and Defendant Capitol Records, LLC, Beastie Boys Defendants, and Defendant Universal, that the time for Defendants to interpose an answer, move, or otherwise plead in the within action be extended from October 8, 2012 until and including November 12, 2012 with respect to the above-captioned matter.

Dated: October 3, 2012
New York, New York

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Theodore C. Max, Esq. (TM-1742)
Kenneth Anderson, Esq. (KA-0023)
30 Rockefeller Plaza
New York, NY  10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701
tmax@sheppardmullin.com
kanderson@sheppardmullin.com

*Attorneys for Defendants Capitol Records, LLC and Beastie Boys*

LAW OFFICES OF KELLY D. TALCOTT

By: _____
Kelly D. Talcott
Post Office Box 43, 34 Grove Street
Sea Cliff, New York  11579
Telephone: 516.515.1545
Facsimile: 516.871.0682
kdtlaw@gmail.com

*Attorney for Plaintiff TufAmerica, Inc.*

UNIVERSAL MUSIC PUBLISHING, INC.
UNIVERSAL MUSIC PUBLISHING
GROUP;

By: _____
Carla M. Miller (CM-3534)
1755 Broadway, 4th Floor
New York, NY 10019
Telephone: 212.331.2564
Facsimile: 212.331.2583

*Attorney for Defendants*
*Universal Music Publishing, Inc. and*
*Universal Music Publishing Group*

SO ORDERED: 10/9/12

_____
U.S.D.J.