UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TUFAMERICA, INC.,

                Plaintiff,

          v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                Defendants.
-----------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

**RULE 7.1 STATEMENT (CAPITOL RECORDS, LLC)**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Capitol Records, LLC hereby certifies:

> "The following entities have a direct or indirect ownership interest in Capitol Records, LLC: Virgin Records CM Holdings Inc.; EMI RM US, Inc.; EMI Group Inc.; EMI Group International Holdings Ltd; EMI Group Worldwide; Virgin Music Group; EMI Group Ltd; EMI Group (Newco) Limited; EMI Group Worldwide Holdings Ltd; and Universal Music Holdings Ltd., which is ultimately, indirectly owned by Vivendi S.A., a publicly held French company."

Dated: New York, New York
January 4, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Theodore C. Max, Esq. (TM-1742)
Kenneth B. Anderson, Esq. (KA-9923)
30 Rockefeller Plaza
New York, NY  10112-0015
Telephone: (212) 653 - 8700
Facsimile:  (212) 653 - 8701
tmax@sheppardmullin.com
kanderson@sheppardmullin.com
*Attorneys for Defendants Capitol Records, LLC, Michael Diamond, Adam Horovitz, the Estate of Adam Yauch and Brooklyn Dust Music*