USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 21 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

TUFAMERICA, INC.,

                Plaintiff,

-v-                                          12 Civ. 3529 (AJN)

MICHAEL DIAMOND, et al.,                  ORDER

                Defendants.

----------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    In light of Defendants' Motion to Dismiss the Amended Complaint, (Dkt. No. 26), it is ORDERED that Defendants' previously filed motion to dismiss the original complaint, (Dkt. No. 17), is hereby administratively denied.

    SO ORDERED.

Dated: March 21, 2012
New York, New York

                                                    ALISON J. NATHAN
                                               United States District Judge