UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| TUFAMERICA, INC., | |
| Plaintiff, | Case No. 12 Civ. 3529 (AJN) |
| v. | **NOTICE OF MOTION** |
| MICHAEL DIAMOND, *et al.*, | |
| Defendants. | |

------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, based upon the accompanying Memorandum of Law and Declaration of Andrew H. Bart, and the exhibits attached thereto, the undersigned attorneys for Defendants Universal–Polygram International Publishing, Inc. (incorrectly named as Universal Music Publishing, Inc. and Universal Music Publishing Group) and Capitol Records, LLC will move this Court, before the Honorable Alison J. Nathan, United States District Court Judge, United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time directed by the Court, for an award of attorneys' fees and costs pursuant to Section 505 of the Copyright Act and Rule 54 of the Federal Rules of Civil Procedure, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 9, 2014

                                             JENNER & BLOCK LLP

                                             */s Andrew H. Bart*
                                             Andrew H. Bart
                                             Nathaniel H. Benforado
                                             919 Third Avenue
                                             New York, New York  10022-3908
                                             (212) 891-1645
                                             *Attorneys for Defendants Universal–*
                                             *Polygram International Publishing, Inc.*
                                             *and Capitol Records, LLC*