# EXHIBIT E

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4     - - - - - - - - - - - - - - - - - -x

5    TUFAMERICA, INC.,

6            Plaintiff,

                           12cv3529(AJN)

7            -against-

8    MICHAEL DIAMOND, ADAM HOROVITZ and

     ADAM YAUCH, P/K/A BEASTIE BOYS,

9    UNIVERSAL MUSIC PUBLISHING, INC.,

     UNIVERSAL MUSIC PUBLISHING GROUP,

10   BROOKLYN DUST MUSIC and CAPITAL

     RECORDS, LLC,

11

            Defendants.

12

     - - - - - - - - - - - - - - - - - -x

13

                    30 Rockefeller Plaza

14                  New York, New York

15                  May 20, 2014

                    10:27 a.m.

16

17

18       VIDEOTAPE DEPOSITION of AARON S.

19   FUCHS, the Witness in above-entitled

20   action, held at above time and place,

21   taken before Francine Sky, a Certified

22   Shorthand Reporter and Notary Public of

23   the State of New York, pursuant to the

24   Federal Rules of Civil Procedure, and

25   stipulations between Counsel.

1
2  APPEARANCES:
3
4  THE LAW OFFICES OF KELLY D. TALCOTT
5      Attorneys for Plaintiff
6      34 Grove Street
7      P.O. Box 43
8      Sea Cliff, New York 11579
9  BY:  KELLY D. TALCOTT, ESQ.
10
11
12
13  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
14      Attorneys for Defendants
15      Michael Diamond, Adam
16      Horovitz, Adam Yauch, p/k/a
17      Beastie Boys
18      30 Rockefeller Plaza
19      New York, New York 10112
20  BY:  THEODORE C. MAX, ESQ.
21
22
23
24
25

1
2  A P P E A R A N C E S:  (Continued)
3
4  JENNER & BLOCK, LLP
5  Attorneys for Defendants
6  UMG PolyGram International
7  Publishing, Inc. and Capitol
8  Records, LLC
9      919 Third Avenue
10      New York, New York  10022
11  BY:  NATHANIEL H. BENFORADO, ESQ.
12
13
14
15
16
17  Also Present:
18
19  GEORGE LIBBARES, Videographer
20  Veritext New York
21          *    *    *
22
23
24
25

1
2      IT IS HEREBY STIPULATED AND
3  AGREED, by and among counsel for
4  the respective parties hereto, that
5  the filing, sealing and
6  certification of the within
7  deposition shall be and the same
8  are hereby waived.
9      IT IS FURTHER STIPULATED AND
10  AGREED that all objections, except
11  as to form of the question, shall
12  be reserved to the time of the
13  trial.
14      IT IS FURTHER STIPULATED AND
15  AGREED that the within deposition
16  may be signed before any Notary
17  Public, with the same force and
18  effect as if signed and sworn to
19  before the Court.
20
21
22      ~ oOo ~
23
24
25

1      A. Fuchs
2      THE VIDEOGRAPHER:  Stand by,          10:27AM
3  please.  We're now recording and on      10:27AM
4  the record.                  10:27AM
5      Please note that the             10:27AM
6  microphones are sensitive and may        10:27AM
7  pick up whispering and private          10:27AM
8  conversations.  Please turn off all      10:27AM
9  cell phones or place them away from      10:27AM
10  the microphones as they can           10:27AM
11  interfere with the deposition         10:27AM
12  audio.  Recording will continue        10:27AM
13  until all parties agree to go off       10:27AM
14  the record.                 10:27AM
15      My name is George Libbares,         10:27AM
16  representing Veritext New York.        10:28AM
17  The date today is May 20, 2014 and     10:28AM
18  the time is 10:29 a.m.            10:28AM
19      This deposition is being held       10:28AM
20  at Sheppard Mullin Richter &         10:28AM
21  Hampton, LLP, located at 30          10:28AM
22  Rockefeller Plaza, New York, New       10:28AM
23  York, and is being taken by counsel    10:28AM
24  for the Defendants.             10:28AM
25      The caption of this case is        10:28AM

2 (Pages 2 - 5)

A. Fuchs

1
2 with regards to Trouble Funk?                10:42AM
3      A.   Yes.                              10:42AM
4      Q.   For how long have you             10:42AM
5 contracted with digital platforms           10:42AM
6 regarding Trouble Funk?                      10:42AM
7      A.   Same period.  The five years       10:42AM
8 maybe a little bit, six, seven.  I'm         10:42AM
9 not sure.                                    10:42AM
10     Q.   I believe you said that in         10:42AM
11 terms of earning income for artists         10:42AM
12 that there are record sales,                10:42AM
13 third-party licenses and litigating         10:42AM
14 infringements of copyrights; do you         10:42AM
15 recall that testimony?                      10:42AM
16     A.   Yes.                              10:42AM
17     Q.   Can you tell me with regard        10:42AM
18 to the business of TufAmerica, what         10:42AM
19 percentage of the business in the           10:42AM
20 aggregate involves record sales?            10:42AM
21     A.   I don't know.                      10:42AM
22     Q.   Can you tell me what               10:42AM
23 percentage of the business involves         10:42AM
24 third-party licenses?                       10:42AM
25     A.   No.  No.  It's liquid.            10:42AM

1               A. Fuchs
2      Q.   And can you tell me what           10:42AM
3 percentage of the business of               10:42AM
4 TufAmerica involves litigating              10:43AM
5 infringements of copyright?                 10:43AM
6      A.   I can't.  I'm sorry.              10:43AM
7      Q.   Can you tell me which of the       10:43AM
8 three is the largest percentage?            10:43AM
9      A.   Only in terms of physical         10:43AM
10 space.  Selling records is the largest.    10:43AM
11     Q.   I wasn't asking about             10:43AM
12 physical space.  I was talking about       10:43AM
13 dollars.                                   10:43AM
14     A.   I know.  That's the best I        10:43AM
15 can do.                                    10:43AM
16     Q.   With regards to Trouble Funk,     10:43AM
17 can you tell me what percentage of the     10:43AM
18 business that TufAmerica has done with     10:43AM
19 regards to Trouble Funk?                   10:43AM
20          Can you tell me what              10:43AM
21 percentage is record sales?               10:43AM
22     A.   No.                              10:43AM
23     Q.   Can you tell me what             10:43AM
24 percentage of the business that          10:43AM
25 TufAmerica has done for Trouble Funk is   10:43AM

1               A. Fuchs
2 third-party licenses?                       10:43AM
3      A.   I can't.                          10:43AM
4      Q.   Can you tell me what              10:43AM
5 percentage of the business that            10:43AM
6 TufAmerica has done for Trouble Funk is    10:43AM
7 litigating infringements of copyright?     10:44AM
8      A.   I'm sorry, I can't.              10:44AM
9      Q.   Can you tell me which is the      10:44AM
10 largest in terms of percentages of the    10:44AM
11 three?                                    10:44AM
12     A.   I can't.                         10:44AM
13     Q.   Can you rank them highest to      10:44AM
14 lowest?                                   10:44AM
15          MR. TALCOTT:  Objection.        10:44AM
16     A.   I can't.                         10:44AM
17     Q.   Is there someone at             10:44AM
18 TufAmerica who would have that           10:44AM
19 information?                              10:44AM
20     A.   Yeah.                           10:44AM
21     Q.   Who is that?                     10:44AM
22     A.   Our bookkeeper.                 10:44AM
23     Q.   What is the name of the          10:44AM
24 bookkeeper?                               10:44AM
25     A.   I can't remember her last        10:44AM

1               A. Fuchs
2 name.  Ali.                                10:44AM
3      Q.   How do you spell that?           10:44AM
4      A.   A-L-I.                           10:44AM
5      Q.   Can you make an estimate as      10:44AM
6 to which of the three would be the        10:44AM
7 largest?                                   10:44AM
8      A.   No.  You know the record         10:44AM
9 business is, you know, ever fluctuating    10:45AM
10 and the way you make money fluctuates.    10:45AM
11          For example, in the last year    10:45AM
12 or so the sale of vinyl has become        10:45AM
13 shockingly more popular.  So it's very    10:45AM
14 hard to ascertain.  You just have to,    10:45AM
15 you know keep all your jacks spinning    10:45AM
16 and you just got to take care of every   10:45AM
17 facet of the business.                    10:45AM
18     Q.   For how long have you been       10:45AM
19 the president of TufAmerica?              10:45AM
20     A.   Since its inception, sometime    10:46AM
21 in the late '80s.                         10:46AM
22     Q.   And prior to that what was       10:46AM
23 your employment?                          10:46AM
24     A.   I was president of an earlier    10:46AM
25 corporate incarnation or an earlier      10:46AM

6 (Pages 18 - 21)

1          A. Fuchs
2  corporation called Tuff & Rumble          10:46AM
3  Management which was also the parent          10:46AM
4  company of Tuff City Records.          10:46AM
5      Q.   What is the current status of          10:46AM
6  Tuff & Rumble Management?          10:46AM
7      A.   I'm pretty sure it was          10:46AM
8  dissolved.          10:46AM
9      Q.   Do you know when it was          10:46AM
10  dissolved?          10:46AM
11      A.   No.          10:46AM
12      Q.   When was it formed?          10:46AM
13      A.   Around '82/83.          10:46AM
14      Q.   Did you form it in or around          10:47AM
15  1982 or 1983?          10:47AM
16      A.   Yes.          10:47AM
17      Q.   Did you form it with anyone          10:47AM
18  else?          10:47AM
19      A.   No.          10:47AM
20      Q.   Why was Tuff & Rumble          10:47AM
21  Management dissolved?          10:47AM
22      A.   That was an accountant's          10:47AM
23  decision I think.  I'm not sure.          10:47AM
24      Q.   Did you make the decision          10:47AM
25  ultimately?          10:47AM

1          A. Fuchs
2      A.   Did I ultimately make it?          10:47AM
3      Q.   Yes.          10:47AM
4      A.   Yeah.  Yeah.  I couldn't tell          10:47AM
5  you why.          10:47AM
6      Q.   You can't tell me why sitting          10:47AM
7  here?          10:47AM
8      A.   No.          10:47AM
9      Q.   Did it have economic          10:47AM
10  problems?          10:47AM
11      A.   No.          10:47AM
12      Q.   What are your current duties          10:47AM
13  and responsibilities as president of          10:47AM
14  TufAmerica?          10:47AM
15      A.   To purchase music catalogs          10:47AM
16  and supervise staff, so that they are          10:48AM
17  integrated into the body of music that          10:48AM
18  we own so that we can promote, earn          10:48AM
19  income from them.          10:48AM
20      Q.   Let me break that down.          10:48AM
21  You said purchase music          10:48AM
22  catalogs, can you explain what you mean          10:48AM
23  by that?          10:48AM
24      A.   Yeah.  In the music business          10:48AM
25  there are two thrusts to a company.          10:49AM

1          A. Fuchs
2  You can be either hit driven or catalog          10:49AM
3  driven.          10:49AM
4          We are catalog driven.  It          10:49AM
5  hews to a tradition that began with the          10:49AM
6  publishing industry.  So that you make          10:49AM
7  money more from administration, you          10:49AM
8  know, what they call slow incremental,          10:49AM
9  but income that accretes in an ongoing          10:49AM
10  way.          10:49AM
11      Q.   When you say a music catalog,          10:49AM
12  can you tell me what you mean by a          10:49AM
13  music catalog.          10:49AM
14      A.   Yeah.  A record company that          10:49AM
15  had an existence and ceased to exist.          10:49AM
16  Most of them are inactive.          10:50AM
17      Q.   And so when you were talking          10:50AM
18  about the 50 or so artists, most of          10:50AM
19  those record companies or artists are          10:50AM
20  inactive, is that what you are saying?          10:50AM
21      A.   Yeah.          10:50AM
22      Q.   Can you give me an estimate          10:50AM
23  in terms of out of the 50, how many are          10:50AM
24  active?          10:50AM
25      A.   Three to five.          10:50AM

1          A. Fuchs
2      Q.   Which are the three to five          10:50AM
3  active?          10:50AM
4      A.   Trouble Funk, Herman Hitson.          10:50AM
5  And there were artists that I ran my          10:50AM
6  company as a contemporary music          10:51AM
7  operation in the '80s, and I have since          10:51AM
8  folded those recordings into the body          10:51AM
9  of catalogs that I administer.          10:51AM
10      Q.   Can you tell me which          10:51AM
11  performers or acts in the '80s you're          10:51AM
12  referring to?          10:51AM
13      A.   Freddie Barton.          10:51AM
14      Q.   Any others?          10:51AM
15      A.   Ron Brown.          10:51AM
16      Q.   Anyone else?          10:51AM
17      A.   That's all that comes to          10:51AM
18  mind.          10:52AM
19      Q.   Now you said that one of your          10:52AM
20  duties and responsibilities is to          10:52AM
21  supervise staff so that they're          10:52AM
22  integrated into the body of music that          10:52AM
23  you own.          10:52AM
24          Can you tell me what the body          10:52AM
25  of music is that TufAmerica owns?          10:52AM

1    A. Fuchs
2 business, I was in the rap business.    02:28PM
3 It was -- wasn't a big business at that    02:28PM
4 time.    02:28PM
5    Q.    Had you ever heard the    02:28PM
6 Beastie Boys perform the music that is    02:28PM
7 the subject of TufAmerica Exhibit 2?    02:29PM
8    A.    A record, live?  Do you mean    02:29PM
9 something at all?    02:29PM
10    Q.    In any way, shape or form.    02:29PM
11    A.    I can't remember.  I'm sure I    02:29PM
12 heard "Hold it Now, Hit It".    02:29PM
13    Q.    Are you familiar with the    02:29PM
14 album Paul's Boutique?    02:29PM
15    A.    Yes.    02:29PM
16    Q.    When did you first hear    02:29PM
17 Paul's Boutique?    02:29PM
18    A.    I don't know if I heard the    02:29PM
19 album, but I was aware that it was    02:29PM
20 released.    02:29PM
21    Q.    Are you familiar with the    02:29PM
22 song or the musical recording    02:29PM
23 "Shadrach"?    02:29PM
24    A.    Not intimately.    02:29PM
25    Q.    You said you are familiar    02:29PM

1    A. Fuchs
2 with "Hold it Now, Hit It"?    02:29PM
3    A.    Yes.    02:29PM
4    Q.    And when did you first hear    02:29PM
5 that?    02:29PM
6    A.    When it came out, '83/84.    02:30PM
7    Q.    Have you heard it since then?    02:30PM
8    A.    Yeah.    02:30PM
9    Q.    How many times have you heard    02:30PM
10 it?    02:30PM
11    A.    Not sure.    02:30PM
12    Q.    Hundreds of times?    02:30PM
13    A.    I don't know.  A few times.    02:30PM
14    Q.    Can you be more precise about    02:30PM
15 what you mean by a few?    02:30PM
16    A.    I think it was either on the    02:30PM
17 radio or MTV.  It wasn't that I was    02:30PM
18 actively or consciously looking or    02:30PM
19 listening for it.  But I'm aware of the    02:30PM
20 song.    02:30PM
21    Q.    And it's gotten a lot of play    02:30PM
22 over the years?    02:30PM
23    A.    Yes.    02:30PM
24    Q.    What about --    02:30PM
25    A.    I'm not with Arbitron, but as    02:30PM

1    A. Fuchs
2 a layperson, I would assume it has.    02:30PM
3    Q.    What about "Car Thief", have    02:31PM
4 you ever heard "Car Thief"?    02:31PM
5    A.    Not by title.    02:31PM
6    Q.    With regards to "Hold it Now,    02:31PM
7 Hit It," you said you've heard that.    02:31PM
8    Have you ever heard of the    02:31PM
9 album License to Ill?    02:31PM
10    A.    Yes.    02:31PM
11    Q.    Do you own a copy of that?    02:31PM
12    A.    No.    02:31PM
13    Q.    Do you own a copy of Paul's    02:31PM
14 Boutique?    02:31PM
15    A.    No.    02:31PM
16    Q.    What about "The New Style,"    02:31PM
17 have you ever heard that song?    02:31PM
18    A.    I've heard of it.  I can't    02:31PM
19 remember the way -- how it goes.    02:31PM
20    Q.    I would like you to pull out    02:32PM
21 what has been marked as TufAmerica 3,    02:32PM
22 which I think you looked at, and I'm    02:32PM
23 going to ask you a few questions about    02:32PM
24 that as well.    02:32PM
25    MR. TALCOTT:  Can we take a    02:32PM

1    A. Fuchs
2 break before we get into that?    02:32PM
3    MR. MAX:  Yes.  Sure.    02:32PM
4    THE VIDEOGRAPHER:  The time    02:32PM
5 is 2:32 p.m.  We're off the    02:32PM
6 record.    02:32PM
7    (Whereupon, a short recess    02:32PM
8 was taken.)    02:41PM
9    THE VIDEOGRAPHER:  The time    02:41PM
10 is 2:42.  We're on the record.    02:41PM
11    Q.    Mr. Fuchs, if you could pull    02:41PM
12 out TufAmerica 3, I have a couple of    02:41PM
13 questions about that document.    02:41PM
14    Referring you to paragraph    02:41PM
15 13.    02:41PM
16    A.    Yes.    02:41PM
17    Q.    Is that paragraph 13    02:42PM
18 accurate?    02:42PM
19    A.    To the best of my knowledge.    02:42PM
20    Q.    Referring you to paragraph    02:42PM
21 19.  Is that paragraph accurate?    02:42PM
22    A.    Yes.    02:42PM
23    Q.    I would like you to pull out    02:42PM
24 what has been marked as TufAmerica    02:43PM
25 Exhibit 9 for identification.  The    02:43PM

38 (Pages 146 - 149)

1          A. Fuchs
2    document bearing Bates number UMG 17          02:43PM
3    through 47.                                    02:43PM
4          A.    Okay.                              02:43PM
5          Q.    First, I would like to ask        02:43PM
6    you, have you ever seen this document          02:43PM
7    before?                                        02:43PM
8          A.    No.                                02:43PM
9          Q.    Prior to sitting here today,       02:43PM
10   you've never seen this document?               02:43PM
11         A.    No.  I have not.                    02:43PM
12         Q.    Have you ever heard that            02:43PM
13   Island Records, Inc. entered into an          02:43PM
14   agreement as of October 11, 1984 with         02:43PM
15   T.T.E.D. Records, Inc.?                        02:44PM
16         A.    No.                                02:44PM
17         Q.    So prior to coming here            02:44PM
18   today, you were unaware of this               02:44PM
19   document?                                     02:44PM
20         A.    That's right.  I mean -- let       02:44PM
21   me clarify that, between the time you          02:44PM
22   produced it in the course of this             02:44PM
23   lawsuit and it was made -- and it was         02:44PM
24   made aware, my counsel was made aware         02:44PM
25   of it, at that point I was made aware         02:44PM

1          A. Fuchs
2    of it.                                        02:44PM
3          Q.    Prior to the production of        02:44PM
4    this document in this lawsuit, you were       02:44PM
5    unaware of this document?                     02:44PM
6          A.    That's right.  And I knew          02:44PM
7    that they Trouble Funk you know did           02:44PM
8    record for Island at one point, but I         02:44PM
9    didn't know about this document.              02:44PM
10         Q.    Do you know whether Mr.            02:44PM
11   Gandel had ever seen this document or         02:45PM
12   reviewed the document?                        02:45PM
13         A.    No, I don't.                       02:45PM
14         Q.    Do you know whether this          02:45PM
15   document, TufAmerica Exhibit 9, was           02:45PM
16   reviewed with regards to the due              02:45PM
17   diligence for the Publishing                  02:45PM
18   Administration Agreement, TufAmerica 4,        02:45PM
19   and the Master Administration                 02:45PM
20   Agreement, TufAmerica Exhibit 5?              02:45PM
21         A.    I don't know if this document      02:45PM
22   was reviewed for those purposes.  And I       02:45PM
23   don't know how -- okay, I mean...             02:45PM
24         I don't know that it was                02:45PM
25   reviewed for those purposes.                  02:45PM

1          A. Fuchs
2          Q.    Referring you to the page         02:46PM
3    bearing Bates number UMG 26, do you           02:46PM
4    recognize any of the signatures on that       02:46PM
5    page?                                         02:46PM
6          A.    I recognize the signature of       02:46PM
7    Max Kidd.                                     02:46PM
8          Q.    How do you recognize that         02:46PM
9    signature?                                    02:46PM
10         A.    Because it's clear.  It looks      02:46PM
11   like print.                                   02:46PM
12         Q.    Do you know who Max Kidd is?       02:46PM
13         A.    He was a Washington, D.C.          02:46PM
14   music business person.                        02:46PM
15         Q.    Have you ever had any             02:46PM
16   involvement with Mr. Kidd?                     02:46PM
17         A.    No.                                02:46PM
18         Q.    Referring you now to another      02:46PM
19   document, TufAmerica Exhibit 10.  If          02:46PM
20   you could pull that out.                      02:47PM
21         A.    Okay.                              02:47PM
22         Q.    Have you ever seen this           02:47PM
23   document before?                              02:47PM
24         A.    No.                                02:47PM
25         Q.    This document bears Bates         02:47PM

1          A. Fuchs
2    number UMG 167 through 169.                    02:47PM
3          Mr. Fuchs, can you tell me              02:47PM
4    what a letter of inducement is?               02:47PM
5          MR. TALCOTT:  Objection.                02:47PM
6          A.    Not really.                        02:47PM
7          Q.    Have you ever heard that          02:47PM
8    term?                                         02:47PM
9          A.    Yes.                               02:47PM
10         Q.    What does that term mean to        02:47PM
11   you?                                          02:47PM
12         A.    Oh, God.  It's something I've      02:47PM
13   heard about through the years, but I've       02:47PM
14   never personally drafted one.  I would        02:47PM
15   have to read this.                            02:47PM
16         Q.    So you're not really familiar      02:47PM
17   with what a letter of inducement is?          02:47PM
18         A.    No.                                02:47PM
19         Q.    In terms of the business of        02:48PM
20   TufAmerica, Inc., you don't really deal        02:48PM
21   with letters of inducement as a general       02:48PM
22   term?                                         02:48PM
23         A.    I've never given out, drafted      02:48PM
24   a letter of inducement for somebody to         02:48PM
25   sign.                                         02:48PM

39 (Pages 150 - 153)