# EXHIBIT F

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4    - - - - - - - - - - - - - - - - - - -x
 5   TUFAMERICA, INC.,
 6           Plaintiff,
                                  12cv3529(AJN)
 7           -against-
 8   MICHAEL DIAMOND, ADAM HOROVITZ and
     ADAM YAUCH, P/K/A BEASTIE BOYS,
 9   UNIVERSAL MUSIC PUBLISHING, INC.,
     UNIVERSAL MUSIC PUBLISHING GROUP,
10   BROOKLYN DUST MUSIC and CAPITAL
     RECORDS, LLC,
11
             Defendants.
12
     - - - - - - - - - - - - - - - - - - -x
13
                   30 Rockefeller Plaza
14                 New York, New York
15                 May 6, 2014
                   9:42 a.m.
16
17
18       VIDEOTAPE DEPOSITION of WILLIAM A.
19   SCOTT, the Witness in above-entitled
20   action, held at above time and place,
21   taken before Francine Sky, a Certified
22   Shorthand Reporter and Notary Public of
23   the State of New York, pursuant to the
24   Federal Rules of Civil Procedure, and
25   stipulations between Counsel.
```

| | Page 2 | | Page 4 |
|---|---|---|---|
| 1 | | 1 | |
| 2 | APPEARANCES: | 2 | STIPULATIONS |
| 3 | | 3 | IT IS HEREBY STIPULATED AND AGREED, |
| 4 | THE LAW OFFICES OF KELLY D. TALCOTT | 4 | by and among counsel for the respective |
| 5 | Attorneys for Plaintiff | 5 | parties hereto, that the filing, |
| 6 | 34 Grove Street | 6 | sealing and certification of the within |
| 7 | P.O. Box 43 | 7 | deposition shall be and the same are |
| 8 | Sea Cliff, New York 11579 | 8 | hereby waived; |
| 9 | BY:  KELLY D. TALCOTT, ESQ. | 9 | IT IS FURTHER STIPULATED AND AGREED |
| 10 | | 10 | that all objections, except as to form |
| 11 | | 11 | of the question, shall be reserved to |
| 12 | | 12 | the time of the trial; |
| 13 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP | 13 | IT IS FURTHER STIPULATED AND AGREED |
| 14 | Attorneys for Defendants | 14 | that the within deposition may be |
| 15 | Michael Diamond, Adam | 15 | signed before any Notary Public with |
| 16 | Horovitz, Adam Yauch, p/k/a | 16 | the same force and effect as if signed |
| 17 | Beastie Boys | 17 | and sworn to before the Court. |
| 18 | 30 Rockefeller Plaza | 18 | *  *  * |
| 19 | New York, New York 10112 | 19 | |
| 20 | BY: THOMAS M. MONAHAN, ESQ. | 20 | |
| 21 |    -and- | 21 | |
| 22 | THEODORE C. MAX, ESQ. | 22 | |
| 23 | | 23 | |
| 24 | | 24 | |
| 25 | | 25 | |

| | Page 3 | | Page 5 |
|---|---|---|---|
| 1 | | 1 | Proceedings |
| 2 | | 2 | THE VIDEOGRAPHER:  We're now   09:43AM |
| 3 | A P P E A R A N C E S:  (Continued) | 3 | on the record.  Please note that    09:43AM |
| 4 | | 4 | the microphones are sensitive and    09:43AM |
| 5 | JENNER & BLOCK, LLP | 5 | may pick up whispering and private   09:43AM |
| 6 | Attorneys for Defendants | 6 | conversations.  Please turn off all   09:43AM |
| 7 | UMG PolyGram International | 7 | cell phones or place them away from   09:43AM |
| 8 | Publishing, Inc. and Capitol | 8 | the microphones as they can       09:43AM |
| 9 | Records, LLC | 9 | interfere with the deposition       09:43AM |
| 10 | 919 Third Avenue | 10 | audio.  Recording will continue     09:43AM |
| 11 | New York, New York  10022 | 11 | until all parties agree to go off    09:43AM |
| 12 | BY:  NATHANIEL H. BENFORADO, ESQ. | 12 | the record.                   09:43AM |
| 13 | | 13 | My name is Wayne Saline         09:43AM |
| 14 | | 14 | representing Veritext.  The date     09:43AM |
| 15 | | 15 | today is May 6, 2014 and the time    09:43AM |
| 16 | | 16 | is approximately 9:42.             09:43AM |
| 17 | | 17 | This deposition is being held  09:43AM |
| 18 | Also Present: | 18 | at Sheppard Mullin Richter &        09:43AM |
| 19 | | 19 | Hampton, located at 30 Rockefeller   09:43AM |
| 20 | WAYNE SALINE, Videographer | 20 | Plaza, New York, New York and is    09:43AM |
| 21 | Veritext New York | 21 | being taken by counsel for the      09:43AM |
| 22 | *  *  * | 22 | Defendants.                  09:43AM |
| 23 | | 23 | The caption of this case is   09:43AM |
| 24 | | 24 | TufAmerica, Inc. versus Michael      09:43AM |
| 25 | | 25 | Diamond, et al.  This case is filed  09:43AM |

2 (Pages 2 - 5)

1    W. Scott
2  going off the record. The time is    03:50PM
3  3:49.                                03:50PM
4    (Whereupon, a short recess         03:50PM
5  was taken.)                          03:54PM
6    THE VIDEOGRAPHER: We're            03:54PM
7  going back on the record. The time   03:55PM
8  is 3:54.                             03:55PM
9  EXAMINATION BY                       03:55PM
10 MR. BENFORADO:                       03:55PM
11   Q.  Good afternoon, Mr. Scott.     03:55PM
12 As I said earlier my name is Mr.     03:55PM
13 Benforado. I represent -- my law firm 03:55PM
14 represents UMG PolyGram and Capitol  03:55PM
15 Records in this action. I just have a 03:55PM
16 few questions. I shouldn't take more 03:55PM
17 than a few minutes.                  03:55PM
18   Earlier this morning when you      03:55PM
19 were being questioned by Mr. Monahan 03:55PM
20 you testified that you were aware that 03:55PM
21 the members of Trouble Funk had an   03:55PM
22 agreement with Island; is that correct? 03:55PM
23   A.  That's correct.                03:55PM
24   Q.  Is it fair to say that your    03:55PM
25 understanding of that agreement is that 03:55PM

1    W. Scott
2  certain Trouble Funk recordings are  03:56PM
3  owned by Island Records?             03:56PM
4    MR. TALCOTT: Objection.            03:56PM
5    A.  I don't really have a very     03:56PM
6  good understanding of that agreement. 03:56PM
7    Q.  You testified that you did     03:56PM
8  review an agreement with Island; is  03:56PM
9  that right?                          03:56PM
10   A.  I reviewed it, yes.            03:56PM
11   Q.  Do you remember who the        03:56PM
12 parties were to that agreement?      03:56PM
13   A.  I recall that Trouble Funk,    03:56PM
14 Max Kidd and Island. But I don't know 03:56PM
15 if they were all in one agreement or 03:56PM
16 multiple agreements. Those are rather 03:56PM
17 twisty.                              03:56PM
18   Q.  So you don't recall which      03:56PM
19 specific agreement it was you had    03:56PM
20 reviewed?                            03:56PM
21   A.  Not exactly, no.               03:56PM
22   Q.  And just referencing the       03:56PM
23 Administration Agreements between    03:56PM
24 TufAmerica and the members of Trouble 03:56PM
25 Funk that we reviewed earlier, it's  03:57PM

1    W. Scott
2  fair to say that in those agreements it 03:57PM
3  references the Trouble Funk members  03:57PM
4  agreement with Island; is that fair? 03:57PM
5    MR. TALCOTT: Objection.            03:57PM
6    A.  It references Island.          03:57PM
7    Q.  It references Island. And if   03:57PM
8  we want to pull out Tuf 4 and Tuf 5 of 03:57PM
9  the two agreements. On the second    03:57PM
10 page.                                03:57PM
11   A.  Yes. It references an          03:57PM
12 agreement with Island.               03:57PM
13   Q.  Now you see where it says      03:57PM
14 "Insert name of album" in parenthesis 03:57PM
15 after Island?                        03:57PM
16   A.  Yes.                           03:57PM
17   Q.  Are you aware of any attempt   03:57PM
18 from TufAmerica to obtain the names of 03:57PM
19 the albums that were released by     03:57PM
20 Island?                              03:58PM
21   A.  I don't think I would have     03:58PM
22 been aware in 1999.                  03:58PM
23   Q.  Did you ever check Schedule A  03:58PM
24 in these agreements, Tuf 4 and Tuf 5, 03:58PM
25 the Administration Agreements, did you 03:58PM

1    W. Scott
2  ever check Schedule A to see if any of 03:58PM
3  those songs listed were released by  03:58PM
4  Island Records?                      03:58PM
5    A.  I believe I have.              03:58PM
6    Q.  When did you do that?          03:58PM
7    A.  In the last two or three       03:58PM
8  weeks.                               03:58PM
9    Q.  And was that in connection     03:58PM
10 with this litigation?                03:58PM
11   A.  It was.                        03:58PM
12   Q.  And what did you -- what did   03:58PM
13 you do?                              03:58PM
14   A.  I looked to see if Island had  03:58PM
15 released any of these songs.         03:58PM
16   Q.  And what was the outcome of    03:58PM
17 your search?                         03:58PM
18   A.  And just to clarify, it was    03:58PM
19 specifically with respect to Say What 03:58PM
20 and Let's Get Small.                 03:58PM
21   Q.  Fair enough. What was the      03:58PM
22 result of the search for Let's Get   03:59PM
23 Small and Say What?                  03:59PM
24   A.  I remember seeing that Island  03:59PM
25 had released a live album titled "Say 03:59PM

Page 202

1  W. Scott
2  What" that did not contain Say What.  03:59PM
3  I also remember seeing -- I  03:59PM
4  think that Island released a version of  03:59PM
5  Let's Get Small.  03:59PM
6  Q.  And after you saw that Island  03:59PM
7  had released a version of Let's Get  03:59PM
8  Small, did you do anything after that?  03:59PM
9  MR. TALCOTT: Objection.  04:00PM
10  A.  I did.  04:00PM
11  Q.  What did you do?  04:00PM
12  A.  With respect to the knowledge  04:00PM
13  or --  04:00PM
14  Q.  Well, once you saw that  04:00PM
15  Island had released a version of Let's  04:00PM
16  Get Small, did you perform any  04:00PM
17  follow-up, did you communicate with  04:00PM
18  anyone involved in the litigation?  04:00PM
19  A.  I believe I -- I think I  04:00PM
20  communicated with Mr. Talcott.  04:00PM
21  Possibly Mr. Fuchs. I don't remember  04:00PM
22  clearly though.  04:00PM
23  Q.  Did you attempt to listen to  04:00PM
24  the version of Let's Get Small, the  04:00PM
25  Island version of Let's Get Small?  04:00PM

Page 203

1  W. Scott
2  A.  I did. I did.  04:00PM
3  Q.  And were you able to actually  04:00PM
4  listen to it?  04:00PM
5  A.  I think I was, yeah. I think  04:01PM
6  I did.  04:01PM
7  Q.  How did you obtain the  04:01PM
8  recording?  04:01PM
9  A.  I think that Tuff City has a  04:01PM
10  digital copy of the recording.  04:01PM
11  Q.  And to be clear you're  04:01PM
12  talking about the Island recording?  04:01PM
13  A.  Correct.  04:01PM
14  Q.  And you said it's a digital  04:01PM
15  copy?  04:01PM
16  A.  Yes.  04:01PM
17  Q.  You also testified that you  04:01PM
18  reviewed the complaint before it was  04:01PM
19  filed in this action; is that right?  04:01PM
20  A.  Yes.  04:01PM
21  Q.  When you reviewed the  04:02PM
22  complaint, did you ever check the  04:02PM
23  tracks at issue in the complaint to see  04:02PM
24  if Island had released any of those  04:02PM
25  tracks?  04:02PM

Page 204

1  W. Scott
2  A.  Not that I remember.  04:02PM
3  Q.  Did anyone ask you to?  04:02PM
4  A.  Not that I remember.  04:02PM
5  Q.  Are you aware of anyone else  04:02PM
6  at TufAmerica or Tuff City who checked  04:02PM
7  those tracks to see if they had been  04:02PM
8  released by Island?  04:02PM
9  A.  This was in 2012?  04:02PM
10  Q.  The first one was filed in  04:02PM
11  2012, I believe.  04:02PM
12  A.  I don't know that anyone else  04:02PM
13  did.  04:02PM
14  Q.  And you also talked about  04:02PM
15  your belief that Jeff Gandel performed  04:03PM
16  due diligence when the agreements were  04:03PM
17  originally signed in 1999; is that  04:03PM
18  right?  04:03PM
19  A.  Correct.  04:03PM
20  Q.  Do you have any knowledge of  04:03PM
21  whether he checked to see if any of the  04:03PM
22  songs listed in Schedule A were  04:03PM
23  released by Island Records?  04:03PM
24  A.  I have no knowledge of that.  04:03PM
25  Q.  You also mentioned the track  04:03PM

Page 205

1  W. Scott
2  Don't Touch That Stereo in connection  04:03PM
3  with a potential infringing use during  04:03PM
4  the Super Bowl; is that right?  04:03PM
5  A.  Yes.  04:03PM
6  Q.  And before you also testified  04:03PM
7  that TufAmerica has reached out to some  04:03PM
8  of the parties involved in that  04:03PM
9  performance, potential performance of  04:03PM
10  that track.  04:03PM
11  Are you aware of anyone at  04:03PM
12  TufAmerica or Tuff City checking to see  04:03PM
13  if that track had been released by  04:03PM
14  Island?  04:03PM
15  A.  I would have done that.  04:03PM
16  Q.  Did you do that?  04:03PM
17  A.  I think so.  04:04PM
18  Q.  What was the result of your  04:04PM
19  checking?  04:04PM
20  A.  I can't remember.  04:04PM
21  Q.  How would you go about -- if  04:04PM
22  I were to ask you right now whether a  04:04PM
23  certain track was released by Island,  04:04PM
24  how would you perform that analysis?  04:04PM
25  A.  I would search the Internet,  04:04PM

Page 206

```
 1            W. Scott
 2  probably discogs.com, that's a database         04:04PM
 3  of record releases. If that wasn't              04:04PM
 4  complete, which I think it is for this          04:04PM
 5  stuff, I would do searches for you know         04:04PM
 6  the original albums or the song title           04:04PM
 7  to just try to put together as good a           04:04PM
 8  picture as possible as to where it was          04:04PM
 9  released and what ways.                         04:04PM
10      Q.  Are you aware of anyone other           04:05PM
11  than you who would perform a similar            04:05PM
12  analysis to check if songs were                 04:05PM
13  released by Island Records?                     04:05PM
14          MR. TALCOTT:  Objection.                04:05PM
15      A.  I guess other people could do           04:05PM
16  that.                                           04:05PM
17      Q.  Would it fall under anyone              04:05PM
18  else's job responsibility?                      04:05PM
19      A.  I would say possibly Mr.                04:05PM
20  Talcott.  Possibly -- that would be the         04:05PM
21  only other person.                              04:05PM
22      Q.  And you don't have any                  04:05PM
23  specific knowledge of another person            04:05PM
24  who actually did perform searches to            04:05PM
25  see if Island had released any of the           04:06PM
```

Page 207

```
 1            W. Scott
 2  Trouble Funk songs?                             04:06PM
 3      A.  Any of the Trouble Funk                 04:06PM
 4  songs?                                          04:06PM
 5      Q.  We can start with Let's Get             04:06PM
 6  Small and Say What, are you aware of            04:06PM
 7  any specific person who has done a              04:06PM
 8  search to see if Island had released            04:06PM
 9  those songs, other than yourself?               04:06PM
10      A.  I believe Mr. Talcott has as            04:06PM
11  well.                                           04:06PM
12      Q.  Anyone other than Mr. Talcott           04:06PM
13  and yourself?                                   04:06PM
14      A.  Not that I know of.                     04:06PM
15      Q.  With respect to all of the              04:06PM
16  songs in Schedule A, are you aware of           04:06PM
17  anyone other than yourself who has              04:06PM
18  searched to see if those were also              04:06PM
19  released by Island Records?                     04:06PM
20      A.  Other than Mr. Talcott, I'm             04:06PM
21  not aware of anyone.                            04:06PM
22      Q.  Who at TufAmerica was                   04:07PM
23  responsible for making a determination          04:07PM
24  as to whether Island had released any           04:07PM
25  of the songs at issue in the amended            04:07PM
```

Page 208

```
 1            W. Scott
 2  complaint?                                      04:07PM
 3          MR. TALCOTT:  Objection.                04:07PM
 4      A.  I don't know.  Mr. Talcott              04:07PM
 5  and myself.                                     04:07PM
 6      Q.  Would Mr. Fuchs have also               04:07PM
 7  been involved in that determination?            04:07PM
 8      A.  I don't know if he was or               04:08PM
 9  not.                                            04:08PM
10      Q.  You just don't know one way             04:08PM
11  or the other?                                   04:08PM
12      A.  I don't know about this.                04:08PM
13      Q.  Do you have a recollection of           04:08PM
14  when the determination, that                    04:08PM
15  determination we just discussed of              04:08PM
16  whether Island had released any of the          04:08PM
17  tracks at issue in the complaint, when          04:08PM
18  was that analysis performed by you              04:08PM
19  and/or Mr. Talcott?                             04:08PM
20          MR. TALCOTT:  Objection.                04:08PM
21      A.  I don't know.                           04:08PM
22      Q.  But it was before filing the            04:08PM
23  complaint?                                      04:08PM
24      A.  I don't recall researching              04:08PM
25  those tracks prior to filing the                04:08PM
```

Page 209

```
 1            W. Scott
 2  complaint, the amended complaint.  I            04:08PM
 3  don't know if Mr. Talcott did or not.           04:08PM
 4      Q.  So you're not aware -- you do           04:08PM
 5  not recall researching whether Island           04:09PM
 6  had released any of the tracks in the           04:09PM
 7  amended complaint prior to filing?              04:09PM
 8      A.  I don't recall.                         04:09PM
 9      Q.  You don't recall?                       04:09PM
10      A.  Researching it myself.                  04:09PM
11      Q.  Do you recall anyone else               04:09PM
12  doing that research?                            04:09PM
13      A.  I don't recall.                         04:09PM
14      Q.  I believe you testified that            04:09PM
15  you have done that research.  When was          04:09PM
16  that research done?  Was that done in           04:09PM
17  the last two to three weeks; is that            04:09PM
18  right?                                          04:09PM
19      A.  That definitely within the              04:09PM
20  last two to three weeks.  Aside from            04:09PM
21  that though I don't -- other than being         04:09PM
22  generally aware that Trouble Funk had           04:09PM
23  released things on Island, I didn't             04:09PM
24  know specifics of what was released.            04:09PM
25      Q.  So the first time you kind of           04:09PM
```

Page 210

1     W. Scott
2  dove into that research was within the    04:10PM
3  last two to three weeks?    04:10PM
4     A.  Me personally, yes.    04:10PM
5     Q.  Are you aware of anyone else    04:10PM
6  doing that research before the last two    04:10PM
7  to three weeks?    04:10PM
8     A.  No.  I'm not -- I mean I    04:10PM
9  don't recall anyone else doing it.    04:10PM
10     MR. BENFORADO:  I don't think    04:10PM
11  I have any further questions.    04:10PM
12     THE VIDEOGRAPHER:  This marks    04:10PM
13  the end of tape No. 5 in the    04:10PM
14  videotape deposition of Will Scott.    04:10PM
15  We're going off the record.  The    04:10PM
16  time is 4:09.    04:10PM
17     (Time noted:  4:09 p.m.)

Page 211

2  STATE OF NEW YORK    )
                       : ss.
3  COUNTY OF_____)

6     I, WILLIAM A. SCOTT, the
7  witness herein, having read the
8  foregoing testimony of the pages of
9  this deposition, do hereby certify it
10  to be a true and correct transcript,
11  subject to corrections, if any, shown
12  on the attached page.

15     _____
16     WILLIAM A. SCOTT

19  Sworn and Subscribed
    this_____day of _____,2014.

    _____
23     Notary Public

Page 212

2     C E R T I F I C A T E
3  STATE OF NEW YORK    )
4                       : ss.
5  COUNTY OF NEW YORK    )

7     I, FRANCINE SKY, a Certified
8  Shorthand Reporter and Notary Public
9  within and for the State of New York,
10  do hereby certify:
11     That WILLIAM A. SCOTT, the
12  witness whose deposition is
13  hereinbefore set forth, was sworn and
14  that such deposition is a true record
15  of the testimony given by such witness.
16     I further certify that I am
17  not related to any of the parties
18  to this action by blood or marriage;
19  and that I am in no way interested in
20  the outcome of this matter.
21     IN WITNESS WHEREOF, I have
22  hereunto set my hand this 8th day
23  of May, 2014.

     _____
25     FRANCINE SKY

Page 213

2  ---------------- I N D E X ------------------
3  WITNESS     EXAMINATION BY     PAGE
4  WILLIAM SCOTT   Mr. Monahan     7
5           Mr. Benforado    198
6  --------- INFORMATION REQUESTS --------------
7  DIRECTIONS:  (None)
8  RULINGS:  (None)
9  TO BE FURNISHED:  (None)
10  REQUESTS: 74, 106, 130, 139, 190
11  MOTIONS:  (None)

13  ----------------- EXHIBITS -------------------
14  TUF                    FORID
15  Exhibit 1, notice of deposition     16
16  Exhibit 2,  civil cover sheet
17  and April 30, 2012 complaint     88
18  Exhibit 3, December 6, 2012
19  complaint         111
20  Exhibit 4, document Bates
21  stamped TA 226 through TA 236     123
22  Exhibit 5, document Bates
23  stamped TA 218 and TA 225     124
24  Exhibit 6, document marked
25  Bates stamp TA 171     141