# EXHIBIT G



*Amended by C O on authority of phone call with Sheri Cheng of Island Records, Inc on 11-26-86

☐ CORRESPONDENCE Yes
☐ DEPOSIT ACCOUNT FUNDS USED

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
☐ is the first published edition of a work previously registered in unpublished form
☐ is the first application submitted by this author as copyright claimant
☐ is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: Previous Registration Number ▼   Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ ISLAND RECORDS, INC    Account Number ▼ BEING APPLIED FOR

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
HOLLY FERGUSON C/O
ISLAND RECORDS, INC
14 E 4th St
New York, N Y 10012

Area Code & Telephone Number ▶ (212) 477-7129

CERTIFICATION  I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of ISLAND RECORDS, INC

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
HOLLY FERGUSON                                    date ▶ 10-28-86

Handwritten signature (X) ▼

MAIL CERTIFICATE TO
HOLLY FERGUSON C/O ISLAND RECORDS, INC
14 E 4th St
New York, N Y 10012

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington DC 20559



UMG000049