# EXHIBIT H

FORM PA
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 246-946

(PA) PAU
EFFECTIVE DATE OF REGISTRATION

22 APR 1985
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

SPIN TIME; SHARE YOUR LOVE; GOOD TIMES; SAY WHAT; TROUBLE FUNK; SATURDAY NIGHT LIVE & FROM WASHINGTON, D.C. Part I & II & FUNK AND ROLL INSTRUMENTAL

**PREVIOUS OR ALTERNATIVE TITLES ▼** (as contained in DT LP 1002)

**NATURE OF THIS WORK ▼** See instructions

words & music

**NAME OF AUTHOR ▼**

a. Robert M. Reed

**DATES OF BIRTH AND DEATH**
Year Born ▼ 8/4/57  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
words & music

**NAME OF AUTHOR ▼**

b. Tony Fisher

**DATES OF BIRTH AND DEATH**
Year Born ▼ 5/5/59  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country USA
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
words & music

**NAME OF AUTHOR ▼**

c. James W. Avery

**DATES OF BIRTH AND DEATH**
Year Born ▼ 3/28/55  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country USA
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
words & music

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1983

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 12  Day ▶ 29  Year ▶ 1983
USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Robert M. Reed
Tony Fisher
James W. Avery
2140 Alice Ave
Oxon Hill,
Md. 20745

APPLICATION RECEIVED
APR 27 1985

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
22 APR 1985

REMITTANCE NUMBER AND DATE
530754 APR 22 85

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

TA212

```
                                    EXAMINED BY   GP              FORM PA
                                    CHECKED BY

         PA    246-946              ☐ CORRESPONDENCE              FOR
                                      Yes                         COPYRIGHT
                                                                  OFFICE
                                    ☐ DEPOSIT ACCOUNT             USE
                                      FUNDS USED                  ONLY
```

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
- ☐ This is the first published edition of a work previously registered in unpublished form.
- ☐ This is the first application submitted by this author as copyright claimant.
- ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼     **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Same as Below

(301) 894-9448

Area Code & Telephone Number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
      Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3

Robert M. Reed                                              date ▶ 3/22/85

**Handwritten signature (X)** ▼

*Robert M. Reed* (signature)

**MAIL CERTIFICATE TO**
Name ▼ Robert M. Reed
Number/Street/Apartment Number ▼ 2140 Alice Ave #303
City/State/ZIP ▼ Oxon Hill, Md. 20745

Have you:
- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to Register of Copyrights?
- Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981-355-207

Nov. 1981—360,000

TA213