# EXHIBIT I

FORM SR
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

SR · · · 62-036

SR    SRU

EFFECTIVE DATE OF REGISTRATION

22 APR 1985

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**

IN TIMES OF TROUBLE   (DT LP 1002)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions.
☐ Musical  ☐ Musical-Dramatic
☐ Dramatic ☐ Literary

L.P. Sound Recording

**2  NAME OF AUTHOR ▼**                          DATES OF BIRTH AND DEATH
                                                  Year Born ▼     Year Died ▼
a  Robert M. Reed                                 8/4/57

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Performance

**NAME OF AUTHOR ▼**                              DATES OF BIRTH AND DEATH
b  Tony Fisher                                    5/5/59

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

NATURE OF AUTHORSHIP
Performance

**NAME OF AUTHOR ▼**                              DATES OF BIRTH AND DEATH
c  James W. Avery                                 9/28/55

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

NATURE OF AUTHORSHIP
Performance

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED / DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
1982                                              Month ▶ 12   Day ▶ 29   Year ▶ 1983
                                                  USA  ◀ Nation

**4**  COPYRIGHT CLAIMANT(S)
Robert M. Reed
Tony Fisher
James W. Avery

APR 22 1985
ONE DEPOSIT RECEIVED
APR 22 1985
TWO DEPOSITS RECEIVED
APR 22 1985
REMITTANCE NUMBER AND DATE
530754  APR 22 85

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
                                                  DO NOT WRITE HERE
                                                  Page 1 of 2 pages

TA214

SR 62-036

EXAMINED BY  68
CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Area Code & Telephone Number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert M. Reed                                  date ▶ 3/22/85

Handwritten signature (X) ▼
Robert M. Reed

**MAIL CERTIFICATE TO**
Name: Robert M. Reed
Number/Street/Apartment Number: 2140 Alice Ave #303
City/State/ZIP: Oxon Hill, Md 20745

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982-381-278/61

June 1982—100,000

TA215