# EXHIBIT J

# FORM SR
## UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**SR** 45-535
(SR) / SRU

EFFECTIVE DATE OF REGISTRATION
5 / 26 / 83
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1. TITLE OF THIS WORK ▼**
LETS GET SMALL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

**2. NAME OF AUTHOR ▼**
a. Tony Lewis
**DATES OF BIRTH AND DEATH**
Year Born ▼ 1959   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No
**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶ USA
Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Composer from lead sheet, Your Computer *words and music

**NAME OF AUTHOR ▼**
b. Robert Reed
**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No
**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶ USA
Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**
Composer of Lyrics, Dancing Machine, Just Imagine *words and music

**NAME OF AUTHOR ▼**
c. James Reed
**DATES OF BIRTH AND DEATH**
Year Born ▼ 1955   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No
**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶ USA
Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**
*words and music

**3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
◀ Year 1981

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 11   Day ▶ 1   Year ▶ 1982   Nation ▶ USA

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Reed
Tony Lewis
James Reed

APPLICATION RECEIVED
26 MAY 1983
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
26 MAY 1983
REMITTANCE NUMBER AND DATE

223789 MAY 26 83

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
Page 1 of ___ pages

TA216

*Added by the Copyright Office, authority phone call with James Singleton on 6/23/83.

SR 45-535

EXAMINED BY: [signature]
CHECKED BY:

☐ CORRESPONDENCE Yes
☐ DEPOSIT ACCOUNT FUNDS USED

FORM SR
FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Trisum Music % Jim Singleton 3840 Trenwood [Place] Landover, MD [20785]

Area Code & Telephone Number ▶ 301-322-3853

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Robert Reed / Trisum Music___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
James Singleton    date ▶ 5/26/83

Handwritten signature (X) ▼
James Jim Singleton

**MAIL CERTIFICATE TO**
Name ▼ Trisum Music % Jim Singleton
Number/Street/Apartment Number ▼ 3840 Trenwood Place
City/State/ZIP ▼ Landover, Maryland 20785

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1982-361-279/83    Sept. 1982—210,000

TA217