# EXHIBIT L

To: Ken Anderson[kanderson@sheppardmullin.com]
Cc: jsilva@sammusicbiz.com[jsilva@sammusicbiz.com]
From: Brian Levenson
Sent: Wed 5/19/2010 5:14:37 PM
Subject: RE: Tufamerica, Inc./Beastie Boys
Say What PA 246-946.pdf
Say What SR 62-036.pdf

Ken,

The PA and SR copyright registrations for Say What (on the album In Times of Trouble) are attached. I am looking forward to hearing from you.

This letter should not be construed as a waiver or limitation of any of Tuff City's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Best Regards,

_____
Brian Levenson, Esq.
Tuff City Music Group
10 West 37th St., Suite 601
New York, NY 10018

>-----Original Message-----
> From: Brian Levenson [mailto:levenson@tuffcity.com]
> Sent: Tuesday, May 04, 2010 11:44 AM
> To: Ken Anderson
> Cc: jsilva@sammusicbiz.com
> Subject: RE: Tufamerica, Inc./Beastie Boys
>
>
> Ken,
>
> The documents you requested are attached, along with my response to your letter dated April 21, 2010. I will forward the copyright regsitration for Say What shortly.
>
> This letter should not be construed as a waiver or limitation of any of Tuff City's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.
>
> Best Regards,
>
> _____
> Brian Levenson, Esq.
> Tuff City Music Group
> 10 West 37th St., Suite 601
> New York, NY 10018
> p:(212) 586-0899 / f:(212) 586-1081
>
>> -----Original Message-----
>> From: Yolanda Espinet [mailto:yespinet@sheppardmullin.com]**On Behalf Of** Ken Anderson
>> Sent: Wednesday, April 21, 2010 5:18 PM
>> To: levenson@tuffcity.com

**Cc:** jsilva@sammusicbiz.com; Ken Anderson
**Subject:** Tufamerica, Inc./Beastie Boys


Brian,

As promised, attached is a letter summarizing Beastie Boys position regarding Tufamerica's claims as well as our request for additional information needed for our analysis and further discussion.

Ken
<<DOC.PDF>>

———

Sheppard Mullin    30 Rockefeller Plaza
Suite 2400
New York, NY 10112
212.653.8700 *office*
212.653.8701 *fax*
*www.sheppardmullin.com*
**Yolanda Espinet**

*Legal Secretary*
212.653.8467 *direct*
*yespinet@sheppardmullin.com*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).


Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

FORM PA
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 246-946

PA / PAU
EFFECTIVE DATE OF REGISTRATION

22 APR 1985
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**

SPIN TIME; SHARE YOUR LOVE; GOOD TIMES; SAY WHAT; TROUBLE FUNK; SATURDAY NIGHT LIVE & FROM WASHINGTON D.C. Part I & II & FUNK AND ROLL INSTRUMENTAL
(as contained in DT LP 1002)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

words & music

**2 NAME OF AUTHOR ▼**

a. Robert M. Reed

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
8/4/57

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
words & music

b. Tony Fisher

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
5/5/59

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP
words & music

c. James W. Avery

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
3/28/55

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP
words & music

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1983

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 12  Day ▶ 29  Year ▶ 1983
USA

**COPYRIGHT CLAIMANT(S)**
Robert M. Reed
Tony Fisher
James W. Avery
3140 Alta Ave
Owen Mills
Md. 20745

APPLICATION RECEIVED
APR 27 1985

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
22 APR 1985

REMITTANCE NUMBER AND DATE
530754 APR 22 85

Confidential                                           BB0000017

EXAMINED BY: GP
CHECKED BY:
FORM PA

PA 246-946

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Same as Below

(301) 894-9948

Area Code & Telephone Number ▶

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert M. Reed     date ▶ 3/22/85

Handwritten signature (X) ▼ _Robert M. Reed_

**9**

MAIL CERTIFICATE TO

Name ▼
Robert M. Reed

Number/Street/Apartment Number ▼
2140 Alice Ave #303

City/State/Zip ▼
Oxon Hill, Md. 20745

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, DC 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981-354-207

Nov. 1981—360,000

Confidential     BB0000018

**FORM SR**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

SR 62-036
SRU

EFFECTIVE DATE OF REGISTRATION
22 APR 1985

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1. TITLE OF THIS WORK**
IN TIMES OF TROUBLE (DT LP 1002)

PREVIOUS OR ALTERNATIVE TITLES

NATURE OF MATERIAL RECORDED
LP Sound Recording

**2. NAME OF AUTHOR**

a. Robert M. Read — 8/4/57
AUTHOR'S NATIONALITY OR DOMICILE: USA
NATURE OF AUTHORSHIP: Performance

b. Tony Fisher — 5/5/54
AUTHOR'S NATIONALITY OR DOMICILE: USA
NATURE OF AUTHORSHIP: Performance

c. James W. Avery — 9/28/55
AUTHOR'S NATIONALITY OR DOMICILE: USA
NATURE OF AUTHORSHIP: Performance

**3.** WORK WAS COMPLETED 1983 — DATE AND NATION OF FIRST PUBLICATION: Month 12 Day 29 Year 1983, USA

**4.** COPYRIGHT CLAIMANT(S)
Robert M. Read
Tony Fisher
James W. Avery

APR 22 1985

530754 APR 22 85

Page 1 of 2

Confidential
BB0000019

