# EXHIBIT R

CLIENT NUMBER     46083
MATTER NUMBER     11123

UMG RECORDINGS, INC.                          JANUARY 31, 2013
2220 COLORADO AVENUE                       INVOICE # 9254315
SANTA MONICA,  CA 90404
ATTN: CARLA MILLER

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012                                 $1,050.00

DISBURSEMENTS                                                    $0.00

                        TOTAL INVOICE          $1,050.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UMG RECORDINGS, INC.                                    INVOICE # 9254315
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ATTN: CARLA MILLER

                                                        JANUARY 31, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012

TUFAMERICA2                                    MATTER NUMBER- 11123

| | | | | |
|---|---|---|---|---|
| 11/22/2012 | CFH | 0.30 | Correspondence re: new matter; reviewed complaint. | 157.50 |
| 11/26/2012 | CFH | 0.60 | Prepared Notice of Appearance and Joinder; phone call with Plaintiff's counsel re: filing; correspondence re: status and background. | 315.00 |
| 11/29/2012 | CFH | 0.10 | Reviewed correspondence re: amended complaint; status update. | 52.50 |
| 12/6/2012 | CFH | 0.30 | Reviewed amended complaint; status correspondence. | 157.50 |
| 12/11/2012 | CFH | 0.30 | Phone call with counsel for co-defendants re: intended response to amended complaint; reviewed changes to complaint; correspondence re: status. | 157.50 |
| 12/14/2012 | CFH | 0.20 | Phone call with Plaintiff's counsel re: status and extension; reviewed and revised draft letter re: extension; reviewed Plaintiff's opposition to defendants' request; status update. | 105.00 |
| 12/27/2012 | CFH | 0.10 | Correspondence with T. Max re: motion to dismiss. | 52.50 |
| 12/31/2012 | CFH | 0.10 | Status update. | 52.50 |
| | | 2.00 | PROFESSIONAL SERVICES | $1,050.00 |

INVOICE TOTAL                                                    $1,050.00

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| CARLETTA F. HIGGINSON | 2.00 | 525.00 | 1,050.00 |
| TOTAL | 2.00 | | $1,050.00 |

Federal Identification No. 36-2192554

CLIENT NUMBER     46083
MATTER NUMBER     11123

UMG RECORDINGS, INC.          MARCH 31, 2013
150 FIFTH AVENUE          INVOICE # 9257877
NEW YORK, NY 10011
ATTN: ALASDAIR MCMULLAN, ESQ.

**TUFAMERICA2**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2013 | $1,044.00 |
| DISBURSEMENTS | $ 6.76 |
| TOTAL INVOICE | $1,050.76 |

PRIOR UNPAID INVOICES

| | |
|---|---:|
| January 31, 2013 Invoice 9254315 | $1,050.00 |
| TOTAL AMOUNT DUE | $2,100.76 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE      Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UMG RECORDINGS, INC.                                    INVOICE # 9257877
150 FIFTH AVENUE
NEW YORK, NY 10011
ATTN: ALASDAIR MCMULLAN, ESQ.
                                                       MARCH 31, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2013


TUFAMERICA2                                      MATTER NUMBER- 11123


| 1/3/2013 | CFH | 0.60 | Corresponded with counsel for co-defendants re: status of draft of motion to dismiss; reviewed draft of memorandum of law; status conference. | 348.00 |
|---|---|---|---|---|
| 1/4/2013 | CFH | 1.20 | Reviewed final brief; drafted and filed Rule 7.1 Statement and joinder to co-defendants' motion to dismiss; correspondence with co-defendants' re: status of filing. | 696.00 |
| | | 1.80 | PROFESSIONAL SERVICES | $1,044.00 |

**DISBURSEMENTS**

| NAME | AMOUNT |
|---|---|
| UPS | 6.76 |
| DISBURSEMENT TOTAL | $ 6.76 |

INVOICE TOTAL                                          $1,050.76


### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | STANDARD RATE | DISCOUNTED RATE | AMOUNT |
|---|---|---|---|---|
| CARLETTA F. HIGGINSON | 1.80 | 655.00 | 580.00 | 1,044.00 |
| TOTAL | 1.80 | | | $1,044.00 |

CLIENT NUMBER     46083
MATTER NUMBER    11123

UMG RECORDINGS, INC.               APRIL 19, 2013
150 FIFTH AVENUE             INVOICE # 9261365
NEW YORK, NY 10011
ATTN: ALASDAIR MCMULLAN, ESQ.


**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2013          $ 580.00

DISBURSEMENTS          $0.00

          TOTAL INVOICE     $ 580.00

PRIOR UNPAID INVOICES

    January 31, 2013 Invoice 9254315       $1,050.00

    March 31, 2013 Invoice 9257877       $1,050.76

          TOTAL AMOUNT DUE     $2,680.76

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UMG RECORDINGS, INC.                                    INVOICE # 9261365
150 FIFTH AVENUE
NEW YORK,  NY 10011
ATTN: ALASDAIR MCMULLAN, ESQ.

APRIL 19, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2013

TUFAMERICA2                                             MATTER NUMBER- 11123

| 2/3/2013 | CFH | 0.30 | Reviewed opposition to motion to dismiss; correspondence re: same. | 174.00 |
| 2/5/2013 | CFH | 0.10 | Correspondence re: briefing on motion to dismiss and belated opposition papers. | 58.00 |
| 2/18/2013 | CFH | 0.30 | Drafted joinder to reply. | 174.00 |
| 2/19/2013 | CFH | 0.30 | Correspondence re: joinder; reviewed reply brief; filed joinder. | 174.00 |
| | | 1.00 | PROFESSIONAL SERVICES | $ 580.00 |

INVOICE TOTAL                                                        $ 580.00

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | STANDARD RATE | DISCOUNTED RATE | AMOUNT |
|------|-------|---------------|-----------------|--------|
| CARLETTA F. HIGGINSON | 1.00 | 655.00 | 580.00 | 580.00 |
| TOTAL | 1.00 | | | $ 580.00 |

CLIENT NUMBER    46083
MATTER NUMBER    11123

UMG RECORDINGS, INC.               APRIL 26, 2013
150 FIFTH AVENUE                INVOICE # 9261511
NEW YORK, NY 10011
ATTN: ALASDAIR MCMULLAN, ESQ.

**TUFAMERICA2**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2013 | $ 116.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $ 116.00 |

PRIOR UNPAID INVOICES

| | |
|---|---:|
| January 31, 2013 Invoice 9254315 | $1,050.00 |
| March 31, 2013 Invoice 9257877 | $1,050.76 |
| April 19, 2013 Invoice 9261365 | $580.00 |
| TOTAL AMOUNT DUE | $2,796.76 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UMG RECORDINGS, INC.                                    INVOICE # 9261511
150 FIFTH AVENUE
NEW YORK,  NY 10011
ATTN: ALASDAIR MCMULLAN, ESQ.

APRIL 26, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2013

TUFAMERICA2                                             MATTER NUMBER- 11123

| | | | | |
|---|---|---|---|---|
| 3/15/2013 | CFH | 0.20 | Drafted status update. | 116.00 |
| | | 0.20 | PROFESSIONAL SERVICES | $ 116.00 |

INVOICE TOTAL                                                   $ 116.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | STANDARD RATE | DISCOUNTED RATE | AMOUNT |
|---|---|---|---|---|
| CARLETTA F. HIGGINSON | .20 | 655.00 | 580.00 | 116.00 |
| TOTAL | 0.20 | | | $ 116.00 |

CLIENT NUMBER      46083
MATTER NUMBER      11123


UNIVERSAL MUSIC GROUP                            OCTOBER 18, 2013
2220 COLORADO AVENUE                             INVOICE # 9280022
SANTA MONICA, CA 90404
ATTN: ALASDAIR MCMULLAN, ESQ.


**TUFAMERICA2**


FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2013                                  $5,858.00

DISBURSEMENTS                                                   $0.00

                                    TOTAL INVOICE           $5,858.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP                                    INVOICE # 9280022
2220 COLORADO AVENUE
SANTA MONICA,  CA 90404
ATTN: ALASDAIR MCMULLAN, ESQ.

                                                          OCTOBER 18, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2013


TUFAMERICA2                                         MATTER NUMBER- 11123

| 9/10/2013 | CFH | 0.40 | Reviewed decision on motion to dismiss and original case management order; correspondence re: same. | 232.00 |
|---|---|---|---|---|
| 9/18/2013 | CFH | 0.60 | Conference call with co-counsel re: status, strategy and next steps; reviewed decision and case management order; status conference. | 348.00 |
| 9/19/2013 | CFH | 0.60 | Conference call with co-counsel re: status, strategy and next steps; reviewed decision; status conference. | 348.00 |
| 9/20/2013 | CFH | 1.80 | Conference call with co-counsel re: status, strategy and next steps; reviewed decision; drafted answer to amended complaint; correspondence re: status. | 1,044.00 |
| 9/23/2013 | CFH | 1.40 | Reviewed draft letter to Court with proposed scheduling order; conference call with co-counsel re: scheduling order and correspondence re: draft answer to amended complaint; revised draft of answer; drafted Rule 7.1 statement. | 812.00 |
| 9/24/2013 | CFH | 2.40 | Conference call with co-counsel and client re: bifurcation; drafted letter requesting bifurcation and status; reviewed remaining defendants' draft answer. | 1,392.00 |
| 9/26/2013 | CFH | 2.40 | Conference calls with co-counsel and client re: bifurcation; revised letter requesting bifurcation and status. | 1,392.00 |
| 9/27/2013 | CFH | 0.10 | Reviewed revised draft of letter re: bifurcation. | 58.00 |

| 9/30/2013 | CFH | 0.40 | Revised letter requesting bifurcation; correspondence re: same. | 232.00 |
|---|---|---|---|---|
| | | 10.10 | PROFESSIONAL SERVICES | $5,858.00 |

INVOICE TOTAL $5,858.00

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | STANDARD RATE | DISCOUNTED RATE | AMOUNT |
|---|---|---|---|---|
| CARLETTA F. HIGGINSON | 10.10 | 655.00 | 580.00 | 5,858.00 |
| TOTAL | 10.10 | | | $5,858.00 |

Federal Identification No. 36-2192554

CLIENT NUMBER      46083
MATTER NUMBER      11123


UNIVERSAL MUSIC GROUP                          NOVEMBER 18, 2013
2220 COLORADO AVENUE                           INVOICE # 9282400
SANTA MONICA, CA 90404
ATTN: ALASDAIR MCMULLAN, ESQ.


**TUFAMERICA2**


FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2013                                    $5,681.10

DISBURSEMENTS                                                  $0.00

                               TOTAL INVOICE               $5,681.10


PRIOR UNPAID INVOICES

    October 18, 2013 Invoice 9280022                       $5,858.00

                         TOTAL AMOUNT DUE                 $11,539.10

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ATTN: ALASDAIR MCMULLAN, ESQ.

INVOICE # 9282400

NOVEMBER 18, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2013

TUFAMERICA2

MATTER NUMBER- 11123

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/17/2013 | AHB | 0.50 | Teleconference with A. McMullan; conference with C. Higginson. | 350.00 |
| 10/18/2013 | AHB | 0.90 | Substitution of counsel; teleconference with B. Cohen; emails. | 630.00 |
| 10/21/2013 | AHB | 0.60 | Emails. | 420.00 |
| 10/23/2013 | AHB | 0.20 | Substitution of counsel. | 140.00 |
| 10/24/2013 | AHB | 0.60 | Review discovery responses; email N. Benforado. | 420.00 |
| 10/24/2013 | NXB | 2.90 | Drafted discovery responses and circulated to A. Bart. | 1,244.10 |
| 10/25/2013 | NXB | 0.40 | Revised draft discovery responses for A. Bart. | 171.60 |
| 10/28/2013 | AHB | 1.10 | Edit discovery responses; email N. Benforado and C. Miller. | 770.00 |
| 10/28/2013 | NXB | 0.40 | Revised discovery responses for A. Bart. | 171.60 |
| 10/29/2013 | NXB | 2.20 | Drafted confidentiality order and supplemental discovery requests for A. Bart. | 943.80 |
| 10/30/2013 | AHB | 0.60 | Discovery responses and email. | 420.00 |
| | | 10.40 | PROFESSIONAL SERVICES | $5,681.10 |

INVOICE TOTAL $5,681.10

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | STANDARD RATE | DISCOUNTED RATE | AMOUNT |
|------|-------|---------------|-----------------|--------|
| ANDREW H. BART | 4.50 | 775.00 | 700.00 | 3,150.00 |
| NATHANIEL H. BENFORADO | 5.90 | 505.00 | 429.00 | 2,531.10 |
| TOTAL | 10.40 | | | $5,681.10 |

Federal Identification No. 36-2192554

CLIENT NUMBER    46083
MATTER NUMBER    11123

| | |
|---|---|
| UNIVERSAL MUSIC GROUP | DECEMBER 20, 2013 |
| 2220 COLORADO AVENUE | INVOICE # 9285047 |
| SANTA MONICA,  CA 90404 | |
| ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT | |

### TUFAMERICA2

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2013 | $2,763.80 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $2,763.80 |

PRIOR UNPAID INVOICES

| | |
|---|---|
| October 18, 2013 Invoice 9280022 | $5,858.00 |
| November 18, 2013 Invoice 9282400 | $5,681.10 |
| TOTAL AMOUNT DUE | $14,302.90 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

INVOICE # 9285047

DECEMBER 20, 2013

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2013

TUFAMERICA2

MATTER NUMBER- 11123

| 11/4/2013 | AHB | 0.50 | Discovery requests. | 350.00 |
|---|---|---|---|---|
| 11/4/2013 | NXB | 0.40 | Communicated with A. Bart and co-defendant counsel re: discovery responses. | 171.60 |
| 11/6/2013 | AHB | 1.20 | Teleconference with co-counsel; review file. | 840.00 |
| 11/6/2013 | NXB | 0.80 | Participated in conference call with A. Bart, T. Max, and K. Anderson; communicated with B. Cohen re: substitution of counsel. | 343.20 |
| 11/11/2013 | AHB | 0.30 | Emails. | 210.00 |
| 11/11/2013 | NXB | 0.60 | Finalized TufAmerica discovery responses; discussed outstanding tasks with A. Bart. | 257.40 |
| 11/12/2013 | AHB | 0.30 | Email. | 210.00 |
| 11/12/2013 | NXB | 0.40 | Reviewed correspondence from opposing counsel. | 171.60 |
| 11/14/2013 | AHB | 0.30 | Emails. | 210.00 |
| | | 4.80 | PROFESSIONAL SERVICES | $2,763.80 |

INVOICE TOTAL                                                                $2,763.80

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | STANDARD RATE | DISCOUNTED RATE | AMOUNT |
|---|---|---|---|---|
| ANDREW H. BART | 2.60 | 775.00 | 700.00 | 1,820.00 |
| NATHANIEL H. BENFORADO | 2.20 | 505.00 | 429.00 | 943.80 |
| TOTAL | 4.80 | | | $2,763.80 |

CLIENT NUMBER    46083
MATTER NUMBER    11123

UNIVERSAL MUSIC GROUP                          JANUARY 24, 2014
2220 COLORADO AVENUE                           INVOICE # 9287440
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2013                                    $1,246.40

DISBURSEMENTS                                               $0.00

                              TOTAL INVOICE        $1,246.40

PRIOR UNPAID INVOICES

    December 20, 2013 Invoice 9285047                       $2,763.80

                         TOTAL AMOUNT DUE          $4,010.20

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

INVOICE # 9287440

JANUARY 24, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2013

TUFAMERICA2

MATTER NUMBER- 11123

| 12/3/2013 | NXB | 0.20 | Communicated with C. Epps about stipulation letter to T. Max. | 85.80 |
| 12/19/2013 | AHB | 0.40 | Emails. | 280.00 |
| 12/19/2013 | NXB | 0.70 | Spoke with T. Max at Sheppard Mullin about the case; investigated case status issues and communicated with A. Bart about upcoming tasks. | 300.30 |
| 12/20/2013 | AHB | 0.40 | Emails. | 280.00 |
| 12/20/2013 | NXB | 0.40 | Spoke with T. Max and communicated with A. Bart re: tasks. | 171.60 |
| 12/23/2013 | NXB | 0.30 | Communicated with A. Bart and client re: discovery responses. | 128.70 |
| | | 2.40 | PROFESSIONAL SERVICES | $1,246.40 |

INVOICE TOTAL $1,246.40

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW H. BART | .80 | 700.00 | 560.00 |
| NATHANIEL H. BENFORADO | 1.60 | 429.00 | 686.40 |
| TOTAL | 2.40 | | $1,246.40 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     46083
MATTER NUMBER     11123

UNIVERSAL MUSIC GROUP                                    MARCH 21, 2014
2220 COLORADO AVENUE                                 INVOICE # 9292243
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2014                                        $20,877.30

DISBURSEMENTS                                                     $ 10.18

                              TOTAL INVOICE              $20,887.48

PRIOR UNPAID INVOICES

   January 24, 2014 Invoice 9287440                          $1,246.40

                        TOTAL AMOUNT DUE                 $22,133.88

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP                                            INVOICE # 9292243
2220 COLORADO AVENUE
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT
                                                                MARCH 21, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2014


TUFAMERICA2                                          MATTER NUMBER- 11123

| | | | | |
|---|---|---|---|---|
| 1/3/2014 | AHB | 1.60 | Discovery responses; confidentiality contract; email. | 1,120.00 |
| 1/3/2014 | NXB | 1.20 | Reviewed materials and wrote summary to A. Bart re: ownership issues; communicated with N. Conway re: records search. | 514.80 |
| 1/4/2014 | AHB | 0.80 | Email clients; discovery and confidentiality order. | 560.00 |
| 1/4/2014 | NXB | 1.20 | Revised discovery requests and drafted email for A. Bart. | 514.80 |
| 1/6/2014 | AHB | 0.40 | Emails. | 280.00 |
| 1/6/2014 | NXB | 2.60 | Communicated with T. Max and A. Bart re: case status; communicated with N. Conway re: ownership search and reviewed results. | 1,115.40 |
| 1/7/2014 | AHB | 0.60 | Teleconference with B. Cohen; emails. | 420.00 |
| 1/7/2014 | NXB | 3.90 | Reviewed files, created chronology of ownership issues, and sent email to A. Bart. | 1,673.10 |
| 1/8/2014 | AHB | 0.90 | Conference with N. Benforado and T. Max; discovery issues. | 630.00 |
| 1/8/2014 | NXB | 0.60 | Communicated with co-counsel and A. Bart re: discovery requests; reviewed discovery requests from co-counsel. | 257.40 |
| 1/9/2014 | AHB | 2.50 | Confidentiality; conference with N. Benforado; teleconference with T. Max, K. Anderson, B. Cohen, and C. Miller. | 1,750.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 1/9/2014 | NXB | 3.50 | Reviewed ownership materials and discussed issues with A. Bart and B. Cohen; finalized discovery requests and served to opposing counsel; revised confidentiality order and circulated to counsel; participated in call with A. Bart and co-counsel to discuss discovery issues; wrote up summary of case developments for client. | 1,501.50 |
|---|---|---|---|---|
| 1/10/2014 | AHB | 1.60 | Teleconference with K. Truelove, T. Max, and N. Benforado; letter to the court. | 1,120.00 |
| 1/10/2014 | NXB | 0.50 | Participated in conference call with co-counsel and opposing counsel re experts; revised stipulation and re-circulated. | 214.50 |
| 1/13/2014 | AHB | 0.90 | Confidentiality Order; emails. | 630.00 |
| 1/14/2014 | AHB | 0.70 | Motion for extension; emails. | 490.00 |
| 1/14/2014 | NXB | 0.40 | Communicated with A. Bart and co-counsel re: draft extension letter. | 171.60 |
| 1/15/2014 | AHB | 0.70 | Letter to the court. | 490.00 |
| 1/15/2014 | NXB | 0.90 | Reviewed notes and communicated with A. Bart re: draft extension letter; reviewed disclosures and created list of potential deponents and communicated with co-counsel. | 386.10 |
| 1/16/2014 | AHB | 0.60 | Letter to the judge; emails. | 420.00 |
| 1/16/2014 | NXB | 0.80 | Revised extension letter and circulated to A. Bart and other parties. | 343.20 |
| 1/17/2014 | AHB | 0.50 | Emails re: extension. | 350.00 |
| 1/17/2014 | NXB | 3.10 | Spoke with co-counsel and communicated with A. Bart re: discovery and other tasks; drafted deposition notices; revised letter, recirculated to parties, negotiated final terms and filed with court; reviewed notices from co-counsel and opposing counsel. | 1,329.90 |
| 1/20/2014 | AHB | 0.40 | Deposition notices. | 280.00 |
| 1/20/2014 | NXB | 0.30 | Communicated with clients re: deposition notices and extension letter. | 128.70 |
| 1/21/2014 | AHB | 0.40 | Court order; emails. | 280.00 |

| 1/21/2014 | NXB | 0.40 | Communicated with clients re: discovery extension; communicated with Beastie Boys counsel; communicated with A. Bart re: ownership information. | 171.60 |
| 1/22/2014 | AHB | 0.90 | Scheduling; emails; discovery issues. | 630.00 |
| 1/22/2014 | NXB | 0.40 | Spoke with A. Bart re: follow-up discovery issues; spoke with C. Miller about discovery issues. | 171.60 |
| 1/27/2014 | AHB | 0.30 | Emails. | 210.00 |
| 1/28/2014 | NXB | 0.80 | Communicated with A. Bart and revised deposition notices. | 343.20 |
| 1/29/2014 | AHB | 0.90 | Discovery requests. | 630.00 |
| 1/29/2014 | NXB | 0.50 | Revised deposition notices and sent to C. Miller and B. Cohen. | 214.50 |
| 1/30/2014 | NXB | 0.50 | Finalized deposition notices and served on opposing counsel. | 214.50 |
| 1/31/2014 | AHB | 0.60 | Discovery responses. | 420.00 |
| 1/31/2014 | NXB | 2.10 | Drafted 30(b)(6) responses for A. Bart, revised, and circulated to B. Cohen. | 900.90 |
| | | 39.00 | PROFESSIONAL SERVICES | $20,877.30 |

## DISBURSEMENTS

| NAME | AMOUNT |
|------|--------|
| UPS | 6.59 |
| TELEPHONE EXPENSE | 3.59 |
| DISBURSEMENT TOTAL | $ 10.18 |

INVOICE TOTAL                                          $20,887.48

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| ANDREW H. BART | | 15.30 | 700.00 | 10,710.00 |
| NATHANIEL H. BENFORADO | | 23.70 | 429.00 | 10,167.30 |
| | TOTAL | 39.00 | | $20,877.30 |

CLIENT NUMBER  46083
MATTER NUMBER  11123

UNIVERSAL MUSIC GROUP      MARCH 28, 2014
2220 COLORADO AVENUE      INVOICE # 9293436
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2014      $7,250.20

DISBURSEMENTS      $0.00

      TOTAL INVOICE  $7,250.20

PRIOR UNPAID INVOICES

  January 24, 2014 Invoice 9287440    $1,246.40

  March 21, 2014 Invoice 9292243    $20,887.48

      TOTAL AMOUNT DUE  $29,384.08

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP                                    INVOICE # 9293436
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT
                                                        MARCH 28, 2014
CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2014

TUFAMERICA2                                          MATTER NUMBER- 11123

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 2/3/2014 | NXB | 2.30 | Researched copyright records re: TufAmerica tracks. | 986.70 |
| 2/4/2014 | NXB | 1.80 | Researched TufAmerica ownership issues. | 772.20 |
| 2/7/2014 | NXB | 1.80 | Researched copyright ownership issues. | 772.20 |
| 2/10/2014 | NXB | 1.30 | Performed research re: copyright and ownership issues. | 557.70 |
| 2/11/2014 | AHB | 0.30 | Emails. | 210.00 |
| 2/11/2014 | NXB | 0.20 | Communicated with A. Bart re: status of case. | 85.80 |
| 2/12/2014 | AHB | 0.30 | Teleconference with N. Benforado. | 210.00 |
| 2/12/2014 | NXB | 0.10 | Communicated with A. Bart re: 30(b)(6) response. | 42.90 |
| 2/14/2014 | NXB | 0.80 | Wrote up summary of copyright research and emailed A. Bart. | 343.20 |
| 2/15/2014 | AHB | 0.30 | Emails. | 210.00 |
| 2/20/2014 | AHB | 0.40 | Emails. | 280.00 |
| 2/20/2014 | NXB | 0.20 | Communicated with A. Bart re: upcoming issues. | 85.80 |
| 2/21/2014 | NXB | 0.20 | Revised 30(b)(6) response and communicated with client. | 85.80 |
| 2/24/2014 | NXB | 2.90 | Wrote up email memorandum to client re: ownership; finalized 30(b)(6) responses and served on plaintiff; reviewed and forwarded proposed joint defense agreement. | 1,244.10 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 2/25/2014 | AHB | 0.60 | Email. | 420.00 |
|---|---|---|---|---|
| 2/25/2014 | NXB | 1.20 | Spoke with co-defendant counsel T. Max about case; communicated with client re: status conference; communicated with A. Bart re: questions about upcoming deadlines. | 514.80 |
| 2/27/2014 | NXB | 0.80 | Revised joint defense agreement and circulated to client. | 343.20 |
| 2/28/2014 | NXB | 0.20 | Communicated with co-defendant counsel re: experts. | 85.80 |
| | | 15.70 | PROFESSIONAL SERVICES | $7,250.20 |

**INVOICE TOTAL**                $7,250.20

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW H. BART | 1.90 | 700.00 | 1,330.00 |
| NATHANIEL H. BENFORADO | 13.80 | 429.00 | 5,920.20 |
| TOTAL | 15.70 | | $7,250.20 |

CLIENT NUMBER    46083
MATTER NUMBER    11123

UNIVERSAL MUSIC GROUP           APRIL 28, 2014
2220 COLORADO AVENUE         INVOICE # 9294429
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2014 | $12,422.60 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $12,422.60 |

PRIOR UNPAID INVOICES

| | |
|---|---:|
| March 21, 2014 Invoice 9292243 | $20,887.48 |
| March 28, 2014 Invoice 9293436 | $7,250.20 |
| TOTAL AMOUNT DUE | $40,560.28 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP                                    INVOICE # 9294429
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT
                                                        APRIL 28, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2014


TUFAMERICA2                                    MATTER NUMBER- 11123


| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 3/3/2014 | NXB | 1.30 | Communicated with client re: document production; worked with J. Lao on reviewing co-defendants' production; revised draft and communicated with A. Bart and client re: joint defense agreement. | 557.70 |
| 3/4/2014 | NXB | 2.20 | Reviewed Beastie Boys production and prepared for depositions. | 943.80 |
| 3/5/2014 | MRS | 0.50 | Prepared documents for production per N. Benforado. | 107.50 |
| 3/5/2014 | NXB | 3.60 | Reviewed and prepared production materials, participated in call with client; communicated with co-defendant counsel and opposing counsel re: depositions; reviewed plaintiff's objections and responses and forwarded to client.. | 1,544.40 |
| 3/6/2014 | MRS | 1.50 | Prepared spreadsheet for production per N. Benforado. | 322.50 |
| 3/6/2014 | NXB | 1.30 | Worked on production and joint defense agreement. | 557.70 |
| 3/7/2014 | MRS | 0.80 | Finalized spreadsheet for production, set up FTP site and incorporated documents per N. Benforado. | 172.00 |
| 3/7/2014 | NXB | 1.40 | Communicated with client, A. Bart, co-defendants' counsel, and finalized production. | 600.60 |
| 3/7/2014 | AHB | 0.40 | Emails. | 280.00 |
| 3/10/2014 | MRS | 1.70 | Prepared revised documents for production per N. Benforado. | 365.50 |

| 3/10/2014 | NXB | 0.50 | Communicated with counsel re: draft extension letter; circulated filed extension letter to client. | 214.50 |
|---|---|---|---|---|
| 3/11/2014 | MRS | 1.40 | Finalized document production and coordinated production of same via FTP site per N. Benforado. | 301.00 |
| 3/11/2014 | NXB | 2.10 | Reviewed document production from plaintiff and co-defendant; forwarded scheduling order to client; finalized document production and produced to opposing counsel. | 900.90 |
| 3/12/2014 | NXB | 0.10 | Communicated with co-defendant counsel re: call. | 42.90 |
| 3/13/2014 | NXB | 0.80 | Communicated with co-defendant counsel and opposing counsel re: discovery and experts; wrote email to opposing counsel confirming expert schedule; wrote up summary of call for client. | 343.20 |
| 3/17/2014 | NXB | 1.70 | Reviewed documents and prepared for depositions. | 729.30 |
| 3/24/2014 | NXB | 1.20 | Worked on deposition preparations. | 514.80 |
| 3/25/2014 | AHB | 0.30 | Emails. | 210.00 |
| 3/25/2014 | NXB | 1.10 | Communicated with A. Bart and B. Cohen re: case status and deposition scheduling; prepared for depositions. | 471.90 |
| 3/26/2014 | AHB | 0.40 | Emails. | 280.00 |
| 3/26/2014 | NXB | 1.90 | Communicated with T. Max and A. Bart re: depositions and joint defense agreement; prepared for depositions. | 815.10 |
| 3/27/2014 | AHB | 0.40 | Emails. | 280.00 |
| 3/27/2014 | NXB | 2.10 | Communicated with A. Bart re: budget; prepared for depositions. | 900.90 |
| 3/28/2014 | AHB | 0.40 | Emails. | 280.00 |
| 3/28/2014 | NXB | 1.60 | Communicated with A. Bart re: budget and case status; drafted budget for B. Cohen; communicated with opposing counsel re: deposition scheduling. | 686.40 |
| | | 30.70 | PROFESSIONAL SERVICES | $12,422.60 |

INVOICE TOTAL                                                           $12,422.60

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| ANDREW H. BART | 1.90 | 700.00 | 1,330.00 |
| NATHANIEL H. BENFORADO | 22.90 | 429.00 | 9,824.10 |
| MARK R. SCHOLL | 5.90 | 215.00 | 1,268.50 |
| TOTAL | 30.70 | | $12,422.60 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     46083
MATTER NUMBER     11123

UNIVERSAL MUSIC GROUP                      MAY 29, 2014
2220 COLORADO AVENUE               INVOICE # 9296597
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2014                     $91,910.50

DISBURSEMENTS                      $1,159.53

                 TOTAL INVOICE     $93,070.03

PRIOR UNPAID INVOICES

     April 28, 2014 Invoice 9294429          $12,422.60

           TOTAL AMOUNT DUE     $105,492.63

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

INVOICE # 9296597

MAY 29, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2014

TUFAMERICA2                                    MATTER NUMBER- 11123

| 4/1/2014 | AHB | 0.70 | Emails re: discovery. | 504.00 |
|---|---|---|---|---|
| 4/1/2014 | NXB | 3.10 | Communicated with T. Max and A. Bart re: deposition scheduling; prepared for depositions. | 1,519.00 |
| 4/2/2014 | AHB | 0.50 | Emails re: discovery. | 360.00 |
| 4/2/2014 | NXB | 4.10 | Communicated with opposing counsel re: deposition scheduling; communicated with C. Miller and B. Cohen re: joint defense agreement; worked on deposition preparation. | 2,009.00 |
| 4/3/2014 | AHB | 0.80 | Discovery issues; emails. | 576.00 |
| 4/3/2014 | NXB | 2.10 | Drafted and revised stipulation and sent to client; finalized joint defense agreement and sent to T. Max. | 1,029.00 |
| 4/4/2014 | AHB | 0.90 | Teleconference with Sheppard Mullin; deposition scheduling; emails. | 648.00 |
| 4/4/2014 | NXB | 4.80 | Participated in call with T. Max and K. Talcott re: depositions; finalized joint defense agreement and sent to Sheppard Mullin; communicated with T. Max and K. Talcott re: deposition follow-up; revised and finalized proposed stipulation and sent to K. Talcott; prepared for depositions. | 2,352.00 |
| 4/6/2014 | NXB | 3.40 | Prepared for depositions and worked on Trouble Funk outline. | 1,666.00 |
| 4/7/2014 | AHB | 2.40 | Teleconference with Sheppard Mullin; deposition scheduling; emails; review and revise witness outlines. | 1,728.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 4/7/2014 | NXB | 6.60 | Prepared for depositions and circulated draft to A. Bart; participated in call with T. Max, K. Anderson, and A. Bart re: depositions; participated in call with C. Miller and B. Cohen re; Trouble Funk. | 3,234.00 |
| 4/8/2014 | AHB | 1.30 | Teleconference with the client and Sheppard Mullin; deposition scheduling. | 936.00 |
| 4/8/2014 | PSR | 0.30 | Researched specialized databases and the internet to identify and obtain background information on an individual for N. Benforado (#40172). | 67.50 |
| 4/8/2014 | NXB | 4.20 | Researched Maxx Kidd issues and emailed client; spoke with T. Max about depositions; finalized production and sent to opposing counsel; communicated with N. Conway re: copyright records; spoke with C. Miller and B. Cohen re: Trouble Funk agreements. | 2,058.00 |
| 4/8/2014 | MRS | 0.50 | Prepared documents for production per N. Benforado. | 112.50 |
| 4/9/2014 | AHB | 3.40 | Conference call with Sheppard Mullin and clients; letter to the court; letter to opposing counsel; settlement issues; document production issues. | 2,448.00 |
| 4/9/2014 | NXB | 3.80 | Coordinated copyright records retrieval; researched copyright records and reviewed agreements; researched versions of claimed tracks; created timeline of versions and releases; participated in conference call with C. Miller, B. Cohen, and A. Bart re: ownership issues. | 1,862.00 |
| 4/10/2014 | AHB | 1.70 | Correspondence; letter to K. Talcott; teleconference with Sheppard Mullin, C. Miller, and B. Cohen. | 1,224.00 |
| 4/10/2014 | MRS | 1.20 | Prepared documents for production per N. Benforado. | 270.00 |
| 4/10/2014 | NXB | 6.80 | Analyzed copyright records and agreements; drafted ownership / standing argument; finalized and produced documents to opposing counsel; communicated with C. Miller and B. Cohen re: standing; spoke with T. Max re: standing; participated in conference call with A. Bart, T. Max, and K. Anderson re: standing strategy; communicated with runner re: copyright office records. | 3,332.00 |

| 4/11/2014 | AHB | 1.80 | Letter to K. Talcott; teleconference with Sheppard Mullin and clients; emails. | 1,296.00 |
|---|---|---|---|---|
| 4/11/2014 | NXB | 7.70 | Prepared documents for production and sent to opposing counsel; drafted letter to opposing counsel re: ownership; communicated with B. Cohen, C. Miller, A. Bart, and T. Max re: letter; finalized letter and sent to K. Talcott; continued preparing for depositions. | 3,773.00 |
| 4/11/2014 | MRS | 0.80 | Prepared documents for production per N. Benforado. | 180.00 |
| 4/12/2014 | AHB | 2.30 | Edit witness outlines. | 1,656.00 |
| 4/12/2014 | NXB | 4.80 | Prepared for depositions and sent Trouble Funk outline to A. Bart. | 2,352.00 |
| 4/13/2014 | NXB | 5.10 | Prepared for depositions and sent TufAmerica outline to A. Bart. | 2,499.00 |
| 4/14/2014 | NXB | 3.40 | Spoke with A. Bart, T. Max, and B. Cohen about TufAmerica response to letter; drafted, revised, and finalized letter to K. Talcott; researched and ordered copies of relevant albums/singles; revised deposition outline. | 1,666.00 |
| 4/14/2014 | AHB | 1.90 | Teleconference with T. Max; emails with C. Miller, B. Cohen, and K. Truelove; document review; correspondence; conference with N. Benforado. | 1,368.00 |
| 4/15/2014 | NXB | 1.80 | Worked on revising deposition outline. | 882.00 |
| 4/15/2014 | AHB | 0.60 | Emails re: status of depositions and demand for case withdrawal. | 432.00 |
| 4/16/2014 | NXB | 4.40 | Spoke with A. Bart and T. Max re: ownership letter and strategy; reviewed order from J. Nathan and forwarded to client.; revised letter to J. Nathan and circulated to client and Sheppard; communicated with T. Max and A. Bart re: letter and call with K. Talcott; set up call with K. Talcott; circulated redline to T. Max. | 2,156.00 |
| 4/16/2014 | AHB | 0.90 | Correspondence with the court; emails re: discovery and demand for case withdrawal. | 648.00 |

LAW OFFICES

Page 4

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/17/2014 | NXB | 6.20 | Prepared for and participated in meet and confer; revised letter and circulated to client and Sheppard Mullin; spoke with T. Max and K. Anderson re: letter; spoke with B. Cohen re: edits to letter; finalized letter and filed with court; worked on revising Trouble Funk deposition outline. | 3,038.00 |
| 4/17/2014 | AHB | 2.30 | Letter to Judge Nathan; email to clients re: discovery; email with co-counsel re: discovery scheduling. | 1,656.00 |
| 4/18/2014 | NXB | 6.80 | Revised Trouble Funk outline and sent to A. Bart; communicated with K. Talcott re: deposition scheduling; reviewed Trouble Funk recordings with B. Cohen; spoke with K. Anderson and T. Monahan re: investigation. | 3,332.00 |
| 4/18/2014 | AHB | 2.40 | Court order; emails re: discovery and deposition preparation; Trouble Funk outlines. | 1,728.00 |
| 4/20/2014 | NXB | 3.30 | Revised Trouble Funk outline and sent to A. Bart. | 1,617.00 |
| 4/21/2014 | NXB | 6.10 | Revised Trouble Funk outline for A. Bart; created chart of all Trouble Funk tracks; communicated with T. Max and A. Bart re: deposition scheduling; compared recordings of Let's Get Small and Say What. | 2,989.00 |
| 4/21/2014 | AHB | 2.70 | Witness outlines; emails re: settlement; discovery. | 1,944.00 |
| 4/22/2014 | RHM | 0.70 | Prepared documents for attorney review. | 133.00 |
| 4/22/2014 | NXB | 5.40 | Finished chart of Trouble Funk tracks; communicated with A. Bart and J. Lao re: deposition logistics; gathered deposition exhibits and coordinated printing with J. Lao; revised Trouble Funk outline and circulated to C. Miller and B. Cohen; compared recordings of Say What and Let's Get Small and wrote up summary. | 2,646.00 |
| 4/22/2014 | AHB | 2.70 | Witness outlines; emails with K. Truelove and T. Max re: discovery. | 1,944.00 |
| 4/22/2014 | JSL | 1.70 | Compiled and prepared exhibits and attorney prep binder for Fisher and Avery depositions; met with attorney regarding deposition prep. | 382.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 4/23/2014 | NXB | 0.90 | Communicated with A. Bart re: Kelly; spoke with C. Miller and B. Cohen; spoke with T. Max and K. Anderson re: scheduling and depositions. | 441.00 |
| 4/23/2014 | AHB | 2.40 | Witness outlines; teleconference with co-counsel; discovery; emails with K. Truelove and client re: settlement. | 1,728.00 |
| 4/24/2014 | RHM | 0.70 | Prepared documents for attorney review. | 133.00 |
| 4/24/2014 | AHB | 2.50 | Witness outlines; prepare for conference; teleconference with client; teleconference with co-counsel re: settlement. | 1,800.00 |
| 4/24/2014 | NXB | 2.70 | Drafted and revised language for letter to J. Nathan; communicated with A. Bart and T. Max re: conference and letter; prepared for conference and sent outline to A. Bart. | 1,323.00 |
| 4/25/2014 | AHB | 3.80 | Prepare for and attend conference. | 2,736.00 |
| 4/25/2014 | NXB | 0.90 | Prepared documents; communicated with C. Miller and B. Cohen re: records. | 441.00 |
| 4/26/2014 | AHB | 0.50 | Emails with C. Miller and N. Benforado re: outlines. | 360.00 |
| 4/27/2014 | NXB | 1.30 | Revised Trouble Funk outline for A. Bart. | 637.00 |
| 4/27/2014 | AHB | 0.30 | Emails with N. Benforado re: outline. | 216.00 |
| 4/28/2014 | RHM | 0.50 | Prepared documents for attorney review. | 95.00 |
| 4/28/2014 | AHB | 2.40 | Deposition outline; document review. | 1,728.00 |
| 4/28/2014 | NXB | 4.90 | Revised deposition outline for A. Bart; coordinated delivery of albums and scans of albums for depositions; coordinated printing of deposition materials for D.C. overnight delivery. | 2,401.00 |
| 4/29/2014 | AHB | 0.80 | Prepared for deposition. | 576.00 |
| 4/29/2014 | NXB | 1.70 | Coordinated deposition logistics with J. Lao, T. Max, K. Talcott; reviewed new documents and emailed summary. | 833.00 |
| 4/30/2014 | FJA | 0.50 | Prepared deposition exhibits. | 95.00 |
| 4/30/2014 | NXB | 0.60 | Gathered new documents for A. Bart and coordinated printing; communicated with A. Bart about publishing agreement. | 294.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 4/30/2014 | AHB | 10.80 | Prepared for and conducted Avery deposition; emails with C. Miller and N. Benforado re: same. | 7,776.00 |
|---|---|---|---|---|
| 4/30/2014 | MRS | 0.20 | Prepared documents for production per N. Benforado. | 45.00 |
| | | 166.80 | PROFESSIONAL SERVICES | $91,910.50 |

## DISBURSEMENTS

| NAME | AMOUNT |
|---|---|
| OUT OF TOWN TRAVEL – Andrew Bart to DC for depositions of Avery and Fisher. | 924.48 |
| OTHER - | 80.93 |
| IN-CITY TRANSPORTATION | 46.00 |
| PHOTOCOPY | 28.16 |
| NETWORK COLOR PRINTING | 27.75 |
| PHOTOCOPY EXPENSE | 23.00 |
| BUSINESS MEALS | 16.22 |
| UPS | 9.17 |
| TELEPHONE EXPENSE | 3.82 |
| DISBURSEMENT TOTAL | $1,159.53 |

INVOICE TOTAL $93,070.03

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| ANDREW H. BART | 52.80 | 720.00 | 38,016.00 |
| NATHANIEL H. BENFORADO | 106.90 | 490.00 | 52,381.00 |
| JUDY S. LAO | 1.70 | 225.00 | 382.50 |
| MARK R. SCHOLL | 2.70 | 225.00 | 607.50 |
| PAUL S. RAMONAS | .30 | 225.00 | 67.50 |
| FRANCIS J. AUL | .50 | 190.00 | 95.00 |
| REBECCA H. MILLER | 1.90 | 190.00 | 361.00 |
| TOTAL | 166.80 | | $91,910.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     46083
MATTER NUMBER     11123


UNIVERSAL MUSIC GROUP                                    JUNE 18, 2014
2220 COLORADO AVENUE                              INVOICE # 9298802
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT



**TUFAMERICA2**


FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2014                                          $64,864.00

DISBURSEMENTS                                                  $3,218.18

                                   TOTAL INVOICE       $68,082.18


PRIOR UNPAID INVOICES

        April 28, 2014 Invoice 9294429                       $12,422.60

        May 29, 2014 Invoice 9296597                         $93,070.03

                            TOTAL AMOUNT DUE          $173,574.81


REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

INVOICE # 9298802

JUNE 18, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2014

TUFAMERICA2                                          MATTER NUMBER- 11123

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/1/2014 | NXB | 0.20 | Communicated with A. Bart re: deposition. | 98.00 |
| 5/1/2014 | AHB | 7.70 | Prepare and take Fisher deposition; email clients and N. Benforado re: depositions. | 5,544.00 |
| 5/2/2014 | AHB | 0.60 | Emails with C. Miller and B. Cohen re: depositions and plan for motion. | 432.00 |
| 5/5/2014 | NXB | 4.90 | Revised outline and prepared documents for TufAmerica depositions. | 2,401.00 |
| 5/6/2014 | NXB | 8.20 | Prepared for and attended W. Scott deposition. | 4,018.00 |
| 5/7/2014 | AHB | 0.70 | Deposition scheduling; email with N. Benforado re: same. | 504.00 |
| 5/7/2014 | NXB | 4.40 | Wrote up summary of Scott deposition; reviewed transcripts for Avery and Fisher depositions; discussed case with A. Bart; discussed extension with T. Max and K. Talcott; drafted letter requesting extension. | 2,156.00 |
| 5/8/2014 | AHB | 0.30 | Emails re: extension. | 216.00 |
| 5/8/2014 | NXB | 5.20 | Reviewed transcripts and evidence, and worked on summary judgment papers. | 2,548.00 |
| 5/9/2014 | NXB | 4.50 | Reviewed transcripts and evidence, and worked on summary judgment papers. | 2,205.00 |
| 5/12/2014 | AHB | 0.20 | Emails re: depositions. | 144.00 |
| 5/12/2014 | NXB | 4.70 | Prepared for Fuchs deposition; worked on summary judgment papers. | 2,303.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 5/13/2014 | AHB | 0.20 | Emails re: Fuchs deposition. | 144.00 |
|-----------|-----|------|------------------------------|--------|
| 5/13/2014 | NXB | 4.20 | Communicated with T. Max re: Fuchs deposition; communicated with A. Bart and C. Miller re: Fuchs cancellation; worked on summary judgment papers. | 2,058.00 |
| 5/14/2014 | AHB | 0.40 | Discovery issues. | 288.00 |
| 5/14/2014 | NXB | 5.70 | Reviewed transcripts and evidence, and worked on summary judgment papers. | 2,793.00 |
| 5/15/2014 | NXB | 4.50 | Worked on summary judgment papers. | 2,205.00 |
| 5/16/2014 | NXB | 6.50 | Worked on summary judgment papers. | 3,185.00 |
| 5/17/2014 | NXB | 2.90 | Worked on summary judgment papers and sent draft to A. Bart. | 1,421.00 |
| 5/19/2014 | AHB | 2.70 | Emails re: documents; depositions, motions; edited brief. | 1,944.00 |
| 5/19/2014 | NXB | 5.60 | **FEES NOT SOUGHT** | 2,744.00 |
| 5/20/2014 | NXB | 9.10 | Attended Fuchs deposition and wrote up summary for client. | 4,459.00 |
| 5/21/2014 | NXB | 4.40 | **FEES NOT SOUGHT** | 2,156.00 |
| 5/22/2014 | NXB | 4.40 | Worked on revising summary papers. | 2,156.00 |
| 5/23/2014 | NXB | 5.20 | Worked on revising summary judgment papers and sent updated draft to A. Bart. | 2,548.00 |
| 5/23/2014 | AHB | 0.40 | Emails re: motion. | 288.00 |
| 5/27/2014 | AHB | 2.30 | Revised summary judgment motion; email T. Max and N. Benforado. | 1,656.00 |
| 5/27/2014 | NXB | 5.20 | **FEES NOT SOUGHT** | 2,548.00 |
| 5/28/2014 | AHB | 0.80 | Edited brief; emails re: same. | 576.00 |
| 5/28/2014 | NXB | 8.20 | **FEES NOT SOUGHT** | 4,018.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 5/29/2014 | AHB | 2.20 | Edited brief. | 1,584.00 |
| 5/29/2014 | NXB | 4.40 | **FEES NOT SOUGHT** | 2,156.00 |
| 5/30/2014 | AHB | 1.90 | **FEES NOT SOUGHT** | 1,368.00 |
| | | 122.80 | PROFESSIONAL SERVICES | $64,864.00 |

**DISBURSEMENTS**

| NAME | AMOUNT |
|---|---|
| COURT REPORTER CHARGE | 3,158.90 |
| IN-CITY TRANSPORTATION | 27.60 |
| PHOTOCOPY | 21.78 |
| SPECIAL MESSENGER SERVICE | 9.90 |
| DISBURSEMENT TOTAL | $3,218.18 |

| | |
|---|---|
| INVOICE TOTAL | $68,082.18 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW H. BART | 20.40 | 720.00 | 14,688.00 |
| NATHANIEL H. BENFORADO | 102.40 | 490.00 | 50,176.00 |
| TOTAL | 122.80 | | $64,864.00 |

CLIENT NUMBER     46083
MATTER NUMBER     11123

UNIVERSAL MUSIC GROUP                              JULY 16, 2014
2220 COLORADO AVENUE                          INVOICE # 9301073
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2014                                        $26,691.40

DISBURSEMENTS                                                 $2,779.91

                          TOTAL INVOICE              $29,471.31

PRIOR UNPAID INVOICES

    May 29, 2014 Invoice 9296597                      $93,070.03

    June 18, 2014 Invoice 9298802                     $68,082.18

                      TOTAL AMOUNT DUE            $190,623.52

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

INVOICE # 9301073

JULY 16, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2014

TUFAMERICA2                                                      MATTER NUMBER- 11123

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 6/1/2014 | AHB | 0.30 | Emails with A. McMullan. | 216.00 |
| 6/2/2014 | AHB | 1.90 | Edited brief; emails re: composition issues and motion papers; document review. | 1,368.00 |
| 6/2/2014 | NXB | 4.20 | **FEES NOT SOUGHT** | 2,058.00 |
| 6/3/2014 | AHB | 1.60 | Edited brief; emails re: Sheppard motion. | 1,152.00 |
| 6/3/2014 | NXB | 8.10 | **FEES NOT SOUGHT** | 3,969.00 |
| 6/3/2014 | SRE | 0.30 | Conversation with N. Benforado re standing and related issues relating to exclusive license from less than all co-owners. | 222.90 |
| 6/4/2014 | AHB | 2.20 | **FEES NOT SOUGHT** | 1,584.00 |
| 6/4/2014 | NXB | 4.70 | Worked on summary judgment motion and 56.1 statement; communicated with T. Max re: filings; communicated with C. Miller and B. Cohen re: filings. | 2,303.00 |
| 6/5/2014 | MRS | 0.90 | Assembled case law cited in draft summary judgment brief per N. Benforado. | 202.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 6/5/2014 | NXB | 5.20 | Communicated with J. Lao and R. Gerber re: cite check; worked with J. Lao and M. Scholl on proposed redaction filing; spoke with K. Talcott re: redactions; revised 56.1 statement and brief. | 2,548.00 |
|---|---|---|---|---|
| 6/5/2014 | RHG | 1.90 | Corresponded with N. Benforado re assignment; checked citation form and substances for N. Benforado. | 513.00 |
| 6/6/2014 | AHB | 2.30 | Edited brief; 56.1 statement; letter re: redacted exhibits. | 1,656.00 |
| 6/6/2014 | MRS | 2.40 | Prepared documents for filing with summary judgment motion; cross-referenced documents cited in draft 56.1 statement; populated exhibit chart in draft declaration; discussed tasks with N. Benforado. | 540.00 |
| 6/6/2014 | NXB | 4.20 | Prepared letter to J. Nathan re: redacted exhibits; revised 56.1 statement; prepared motions for Monday filing. | 2,058.00 |
| 6/6/2014 | RHG | 1.40 | Checked citation form and substances for N. Benforado; corresponded with N. Benforado re same. | 378.00 |
| 6/7/2014 | AHB | 0.70 | 56.1 statement. | 504.00 |
| 6/7/2014 | NXB | 3.10 | Revised 56.1 statement and circulated current drafts to team; performed record check of 56.1 statement. | 1,519.00 |
| 6/8/2014 | AHB | 0.40 | Emails re: Sheppard motion. | 288.00 |
| 6/8/2014 | MRS | 1.10 | Prepared deposition excerpt pages for filing with summary judgment motion, and completed exhibit chart in draft declaration per N. Benforado. | 247.50 |
| 6/8/2014 | NXB | 0.80 | Communicated with T. Max and A. Bart re: Monday filing; revised declaration and sent to M. Scholl. | 392.00 |
| 6/9/2014 | AHB | 1.40 | Final edits; emails. | 1,008.00 |
| 6/9/2014 | MRS | 0.70 | Finalized exhibits for filing with summary judgment motion; incorporated exhibit numbers into 56.1 statement; discussed tasks with N. Benforado. | 157.50 |
| 6/9/2014 | NXB | 3.10 | Finalized summary judgment papers and filed; sent courtesy copies to opposing counsel. | 1,519.00 |

| | | | | |
|---|---|---|---|---|
| 6/17/2014 | AHB | 0.40 | Emails re: extension. | 288.00 |
| | | 53.30 | PROFESSIONAL SERVICES | $26,691.40 |

**DISBURSEMENTS**

| NAME | AMOUNT |
|---|---|
| COURT REPORTER CHARGE – James Avery and Will Scott | 2,720.47 |
| SPECIAL MESSENGER SERVICE | 39.60 |
| TELEPHONE EXPENSE | 15.06 |
| NETWORK COLOR PRINTING | 2.75 |
| POSTAGE EXPENSE | 2.03 |
| DISBURSEMENT TOTAL | $2,779.91 |

| | |
|---|---|
| INVOICE TOTAL | $29,471.31 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| STEVEN R. ENGLUND | .30 | 743.00 | 222.90 |
| ANDREW H. BART | 11.20 | 720.00 | 8,064.00 |
| NATHANIEL H. BENFORADO | 33.40 | 490.00 | 16,366.00 |
| RYAN H. GERBER | 3.30 | 270.00 | 891.00 |
| MARK R. SCHOLL | 5.10 | 225.00 | 1,147.50 |
| TOTAL | 53.30 | | $26,691.40 |

CLIENT NUMBER        46083
MATTER NUMBER        11123


UNIVERSAL MUSIC GROUP                         AUGUST 25, 2014
2220 COLORADO AVENUE                       INVOICE # 9303381
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT


**TUFAMERICA2**


FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2014                                          $25,998.00

DISBURSEMENTS                                                        $0.00

                                    TOTAL INVOICE        $25,998.00


PRIOR UNPAID INVOICES

    May 29, 2014 Invoice 9296597                          $93,070.03

    July 16, 2014 Invoice 9301073                          $29,471.31

                              TOTAL AMOUNT DUE      $148,539.34

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

INVOICE # 9303381

AUGUST 25, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2014

TUFAMERICA2                                                          MATTER NUMBER- 11123

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 7/2/2014 | NXB | 0.30 | Downloaded TufAmerica opposition and sent to C. Miller and B. Cohen. | 147.00 |
| 7/3/2014 | NXB | 1.70 | Reviewed TufAmerica opposition and sent summary to C. Miller, B. Cohen, and A. Bart. | 833.00 |
| 7/3/2014 | AHB | 1.40 | Reviewed opposition papers. | 1,008.00 |
| 7/7/2014 | NXB | 0.60 | Spoke with A. Bart re: reply brief; spoke with T. Max re: reply brief. | 294.00 |
| 7/9/2014 | NXB | 1.10 | Worked on reply draft. | 539.00 |
| 7/10/2014 | NXB | 9.50 | Worked on reply draft and sent to A. Bart. | 4,655.00 |
| 7/10/2014 | AHB | 0.70 | Emails re: brief. | 504.00 |
| 7/11/2014 | NXB | 1.70 | Revised draft reply and sent to A. Bart. | 833.00 |
| 7/11/2014 | AHB | 1.90 | Edited brief. | 1,368.00 |
| 7/12/2014 | AHB | 1.80 | Edited brief. | 1,296.00 |
| 7/14/2014 | AHB | 2.30 | Edited brief. | 1,656.00 |
| 7/14/2014 | NXB | 3.90 | Revised reply brief and sent to A. Bart; revised reply brief based on additional comments. | 1,911.00 |
| 7/15/2014 | AHB | 1.70 | Edited brief. | 1,224.00 |
| 7/15/2014 | NXB | 3.10 | Revised reply brief, drafted declarations and sent to C. Miller and B. Cohen; spoke with T. Max re: reply. | 1,519.00 |
| 7/16/2014 | AHB | 1.40 | Edited brief; 56.1 statement; emails. | 1,008.00 |

### **J**ENNER **& B**LOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 7/16/2014 | NXB | 4.70 | Worked on counterstatement, reviewed deposition exhibits, and sent to A. Bart, C. Miller, and T. Max; reviewed and revised draft based on comments from C. Miller; investigated declaration issues and reviewed for C. Miller. | 2,303.00 |
|---|---|---|---|---|
| 7/17/2014 | NXB | 5.90 | Performed cite check, proofed, and finalized reply filing materials; communicated with C. Miller and T. Max re: reply filing. | 2,891.00 |
| 7/18/2014 | NXB | 4.10 | Proofed and finalized reply filing; coordinated courtesy copies for Judge Nathan; emailed C. Miller and B. Cohen as filed copies of reply. | 2,009.00 |
| | | 47.80 | PROFESSIONAL SERVICES | $25,998.00 |

**INVOICE TOTAL**                                                        $25,998.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW H. BART | 11.20 | 720.00 | 8,064.00 |
| NATHANIEL H. BENFORADO | 36.60 | 490.00 | 17,934.00 |
| TOTAL | 47.80 | | $25,998.00 |

CLIENT NUMBER     46083
MATTER NUMBER    11123

UNIVERSAL MUSIC GROUP                SEPTEMBER 22, 2014
2220 COLORADO AVENUE                 INVOICE # 9305555
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2014                            $0.00

DISBURSEMENTS                                $ 916.97

                    TOTAL INVOICE        $ 916.97

PRIOR UNPAID INVOICES

     August 25, 2014 Invoice 9303381             $25,998.00

               TOTAL AMOUNT DUE     $26,914.97

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE         Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP                                    INVOICE # 9305555
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT
                                                        SEPTEMBER 22, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2014


TUFAMERICA2                                    MATTER NUMBER- 11123

**DISBURSEMENTS**

| NAME | AMOUNT |
|------|--------|
| OUTSIDE PROFESSIONAL SERVICES – Will Scott deposition | 916.97 |
| DISBURSEMENT TOTAL | $ 916.97 |
| | |
| INVOICE TOTAL | $ 916.97 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      46083
MATTER NUMBER      11123

UNIVERSAL MUSIC GROUP                                    NOVEMBER 21, 2014
2220 COLORADO AVENUE                                     INVOICE # 9309997
SANTA MONICA,  CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT

**TUFAMERICA2**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2014                                              $0.00

DISBURSEMENTS                                                     $2,533.30

                                    TOTAL INVOICE               $2,533.30

PRIOR UNPAID INVOICES

       September 22, 2014 Invoice 9305555                          $916.97

                              TOTAL AMOUNT DUE                  $3,450.27

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

UNIVERSAL MUSIC GROUP                                    INVOICE # 9309997
2220 COLORADO AVENUE
SANTA MONICA, CA 90404
ALASDAIR MCMULLAN, ESQ., SVP HEAD OF LIT
                                                        NOVEMBER 21, 2014

CLIENT NUMBER - 46083

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2014

TUFAMERICA2                                             MATTER NUMBER- 11123

**DISBURSEMENTS**

| NAME | AMOUNT |
|------|--------|
| OUTSIDE PROFESSIONAL SERVICES - Veritext for the deposition of Aaron Fuchs | 2,533.30 |
| DISBURSEMENT TOTAL | $2,533.30 |

| INVOICE TOTAL | $2,533.30 |
|---------------|-----------|

                    Federal Identification No. 36-2192554