# EXHIBIT S

| Year/Month | Attorney or Paralegal Name | Hours | Applied Rate | Invoiced Amount | Total |
|---|---|---|---|---|---|
| December 2012 | C. Higginson | 2 | $525.00 | $1,050.00 | $1,050.00 |
| January 2013 | C. Higginson | 1.8 | $580.00 | $1,044.00 | $1,044.00 |
| February 2013 | C. Higginson | 1 | $580.00 | $580.00 | $580.00 |
| March 2013 | C. Higginson | 0.2 | $580.00 | $116.00 | $116.00 |
| September 2013 | C. Higginson | 10.1 | $580.00 | $5,858.00 | $5,858.00 |
| October 2013 | A. Bart | 4.5 | $700.00 | $3,150.00 | |
| | N. Benforado | 5.9 | $429.00 | $2,531.10 | $5,681.10 |
| November 2013 | A. Bart | 2.6 | $700.00 | $1,820.00 | |
| | N. Benforado | 2.2 | $429.00 | $943.80 | $2,763.80 |
| December 2013 | A. Bart | 0.8 | $700.00 | $560.00 | |
| | N. Benforado | 1.6 | $429.00 | $686.40 | $1,246.40 |
| January 2014 | A. Bart | 15.3 | $700.00 | $10,710.00 | |
| | N. Benforado | 23.7 | $429.00 | $10,167.30 | $20,877.30 |
| February 2014 | A. Bart | 1.9 | $700.00 | $1,330.00 | |
| | N. Benforado | 13.8 | $429.00 | $5,920.20 | $7,250.20 |
| March 2014 | A. Bart | 1.9 | $700.00 | $1,330.00 | |
| | N. Benforado | 22.9 | $429.00 | $9,824.10 | |
| | M. Scholl | 5.9 | $215.00 | $1,268.50 | $12,422.60 |
| April 2014 | A. Bart | 52.8 | $720.00 | $38,016.00 | |
| | N. Benforado | 106.9 | $490.00 | $52,381.00 | |
| | J. Lao | 1.7 | $225.00 | $382.50 | |
| | M. Scholl | 2.7 | $225.00 | $607.50 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | P. Ramonas | 0.3 | $225.00 | $67.50 |  |
|  | F. Aul | 0.5 | $190.00 | $95.00 |  |
|  | R. Miller | 1.9 | $190.00 | $361.00 |  |
|  |  |  |  |  | $91,910.50 |
| May 2014 | A. Bart | 18.5 | $720.00 | $13,320.00 |  |
|  | N. Benforado | 74.6 | $490.00 | $36,554.00 |  |
|  |  |  |  |  | $49,874.00 |
| June 2014 | A. Bart | 9 | $720.00 | $6,480.00 |  |
|  | N. Benforado | 21.1 | $490.00 | $10,339.00 |  |
|  | M. Scholl | 5.1 | $225.00 | $1,147.50 |  |
|  | S. Englund | 0.3 | $743.00 | $222.90 |  |
|  | R. Gerber | 3.3 | $270.00 | $891.00 |  |
|  |  |  |  |  | $19,080.40 |
| July 2014 | A. Bart | 11.2 | $720.00 | $8,064.00 |  |
|  | N. Benforado | 36.6 | $490.00 | $17,934.00 |  |
|  |  |  |  |  | $25,998.00 |

|  | TOTAL ATTORNEYS' FEES | $245,752.30 |
|---|---|---|

| SUMMARY |  |  |
|---|---|---|
| ATTORNEY or PARALEGAL | HOURS | FEES |
| A. Bart | 118.5 | $84,780.00 |
| C. Higginson | 15.1 | $8,648.00 |
| N. Benforado | 309.3 | $147,280.90 |
| M. Scholl | 13.7 | $3,023.50 |
| J. Lao | 1.7 | $382.50 |
| R. Miller | 1.9 | $361.00 |
| S. Englund | 0.3 | $222.90 |
| R. Gerber | 3.3 | $891.00 |
| P. Ramonas | 0.3 | $67.50 |
| F. Aul | 0.5 | $95.00 |