# EXHIBIT U

# JENNER&BLOCK

## CARLETTA F. HIGGINSON, Partner

*Carletta F. Higginson is a litigator who focuses her practice on copyright, contractual and other disputes in the entertainment industry, with particular emphasis on disputes arising in the recording and music publishing industries. She has handled matters resulting in precedent-setting decisions in copyright law.*

Ms. Higginson has successfully defended copyright owners in a variety of copyright infringement actions, ranging from cases involving music sampling to rights in renewal terms. She has also successfully represented content owners in contractual disputes covering such topics as tortious interference with contract, artist/management disputes, accounting claims, and licensing disputes.

Major record companies have sought Ms. Higginson's representation to protect their copyrights against the operators of file sharing websites. She has also represented clients in claims of misappropriation of trade secrets and unfair competition. Ms. Higginson is a member of the Content, Media and Entertainment Practice. She serves the Firm as a member of the Diversity & Inclusion Committee, Hiring Committee, and Litigation Associate Assignment Committee.

A list of representative entertainment matters that Ms. Higginson has handled includes:

- **Fifty-Six Hope Road Music, Limited v. UMG Recordings, Inc.**, Case No. 08-Civ. 6143 (S.D.N.Y.): Achieved a significant victory for client UMG Recordings, Inc. ("UMG") when the Court granted UMG's motion for partial summary judgment dismissing the claims of the heirs of legendary Jamaican reggae singer Bob Marley, that they owned the renewal term copyrights in all of Marley's recordings created pursuant to exclusive recording agreements between Marley and Island Records, the predecessor-in-interest to UMG.

- **Johnson v. Cypress Hill,** Case Nos. 08-3810, 09-2213 and 10-1733 (7th Cir.): Achieved a significant victory for clients when the Seventh Circuit affirmed the dismissal of plaintiff's claims of copyright infringement and unfair competition relating to the sampling of a small portion of one of plaintiff's 1960s hits on a recording released by Cypress Hill in 1993.

- **Saregama India, Ltd. v. Taylor, et al.**, Case No. 08 Civ. 20373 (S.D.Fl.) Successfully defended two major recording industry clients in the U.S. District Court for the Southern District of Florida against copyright claims alleging that the rap producer Timbaland, used a sample from the soundtrack of a 1969 Indian film entitled "Aradhana" in the song "Put You on the Game," which was performed by the rap artist The Game and appeared on The Game's 2005 album, "The Documentary."



**CARLETTA F. HIGGINSON**
Partner

**NEW YORK**
Office: 212 891-1624
Fax: 212 909-0817
Email: chigginson@jenner.com

**PRACTICE GROUPS**
Content, Media & Entertainment
Litigation

**EDUCATION**
Columbia University School of Law, J.D., 2003; Submissions Editor, *Columbia Journal of Gender and Law*

New York University, B.A., 1999

**BAR ADMISSIONS**
New York, 2004

**COURT ADMISSIONS**
U.S. Court of Appeals, Second Circuit, 2011

U.S. District Court, Eastern District of New York, 2004

U.S. District Court, Southern District of New York, 2004

©Copyright 2013 Jenner & Block LLP. Jenner & Block is an Illinois Limited Liability Partnership including professional corporations.