# EXHIBIT V

# JENNER&BLOCK

## NATHANIEL H. BENFORADO, Associate

*Nathaniel H. Benforado is a litigator with extensive experience in federal and state court.*

While focusing his practice on securities litigation and complex commercial disputes, Mr. Benforado also has significant experience in a number of other areas, including internal investigations, government inquiries, international arbitrations, and content and media disputes.

Mr. Benforado graduated from the University of Virginia in 2004, receiving a Bachelor of Science in chemical engineering with high distinction. He earned a Juris Doctor from New York University School of Law in 2010, graduating cum laude. While attending law school, Mr. Benforado served as an article editor on the New York University Annual Survey of American Law.

Mr. Benforado is a member of the New York Bar and admitted to practice before the U.S Court of Appeals for the Third Circuit, and the U.S. District Courts for the Southern and Eastern Districts of New York.

### Publications

- "Bitcoin: What It Is And How It's Regulated in the U.S," *New York Law Journal*, February 18, 2014



**NATHANIEL H. BENFORADO**
Associate

**NEW YORK**
Office: 212 891-1625
Fax: 212 909-0810
Email: nbenforado@jenner.com

**PRACTICE GROUPS**
International Arbitration
Litigation
Securities Litigation and Enforcement

**EDUCATION**
New York University School of Law, J.D., 2010; *cum laude*; Article Editor,*New York University Annual Survey of American Law*

University of Virgina, School of Engineering and Applied Science, B.S., 2004; High Distinction; Dean's List; Tau Beta Pi Engineering Honor Society

**BAR ADMISSIONS**
New York, 2011

**COURT ADMISSIONS**
U.S. District Court, Eastern District of New York, 2011

U.S. District Court, Southern District of New York, 2011

U.S. Court of Appeals, Third Circuit, 2014

©Copyright 2015 Jenner & Block LLP. Jenner & Block is an Illinois Limited Liability Partnership including professional corporations.