# EXHIBIT W

| Year/Month | Description | Invoiced Amount | Total |
|---|---|---|---|
| January 2013 | UPS | $6.76 | |
| | | | $6.76 |
| January 2014 | UPS | $6.59 | |
| | Telephone Expense | $3.59 | |
| | | | $10.18 |
| April 2014 | OUT OF TOWN TRAVEL - Andrew Bart to DC for depositions of Avery and Fisher | $924.48 | |
| | In-City Transportation | $46.00 | |
| | Photocopy | $28.16 | |
| | Network Color Printing | $27.75 | |
| | Photocopy Expense | $23.00 | |
| | Business Meals | $16.22 | |
| | UPS | $9.17 | |
| | Telephone Expense | $3.82 | |
| | | | $1,078.60 |
| May 2014 | Court Reporter Charge | $3,158.90 | |
| | In-City Transportation | $27.60 | |
| | Photocopy | $21.78 | |
| | Special Messenger Service | $9.90 | |
| | | | $3,218.18 |
| June 2014 | Court Reporter Charge | $2,720.47 | |
| | Special Messenger Service | $39.60 | |
| | Telephone Expense | $15.06 | |
| | Network Color Printing | $2.75 | |
| | Postage Expense | $2.03 | |
| | | | $2,779.91 |
| August 2014 | Outside Professional Services [Deposition Video] | $916.97 | |
| | | | $916.97 |
| October 2014 | Outside Professional Services [Deposition Video] | $2,533.30 | |
| | | | $2,533.30 |
| | | **TOTAL COSTS** | **$10,543.90** |