UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                       :

TUFAMERICA, INC.,                             :

                                                       :         Case No. 12 CV 3529 (AJN)

                    Plaintiff,             :

                                                       :

              v.                           :

                                                     :         **NOTICE OF MOTION**

MICHAEL DIAMOND, ADAM HOROVITZ,   :
and ADAM YAUCH, p/k/a BEASTIE BOYS,  :
UNIVERSAL MUSIC PUBLISHING, INC.,    :
UNIVERSAL MUSIC PUBLISHING GROUP,  :
BROOKLYN DUST MUSIC, and CAPITOL   :
RECORDS, LLC,                                  :

                                                     :

                  Defendants.           :
------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of the Beastie Boys Defendants' Motion for Attorney's Fees and Costs, dated April 9, 2015, the Declaration of Theodore C. Max in support of that motion, and the exhibits annexed thereto, and upon all the other papers and pleadings heretofore filed, defendants Michael Diamond, Adam Horovitz, the Estate of Adam Yauch and Brooklyn Dust Music (collectively, the "Beastie Boys Defendants"), by and through their attorneys Sheppard Mullin Richter & Hampton, LLP, hereby move this Court before the Honorable Allison J. Nathan in the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 906, New York, New York 10007, for an award of the Beastie Boys Defendants' attorney's fees and costs pursuant to Section 505 of the Copyright Act, Rule 54 of the Federal Rules of Civil Procedure, and any other applicable statutes and rules, together with such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are required to be served within 14 days after service of this motion.

Dated: New York, New York
April 9, 2015

    Respectfully submitted,

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By:     /s/ Theodore C. Max
        Theodore C. Max, Esq. (TM-1742)
        Kenneth B. Anderson, Esq. (KA-9923)
        Thomas M. Monahan, Esq. (TM-1984)
        30 Rockefeller Plaza
        New York, New York 10112
        Tel:    (212) 653-8700
        Fax:   (212) 653-8701

    *Attorneys for Defendants*
    *Michael Diamond, Adam Horovitz,*
    *the Estate of Adam Yauch, p/k/a Beastie Boys*
    *and Brooklyn Dust Music*