**EXHIBIT E**

PACER Case Locator - View



**Civil Party Search**
Wed Apr 8 09:07:08 2015
29 records found

User: sm0175
Client: 21ZW-193602/6835/
Search: Civil Party Search Name tufamerica All Courts Page: 1

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Tufamerica, Inc. (pla)<br>Tufamerica, Inc. v. Hammond, et al | nysdce | 1:1999-cv-10369 | 820 | 10/08/1999 | 06/27/2002 |
| 2 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Landspeed Records | nysdce | 1:2003-cv-05315 | 820 | 07/18/2003 | 12/10/2003 |
| 3 Tufamerica, Inc. (cd)<br>Tufamerica, Inc. v. Roc-A-Fella Records, LLC et al | nysdce | 1:2012-cv-07291 | 820 | 09/28/2012 | 08/29/2013 |
| 4 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Robert Marin et al | flsdce | 0:2015-cv-60644 | 820 | 03/27/2015 | |
| 5 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Chocolate Industries, Inc. et al | nysdce | 1:2013-cv-00363 | 820 | 01/16/2013 | 06/26/2013 |
| 6 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Disc Makers, Inc., et al | nysdce | 1:2002-cv-10333 | 820 | 12/31/2002 | 02/07/2008 |
| 7 Tufamerica, Inc. (dft)<br>Hammond, et al v. Tufamerica, Inc. | nysdce | 1:2003-cv-07586 | 190 | 09/25/2003 | 11/13/2007 |
| 8 TufAmerica, Inc. (cd)<br>TufAmerica, Inc. v. Codigo Music LLC et al | nysdce | 1:2011-cv-01434 | 820 | 03/02/2011 | |
| 9 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Vivendi SA et al | nysdce | 1:2014-cv-00789 | 820 | 02/07/2014 | 04/09/2014 |
| 10 Tufamerica, Inc. (cc)<br>Hammond, et al v. Tufamerica, Inc. | nysdce | 1:2003-cv-07586 | 190 | 09/25/2003 | 11/13/2007 |
| 11 Tufamerica, Inc. (pla)<br>Tufamerica, Inc. v. WB Music Corp. et al | nysdce | 1:2013-cv-07874 | 820 | 11/05/2013 | 12/09/2014 |
| 12 Tufamerica Inc. (cd)<br>Tufamerica Inc., et al v. Sanctuary Records, et al | nysdce | 1:2002-cv-03862 | 820 | 05/21/2002 | 04/29/2008 |
| 13 Tufamerica, Inc. (pla)<br>Tufamerica, Inc. v. Amazon. Com, Inc. et al | nysdce | 1:2011-cv-05445 | 820 | 08/05/2011 | 01/03/2012 |
| 14 Tufamerica Inc. (pla)<br>Tufamerica Inc., et al v. Sanctuary Records, et al | nysdce | 1:2002-cv-03862 | 820 | 05/21/2002 | 04/29/2008 |
| 15 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Martin Koppel et al | nysdce | 1:2011-cv-06535 | 820 | 09/20/2011 | 01/14/2012 |
| 16 TufAmerica, Inc. (cc)<br>Orchard Enterprises, Inc. v. TufAmerica, Inc. | caedce | 2:2008-cv-00553 | 190 | 03/11/2008 | 09/15/2009 |
| 17 TufAmerica, Inc. (pla)<br>TufAmerica, Inc. v. Diamond et al | nysdce | 1:2012-cv-03529 | 820 | 05/03/2012 | 03/26/2015 |
| 18 Tufamerica, Inc. (pla)<br>Tufamerica, Inc. v. Atlantic Recording | nysdce | 1:2003-cv-05722 | 820 | 08/01/2003 | 09/20/2006 |
| 19 TufAmerica, Inc. (dft)<br>Orchard Enterprises, Inc. v. TufAmerica, Inc. | caedce | 2:2008-cv-00553 | 190 | 03/11/2008 | 09/15/2009 |
| 20 Tufamerica, Inc. (pla)<br>Tufamerica, Inc. v. Roc-A-Fella Records, LLC et al | nysdce | 1:2012-cv-07291 | 820 | 09/28/2012 | 08/29/2013 |
| 21 Tufamerica Inc. (pla)<br>Tufamerica Inc., et al v. Sanctuary Records, et al | nysdce | 1:2001-cv-06179 | 820 | 07/09/2001 | 03/06/2002 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | TufAmerica, Inc. (pla) | nysdce | 1:2011-cv-06534 | 190 | 09/20/2011 | 09/30/2013 |
| | TufAmerica, Inc. v. Vapac Music Publishing, Inc. | | | | | |
| 23 | Tufamerica Inc (pla) | laedce | 2:2002-cv-03821 | 820 | 12/27/2002 | 12/05/2003 |
| | TufAmerica Inc v. Mardi Gras Records, et al | | | | | |
| 24 | TufAmerica, Inc. (pla) | nysdce | 1:2011-cv-01434 | 820 | 03/02/2011 | |
| | TufAmerica, Inc. v. Codigo Music LLC et al | | | | | |
| 25 | TufAmerica Inc (pla) | laedce | 2:2002-cv-03832 | 820 | 12/30/2002 | 03/25/2004 |
| | TufAmerica Inc v. Colsoul Inc, et al | | | | | |
| 26 | TufAmerica, Inc. (pla) | nysdce | 1:2011-cv-01816 | 820 | 03/16/2011 | 01/03/2012 |
| | TufAmerica, Inc. v. The Orchard Enterprises, Inc. | | | | | |
| 27 | Tufamerica Inc (dft) | laedce | 2:2004-cv-01909 | 820 | 07/06/2004 | 11/15/2004 |
| | Adams, et al v. Tufamerica Inc, et al | | | | | |
| 28 | Tufamerica, Inc. (pla) | nysdce | 1:2006-cv-15388 | 820 | 12/22/2006 | 06/12/2013 |
| | Tufamerica, Inc. v. Roc-A-Fella Records, Inc. et al | | | | | |
| 29 | TufAmerica, Inc. (dft) | nysdce | 1:2008-cv-10057 | 820 | 11/19/2008 | 10/04/2011 |
| | Belvin et al v. TufAmerica, Inc. | | | | | |

**PACER Service Center**
Receipt 04/08/2015 09:07:09 159281120
**User** sm0175
**Client** 21ZW-193602/6835/
**Description** Civil Party Search
Name tufamerica All Courts Page: 1
**Pages** 1 ($0.10)

For information or comments, please contact: PACER Service Center