# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

**TUFAMERICA, INC.,**

**Plaintiff,** **12 cv 3529 (AJN)**

**v.**

**MICHAEL DIAMOND, ADAM HOROVITZ, and ADAM YAUCH, p/k/a BEASTIE BOYS, UNIVERSAL MUSIC PUBLISHING, INC., UNIVERSAL MUSIC PUBLISHING GROUP, BROOKLYN DUST MUSIC, and CAPITOL RECORDS, LLC,**

**Defendants.**
------------------------------------------------------x

## TUFAMERICA'S FIRST REQUESTS FOR ADMISSION (AMENDED)

Plaintiff TufAmerica, Inc. hereby directs the following requests for admission to defendants pursuant to rules 26 and 36 of the Federal Rules of Civil Procedure.

## DEFINITIONS

1. The definitions set forth in Local Civil Rule 26.3 are incorporated herein by reference.

2. "Say What" means the recording of that title performed by the musical group Trouble Funk, as it appears on any of the following: DETT LP 1002 (album); DETT 12 1002 (single).

3. "Let's Get Small" means the recording of that title performed by the musical group Trouble Funk as it appears on any of the following: DETT 12 501 (single); 4th & Broadway 12 80 (single).

4. "Shadrach" means any recording bearing that title performed by the musical group Beastie Boys.

5. "Hold It Now Hit It" means any recording bearing that title performed by the musical group Beastie Boys.

6. "You" means any defendant responding to these Requests for Admission.

**ADMISSIONS**

1. Admit that a portion of "Say What" is incorporated as part of "Shadrach."
2. Admit that a portion of "Let's Get Small" is incorporated as part of "Hold It Now Hit It."
3. Admit that You have no license to use any part of "Say What" in "Shadrach."
4. Admit that You have no license to use any part of "Let's Get Small" in "Hold It Now Hit It."

October 4, 2013

/s/

Kelly D. Talcott
The Law Offices of Kelly D. Talcott
P.O. Box 43, 34 Grove Street
Sea Cliff, NY 11579-0043
v.516.515.1545
f.516.871.0682

Attorney for Plaintiff
TufAmerica, Inc.

**CERTIFICATE OF SERVICE**

Kelly D. Talcott hereby affirms under penalties of perjury that on October 4, 2013, he caused to be served the attached TUFAMERICA'S FIRST REQUESTS FOR ADMISSION by delivering a copy thereof by electronic mail to counsel for defendant at the electronic mail addressed they have designated for that purpose, as follows:

Theodore C. Max TMax@sheppardmullin.com
Carletta F. Higginson CHigginson@jenner.com

/s/
Kelly D. Talcott