# EXHIBIT H

Page 1

```
 1
 2  UNITED STATES DISTRICT COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  ------------------x
 5  TUFAMERICA, INC.,
 6       Plaintiff,
                    12cv3529(AJN)
 7       -against-
 8  MICHAEL DIAMOND, ADAM HOROVITZ and
    ADAM YAUCH, P/K/A BEASTIE BOYS,
 9  UNIVERSAL MUSIC PUBLISHING, INC.,
    UNIVERSAL MUSIC PUBLISHING GROUP,
10  BROOKLYN DUST MUSIC and CAPITAL
    RECORDS, LLC,
11
         Defendants.
12
    ------------------x
13
            30 Rockefeller Plaza
14          New York, New York
15          May 6, 2014
            9:42 a.m.
16
17
18      VIDEOTAPE DEPOSITION of WILLIAM A.
19  SCOTT, the Witness in above-entitled
20  action, held at above time and place,
21  taken before Francine Sky, a Certified
22  Shorthand Reporter and Notary Public of
23  the State of New York, pursuant to the
24  Federal Rules of Civil Procedure, and
25  stipulations between Counsel.
```

Page 2

```
 1
 2  APPEARANCES:
 3
 4      THE LAW OFFICES OF KELLY D. TALCOTT
 5          Attorneys for Plaintiff
 6          34 Grove Street
 7          P.O. Box 43
 8          Sea Cliff, New York 11579
 9      BY:  KELLY D. TALCOTT, ESQ.
10
11
12
13      SHEPPARD MULLIN RICHTER & HAMPTON, LLP
14          Attorneys for Defendants
15          Michael Diamond, Adam
16          Horovitz, Adam Yauch, p/k/a
17          Beastie Boys
18          30 Rockefeller Plaza
19          New York, New York 10112
20      BY:  THOMAS M. MONAHAN, ESQ.
21           -and-
22           THEODORE C. MAX, ESQ.
23
24
25
```

Page 3

```
 1
 2
 3  A P P E A R A N C E S:  (Continued)
 4
 5      JENNER & BLOCK, LLP
 6          Attorneys for Defendants
 7          UMG PolyGram International
 8          Publishing, Inc. and Capitol
 9          Records, LLC
10          919 Third Avenue
11          New York, New York  10022
12      BY:  NATHANIEL H. BENFORADO, ESQ.
13
14
15
16
17
18  Also Present:
19
20      WAYNE SALINE, Videographer
21      Veritext New York
22              *   *   *
23
24
25
```

Page 4

```
 1
 2              STIPULATIONS
 3      IT IS HEREBY STIPULATED AND AGREED,
 4  by and among counsel for the respective
 5  parties hereto, that the filing,
 6  sealing and certification of the within
 7  deposition shall be and the same are
 8  hereby waived;
 9      IT IS FURTHER STIPULATED AND AGREED
10  that all objections, except as to form
11  of the question, shall be reserved to
12  the time of the trial;
13      IT IS FURTHER STIPULATED AND AGREED
14  that the within deposition may be
15  signed before any Notary Public with
16  the same force and effect as if signed
17  and sworn to before the Court.
18              *   *   *
19
20
21
22
23
24
25
```

Page 101

1      W. Scott
2  there weren't any errors in the         12:29PM
3  complaint?                              12:29PM
4     A.  It was really, it was just       12:29PM
5  reading through it for anything as      12:29PM
6  small as a typo.                        12:29PM
7     Q.  Did you look at any documents    12:29PM
8  to confirm that the allegations in the  12:29PM
9  complaint were true?                    12:29PM
10    A.  No.                              12:30PM
11    Q.  If you look at paragraph 13,     12:30PM
12 it says:                                12:30PM
13       "TufAmerica is the exclusive      12:30PM
14    administrator and licensee of the    12:30PM
15    copyrights, composition and musical  12:30PM
16    recordings in and to among other     12:30PM
17    things, the recordings Say What,"    12:30PM
18    and it lists a handful of other      12:30PM
19    recordings. It says Drop the Bomb.   12:30PM
20       Did you review any documents      12:30PM
21 to confirm that statement in paragraph  12:30PM
22 13.                                     12:30PM
23    A.  No. Not at the time.             12:30PM
24    Q.  If you look at the second        12:30PM
25 half of paragraph 17 -- I guess just    12:30PM

Page 102

1      W. Scott
2  the whole paragraph 17:                 12:30PM
3       "By way of an agreement dated      12:30PM
4    December 20, 1999 with Trouble        12:30PM
5    Funk's principals to control the     12:30PM
6    rights to the group's recordings     12:31PM
7    and compositions, TufAmerica became  12:31PM
8    the exclusive administrator and     12:31PM
9    copyright licensee of and to among  12:31PM
10   other recordings and compositions,  12:31PM
11   the sampled recordings."            12:31PM
12       Did you review any documents     12:31PM
13 to confirm that paragraph 17 was true? 12:31PM
14    A.  No.                             12:31PM
15    Q.  Did anyone at TufAmerica        12:31PM
16 review any documents to confirm that   12:31PM
17 paragraph 17 was true?                 12:31PM
18    A.  I believe Mr. Talcott would     12:31PM
19 have.                                  12:31PM
20    Q.  Would anyone else have          12:31PM
21 reviewed those documents to confirm    12:31PM
22 that paragraph 17 was true?            12:31PM
23    A.  No.                             12:32PM
24    Q.  Based on your review of the     12:32PM
25 company's records, was any due         12:32PM

Page 103

1      W. Scott
2  diligence performed by TufAmerica to    12:32PM
3  confirm that Trouble Funk's principals  12:32PM
4  owned and controlled the rights to the  12:32PM
5  group's recordings and compositions?    12:32PM
6        MR. TALCOTT: Objection.           12:32PM
7     A.  I don't know.                    12:32PM
8     Q.  Again, you're here to testify    12:32PM
9  to the facts underlying the allegations 12:32PM
10 set forth in the complaint.             12:32PM
11       In your capacity to give that     12:33PM
12 testimony, and in your review of the    12:33PM
13 records to prepare for this deposition  12:33PM
14 and in discovery of this action, is     12:33PM
15 there any evidence that TufAmerica      12:33PM
16 conducted any due diligence with        12:33PM
17 respect to the statement that Trouble   12:33PM
18 Funk's principals controlled the rights 12:33PM
19 to the group's recordings and           12:33PM
20 compositions?                           12:33PM
21       MR. TALCOTT: Objection.           12:33PM
22    A.  I've been told that due          12:33PM
23 diligence was performed.                12:33PM
24    Q.  Who told you that due            12:33PM
25 diligence was performed?                12:33PM

Page 104

1      W. Scott
2     A.  Aaron Fuchs.                     12:33PM
3     Q.  What due diligence did he say    12:33PM
4  was performed?                          12:33PM
5     A.  Just that research was done      12:34PM
6  at the time of the -- of this 1999      12:34PM
7  deal.                                   12:34PM
8     Q.  Does TufAmerica have a record    12:34PM
9  as to the research and due diligence    12:34PM
10 that was performed as of the 1999 deal? 12:34PM
11    A.  I don't -- I don't know.         12:34PM
12    Q.  In connection with this          12:34PM
13 litigation, have you reviewed any due   12:34PM
14 diligence that was conducted in         12:34PM
15 connection with the 1999 deal?          12:34PM
16    A.  I may have. Like there was a     12:35PM
17 lot of -- there were a lot of           12:35PM
18 documents. I don't remember.            12:35PM
19    Q.  But in connection with your      12:35PM
20 deposition today, you reviewed no due   12:35PM
21 diligence with respect to the 1999      12:35PM
22 deal?                                   12:35PM
23    A.  Correct.                         12:35PM
24       MR. TALCOTT: Objection.           12:35PM
25    Q.  When did you review the due      12:35PM

Scott, William                                                Pages 101 - 104

Page 105

1  W. Scott
2  diligence documents in connection with  12:35PM
3  the 1999 deal?  12:35PM
4      MR. TALCOTT: Objection.  12:35PM
5  A.  I'm not sure if I ever did.  12:35PM
6  If so, it would have been during that  12:36PM
7  discovery period.  12:36PM
8  Q.  What documents did you review  12:36PM
9  in connection with the discovery  12:36PM
10 period, related to the due diligence  12:36PM
11 for the 1999 deal?  12:36PM
12     MR. TALCOTT: Objection.  12:36PM
13 A.  I don't remember.  12:36PM
14 Q.  As the person in charge of  12:36PM
15 the corporate books and records of  12:36PM
16 TufAmerica, and the witness designated  12:36PM
17 to testify regarding the allegations in  12:36PM
18 the complaint, what documents does  12:36PM
19 TufAmerica have related to the due  12:37PM
20 diligence done in connection with the  12:37PM
21 1999 deal?  12:37PM
22     MR. TALCOTT: Objection.  12:37PM
23 A.  I don't know.  12:37PM
24 Q.  In connection with  12:37PM
25 preparation for your deposition today,  12:37PM

Page 106

1  W. Scott
2  did you endeavor to identify any  12:37PM
3  documents related to the due diligence  12:37PM
4  conducted with respect to the 1999  12:37PM
5  deal?  12:37PM
6  A.  No.  12:37PM
7      MR. TALCOTT: Objection.  12:37PM
8  Q.  Pursuant to the record  12:37PM
9  retention policy that TufAmerica  12:37PM
10 maintains -- strike that.  12:37PM
11     Where would you go to look  12:38PM
12 for the due diligence materials with  12:38PM
13 respect to the 1999 deal?  12:38PM
14 A.  The filing system I  12:38PM
15 discussed, and then any e-mail accounts  12:38PM
16 of, I guess anyone, like attorneys  12:38PM
17 involved with the deal-making process.  12:38PM
18     RQ MR. MONAHAN: Kelly, we  12:38PM
19     would call for production of all  12:38PM
20     due diligence documents related to  12:38PM
21     the 1999 deal.  12:38PM
22     MR. TALCOTT: Noted.  12:39PM
23 Q.  In connection with filing  12:39PM
24 this complaint, did anyone at  12:39PM
25 TufAmerica review the due diligence  12:39PM

Page 107

1  W. Scott
2  with respect to the 1999 deal?  12:39PM
3  A.  I don't know.  12:39PM
4  Q.  Based on your review of the  12:39PM
5  books and records in preparation for  12:39PM
6  your deposition here today, did you  12:39PM
7  identify any evidence that the due  12:40PM
8  diligence materials were reviewed in  12:40PM
9  connection with the 1999 deal?  12:40PM
10     MR. TALCOTT: Objection.  12:40PM
11 A.  I didn't review the due  12:40PM
12 diligence at all.  12:40PM
13 Q.  I understand. Did your  12:40PM
14 review of the documents provide any  12:40PM
15 evidence to show that the due diligence  12:40PM
16 materials related to the 1999 deal were  12:40PM
17 reviewed in connection with the filing  12:40PM
18 of the complaint in this action?  12:40PM
19     MR. TALCOTT: Objection.  12:40PM
20 A.  No.  12:40PM
21 Q.  In your conversations with  12:41PM
22 Mr. Fuchs regarding what due diligence  12:41PM
23 had been conducted in connection with  12:41PM
24 the 1999 deal, what was the sum and  12:41PM
25 substance of those discussions?  12:41PM

Page 108

1  W. Scott
2  A.  That the attorney, I don't  12:41PM
3  know if he was in-house or outside  12:41PM
4  counsel, but he at the time of this  12:41PM
5  agreement, he did a great deal of due  12:41PM
6  diligence to make sure that these  12:41PM
7  titles were controlled by Trouble Funk.  12:41PM
8  Q.  In connection with this  12:41PM
9  litigation were the attorneys -- did --  12:41PM
10 strike that.  12:42PM
11     In connection with this  12:42PM
12 litigation, did TufAmerica obtain the  12:42PM
13 due diligence files of the attorney who  12:42PM
14 you just identified as the one that  12:42PM
15 performed the due diligence with  12:42PM
16 respect to the 1999 deal?  12:42PM
17 A.  I'm not sure.  12:42PM
18 Q.  Were you ever asked to obtain  12:42PM
19 those files?  12:42PM
20     MR. TALCOTT: Objection.  12:42PM
21 A.  Not specifically, to my -- if  12:42PM
22 I can recall.  12:42PM
23 Q.  Do you know the name of the  12:42PM
24 attorney that performed the due  12:42PM
25 diligence with respect to the 1999  12:42PM

```
1       W. Scott
2  deal?                                    12:43PM
3    A.  I don't know the name.             12:43PM
4       MR. MONAHAN: Kelly, if you          12:43PM
5  can just leave a place, we would         12:43PM
6  ask the name of the attorney --          12:43PM
7       MR. TALCOTT: Jeff Gandel.           12:43PM
8       MR. MONAHAN: Pardon?                12:43PM
9       MR. TALCOTT: Jeff Gandel.           12:43PM
10      THE COURT REPORTER: Can you         12:43PM
11 spell his last name for me.              12:43PM
12      THE WITNESS: G-A-N-D-E-L.           12:43PM
13   Q.  Just a yes or no to this           12:43PM
14 question: Have you spoken to Mr.         12:43PM
15 Gandel with respect to this action?      12:43PM
16   A.  No.                                12:43PM
17   Q.  Have you spoken with Mr.           12:43PM
18 Gandel with respect to the 1999          12:43PM
19 agreement and the due diligence in       12:43PM
20 connection with the 1999 agreement?      12:43PM
21   A.  No.                                12:43PM
22   Q.  Have you ever spoken to Mr.        12:43PM
23 Gandel?                                  12:43PM
24   A.  No.                                12:43PM
25   Q.  Is it your testimony that the      12:44PM
```

```
1       W. Scott
2  due diligence conducted in connection    12:44PM
3  with the 1999 deal was extensive?        12:44PM
4       MR. TALCOTT: Objection.             12:44PM
5    A.  I don't know.                      12:44PM
6    Q.  Based on your review of the        12:44PM
7  records, what is your understanding of   12:44PM
8  the substance of the due diligence       12:44PM
9  materials that were exchanged with       12:44PM
10 respect to the 1999 deal?                12:44PM
11      MR. TALCOTT: Objection.             12:44PM
12   A.  I don't know that I                12:45PM
13 personally reviewed the due diligence.   12:45PM
14   Q.  What documents have you            12:45PM
15 reviewed related to the 1999 deal?       12:45PM
16   A.  The 1999 deal itself. I            12:45PM
17 believe there were two. That's all.      12:45PM
18      (Tuf Exhibit 3, marked for          12:46PM
19   identification.)                       12:47PM
20   Q.  Mr. Scott, I've placed before      12:47PM
21 you what has been marked as Tuf Exhibit  12:47PM
22 3. It's the December 6, 2012 amended     12:47PM
23 complaint in this action.                12:47PM
24      Have you seen this document         12:47PM
25 before?                                  12:47PM
```

```
1       W. Scott
2    A.  Yes.                               12:47PM
3    Q.  Again, did you review this         12:47PM
4  document before it was filed?            12:47PM
5    A.  Yes. I think so. Yes.              12:47PM
6    Q.  In connection with that            12:48PM
7  review, did you review any other         12:48PM
8  documents?                               12:48PM
9    A.  Not that I remember.               12:48PM
10   Q.  Did you review any due             12:48PM
11 diligence materials in connection with   12:48PM
12 the 1999 agreement, at the time you      12:48PM
13 conducted your review of this            12:48PM
14 document --                              12:48PM
15   A.  No.                                12:48PM
16   Q.  -- Tuf 3?                          12:48PM
17   A.  No, I didn't.                      12:48PM
18   Q.  If you'll look at paragraph        12:48PM
19 27, which is on page 6.                  12:48PM
20      It says: "After listening to        12:49PM
21   Shadrach at the point at which the     12:49PM
22   Say What sample is used by             12:49PM
23   Defendants, TufAmerica was able to     12:49PM
24   determine that Shadrach                12:49PM
25   incorporates the Say What sample."    12:49PM
```

```
1       W. Scott
2       Do you have an understanding        12:49PM
3  as to why the description of the quote,  12:49PM
4  "careful audio analysis" that was        12:49PM
5  discussed in the initial complaint is    12:49PM
6  omitted from this amended complaint?     12:49PM
7    A.  No.                                12:49PM
8    Q.  Did you suggest that that          12:49PM
9  description be removed from this         12:50PM
10 amended complaint?                       12:50PM
11   A.  I don't believe so, no.            12:50PM
12   Q.  If you'll turn to paragraph        12:50PM
13 75. The caption describes -- addresses   12:50PM
14 an unauthorized use of Let's Get Small   12:50PM
15 in the song Hold it Now, Hit It.         12:50PM
16      Do you have any understanding       12:50PM
17 as to why this claim was now included    12:50PM
18 in the amended complaint?                12:50PM
19      MR. TALCOTT: Objection.             12:50PM
20   A.  Because it's an unauthorized       12:51PM
21 sample of a Trouble Funk song.           12:51PM
22   Q.  Do you have any understanding      12:51PM
23 as to why this claim was not included    12:51PM
24 in the first complaint?                  12:51PM
25   A.  I don't.                           12:51PM
```

Page 149

1       W. Scott
2  either through making demand letters or  02:01PM
3  ultimately bringing a lawsuit?  02:01PM
4       MR. TALCOTT: Objection.  02:01PM
5   A.  With respect to them being  02:01PM
6  identified? There are many -- I feel  02:01PM
7  like there's many ways they can be  02:01PM
8  identified. There's no process there.  02:01PM
9       And then with respect to the  02:01PM
10 second half of the question -- were you  02:01PM
11 asking if there was a procedure, let's  02:01PM
12 say once something is identified?  02:01PM
13  Q.  Let's start with the  02:01PM
14 identification. You mentioned there  02:01PM
15 are a number of ways they can be  02:01PM
16 identified.  02:01PM
17  A.  Yes.  02:02PM
18  Q.  What are the ways that they  02:02PM
19 can be identified?  02:02PM
20  A.  Someone could be walking  02:02PM
21 through a drug store and overhear  02:02PM
22 something playing on the radio, and  02:02PM
23 realize that it's some kind of either  02:02PM
24 an infringement or something of that  02:02PM
25 nature.  02:02PM

Page 150

1       W. Scott
2       Someone could tell us, I  02:02PM
3  guess.  02:02PM
4       It could be discovered  02:02PM
5  through just day-to-day research of the  02:02PM
6  copyrights themselves just doing  02:02PM
7  research on our catalog.  02:03PM
8   Q.  Are TufAmerica employees ever  02:03PM
9  asked in the course of their duties to  02:03PM
10 review albums or other popular music in  02:03PM
11 an effort to identify potential  02:03PM
12 infringements?  02:03PM
13  A.  Not in a -- not in a general  02:03PM
14 -- not in any general way or any way  02:03PM
15 that doesn't have any prior knowledge  02:03PM
16 of a certain record maybe having an  02:03PM
17 infringement on it. It's not, there's  02:03PM
18 no blanket policy of listening through  02:03PM
19 everything you can to try and find  02:03PM
20 stuff.  02:03PM
21  Q.  And now after a potential  02:04PM
22 infringement is identified, is there a  02:04PM
23 process for proceeding with that  02:04PM
24 potential infringement and a potential  02:04PM
25 claim related to that potential  02:04PM

Page 151

1       W. Scott
2  infringement?  02:04PM
3   A.  Yeah. Sometimes just  02:04PM
4  consulting agreements to make sure  02:04PM
5  rights are -- that we have rights to  02:04PM
6  the song that is being infringed upon.  02:04PM
7  Finding the owner of the song which  02:04PM
8  infringes on the Tuff City copyright or  02:04PM
9  something. And then reaching out to  02:04PM
10 that owner, whether it be through a  02:04PM
11 cease and desist letter or just a  02:04PM
12 general inquiry or e-mail about the  02:05PM
13 matter. I think that is the process.  02:05PM
14  Q.  Who at TufAmerica is  02:05PM
15 responsible for overseeing that  02:05PM
16 process?  02:05PM
17  A.  Usually any -- if there's any  02:05PM
18 legal counsel or Aaron Fuchs oversees  02:05PM
19 it.  02:05PM
20  Q.  What portion of TufAmerica's  02:05PM
21 business is related to identifying and  02:05PM
22 pursuing these claims?  02:05PM
23       MR. TALCOTT: Objection.  02:05PM
24  A.  I don't know the amount of  02:05PM
25 its business. I don't know how to  02:06PM

Page 152

1       W. Scott
2  quantify that.  02:06PM
3   Q.  Based on your day-to-day  02:06PM
4  responsibilities, what portion of your  02:06PM
5  day-to-day work is focused on  02:06PM
6  identifying and pursuing active or  02:06PM
7  potential infringement claims?  02:06PM
8       MR. TALCOTT: Objection.  02:06PM
9   A.  If we can separate the  02:06PM
10 identifying and pursuing, that would  02:06PM
11 maybe make me be able to give a better  02:06PM
12 answer.  02:06PM
13  Q.  That's fine.  02:06PM
14  A.  Very little time is spent on  02:06PM
15 identifying samples. It's not a  02:06PM
16 priority really.  02:06PM
17       But once they are identified,  02:06PM
18 we spend a little bit of time every day  02:06PM
19 or every few days on I guess pursuing  02:06PM
20 these things. But it's not a  02:06PM
21 consistent workload of that though. It  02:07PM
22 ebbs and flows.  02:07PM
23  Q.  Do you have any knowledge as  02:07PM
24 to the portion of revenue that  02:07PM
25 TufAmerica generates from its pursuit  02:07PM

Page 153

1    W. Scott
2 of potential or active copyright    02:07PM
3 infringement claims?    02:07PM
4    A.   Could you repeat the    02:07PM
5 question.    02:07PM
6        [The requested portion of the    02:07PM
7    record was read back by the    02:07PM
8    reporter.]    02:08PM
9    A.   There's not much money made    02:08PM
10 on the pursuit or the active pursuit of    02:08PM
11 a copyright claim.    02:08PM
12   Q.   Do you have any knowledge as    02:08PM
13 to what percent of TufAmerica's    02:08PM
14 revenues are represented by recoveries    02:08PM
15 related to the prosecution of these    02:08PM
16 infringement claims?    02:08PM
17   A.   I'm not sure of the    02:08PM
18 percentage, but it's a -- I don't know    02:08PM
19 a dollar figure. I haven't seen -- I    02:08PM
20 haven't seen, you know, an accounting    02:08PM
21 of how much that represents. I don't    02:08PM
22 know.    02:09PM
23   Q.   Would you say it's more than    02:09PM
24 half?    02:09PM
25        MR. TALCOTT: Objection.    02:09PM

Page 154

1    W. Scott
2    A.   I don't know.    02:09PM
3    Q.   Are you generally privy to    02:09PM
4 the company's revenue numbers and other    02:09PM
5 financial numbers?    02:09PM
6    A.   Generally, yes.    02:09PM
7    Q.   Would you consider recovery    02:09PM
8 through infringement actions to be a    02:09PM
9 significant portion of TufAmerica and    02:09PM
10 Tuff City's business?    02:09PM
11        MR. TALCOTT: Objection.    02:09PM
12   A.   It's -- it is significant.    02:09PM
13   Q.   Can you look back at Tuf 8.    02:10PM
14 It states in paragraph 1:    02:10PM
15        "The term of this agreement    02:10PM
16 is two years commencing January 1,    02:10PM
17 2012."    02:10PM
18        To your knowledge has this    02:10PM
19 agreement been renewed?    02:10PM
20   A.   Not to my knowledge.    02:10PM
21   Q.   In your review of the records    02:10PM
22 in preparation for this action -- I'm    02:11PM
23 sorry, in preparation for this    02:11PM
24 deposition and in connection with    02:11PM
25 discovery in this action, have you seen    02:11PM

Page 155

1    W. Scott
2 any renewal or other document to    02:11PM
3 supplement this agreement?    02:11PM
4    A.   Not that I can remember.    02:11PM
5    Q.   In you look at paragraph 12.    02:11PM
6        It states: "Avery warrants    02:11PM
7 and represents, that (1) Avery owns    02:11PM
8 or controls the Trouble Funk    02:11PM
9 copyrights.    02:11PM
10       "(2) Avery has the right to    02:11PM
11 grant the rights granted herein.    02:11PM
12       "(3) Avery has the right to    02:11PM
13 enter into this agreement and;    02:11PM
14       "(4) Avery is not previously    02:11PM
15 granted any of the rights granted    02:11PM
16 herein to any other person or    02:11PM
17 entity."    02:11PM
18       Was any due diligence    02:12PM
19 performed in connection with this    02:12PM
20 agreement regarding the Representations    02:12PM
21 and Warranties contained in paragraph    02:12PM
22 12?    02:12PM
23   A.   I believe so.    02:12PM
24   Q.   What due diligence was    02:12PM
25 performed in connection with the    02:12PM

Page 156

1    W. Scott
2 Representations and Warranties    02:12PM
3 contained in paragraph 12?    02:12PM
4    A.   I think it was known that he    02:12PM
5 was a partial owner of some of the    02:12PM
6 copyrights.    02:12PM
7        I don't know the exact due    02:12PM
8 diligence that was done, though, for    02:12PM
9 the formulation of that paragraph.    02:12PM
10   Q.   What is your basis for your    02:12PM
11 belief that due diligence was performed    02:12PM
12 in connection with the Representations    02:12PM
13 and Warranties outlined in paragraph    02:13PM
14 12?    02:13PM
15   A.   Paragraph 9 sort of indicates    02:13PM
16 to me that there was some due diligence    02:13PM
17 done that would indicate that some due    02:13PM
18 diligence was done with respect to    02:13PM
19 understanding Jim Avery's ownership of    02:13PM
20 the copyrights. But when it comes to    02:13PM
21 12, I don't know. I don't have any    02:13PM
22 direct knowledge that due diligence was    02:14PM
23 done there.    02:14PM
24   Q.   What indirect knowledge do    02:14PM
25 you have?    02:14PM

Page 197

1       W. Scott
2       Have you seen this document    03:48PM
3  before today?                       03:48PM
4    A.  No.                           03:48PM
5    Q.  Did you play any role in the  03:48PM
6  negotiation of the license in this  03:48PM
7  document?                           03:48PM
8    A.  No.                           03:48PM
9    Q.  Other than the licenses that  03:48PM
10 we've just gone through, has TufAmerica 03:48PM
11 entered into any other licenses on  03:49PM
12 behalf of Trouble Funk?             03:49PM
13   A.  I think so.                   03:49PM
14   Q.  What licenses, other than     03:49PM
15 those that we've just gone through, are 03:49PM
16 you thinking of?                    03:49PM
17   A.  One would be the, that State  03:49PM
18 Property, Criminal Background sample 03:49PM
19 use license.                        03:49PM
20       There are no others that are  03:49PM
21 immediately coming to mind. But I   03:49PM
22 think there have been some.         03:49PM
23       MR. MONAHAN: If I can just    03:50PM
24    have a moment. This may be it.   03:50PM
25       THE VIDEOGRAPHER: We're       03:50PM

Page 198

1       W. Scott
2  going off the record. The time is   03:50PM
3  3:49.                               03:50PM
4       (Whereupon, a short recess     03:50PM
5  was taken.)                         03:54PM
6       THE VIDEOGRAPHER: We're        03:54PM
7  going back on the record. The time  03:55PM
8  is 3:54.                            03:55PM
9  EXAMINATION BY                      03:55PM
10 MR. BENFORADO:                      03:55PM
11   Q.  Good afternoon, Mr. Scott.    03:55PM
12 As I said earlier my name is Mr.    03:55PM
13 Benforado. I represent -- my law firm 03:55PM
14 represents UMG PolyGram and Capitol 03:55PM
15 Records in this action. I just have a 03:55PM
16 few questions. I shouldn't take more 03:55PM
17 than a few minutes.                 03:55PM
18       Earlier this morning when you 03:55PM
19 were being questioned by Mr. Monahan 03:55PM
20 you testified that you were aware that 03:55PM
21 the members of Trouble Funk had an  03:55PM
22 agreement with Island; is that correct? 03:55PM
23   A.  That's correct.               03:55PM
24   Q.  Is it fair to say that your   03:55PM
25 understanding of that agreement is that 03:55PM

Page 199

1       W. Scott
2  certain Trouble Funk recordings are 03:56PM
3  owned by Island Records?            03:56PM
4       MR. TALCOTT: Objection.        03:56PM
5    A.  I don't really have a very    03:56PM
6  good understanding of that agreement. 03:56PM
7    Q.  You testified that you did    03:56PM
8  review an agreement with Island; is 03:56PM
9  that right?                         03:56PM
10   A.  I reviewed it, yes.           03:56PM
11   Q.  Do you remember who the       03:56PM
12 parties were to that agreement?     03:56PM
13   A.  I recall that Trouble Funk,   03:56PM
14 Max Kidd and Island. But I don't know 03:56PM
15 if they were all in one agreement or 03:56PM
16 multiple agreements. Those are rather 03:56PM
17 twisty.                             03:56PM
18   Q.  So you don't recall which     03:56PM
19 specific agreement it was you had   03:56PM
20 reviewed?                           03:56PM
21   A.  Not exactly, no.              03:56PM
22   Q.  And just referencing the      03:56PM
23 Administration Agreements between   03:56PM
24 TufAmerica and the members of Trouble 03:56PM
25 Funk that we reviewed earlier, it's 03:57PM

Page 200

1       W. Scott
2  fair to say that in those agreements it 03:57PM
3  references the Trouble Funk members 03:57PM
4  agreement with Island; is that fair? 03:57PM
5       MR. TALCOTT: Objection.        03:57PM
6    A.  It references Island.         03:57PM
7    Q.  It references Island. And if  03:57PM
8  we want to pull out Tuf 4 and Tuf 5 of 03:57PM
9  the two agreements. On the second   03:57PM
10 page.                               03:57PM
11   A.  Yes. It references an         03:57PM
12 agreement with Island.              03:57PM
13   Q.  Now you see where it says     03:57PM
14 "Insert name of album" in parenthesis 03:57PM
15 after Island?                       03:57PM
16   A.  Yes.                          03:57PM
17   Q.  Are you aware of any attempt  03:57PM
18 from TufAmerica to obtain the names of 03:57PM
19 the albums that were released by    03:57PM
20 Island?                             03:58PM
21   A.  I don't think I would have    03:58PM
22 been aware in 1999.                 03:58PM
23   Q.  Did you ever check Schedule A 03:58PM
24 in these agreements, Tuf 4 and Tuf 5, 03:58PM
25 the Administration Agreements, did you 03:58PM

Page 201

1      W. Scott
2  ever check Schedule A to see if any of     03:58PM
3  those songs listed were released by         03:58PM
4  Island Records?                              03:58PM
5    A.   I believe I have.                     03:58PM
6    Q.   When did you do that?                 03:58PM
7    A.   In the last two or three              03:58PM
8  weeks.                                        03:58PM
9    Q.   And was that in connection            03:58PM
10 with this litigation?                         03:58PM
11   A.   It was.                                03:58PM
12   Q.   And what did -- what did               03:58PM
13 you do?                                       03:58PM
14   A.   I looked to see if Island had          03:58PM
15 released any of these songs.                  03:58PM
16   Q.   And what was the outcome of            03:58PM
17 your search?                                   03:58PM
18   A.   And just to clarify, it was            03:58PM
19 specifically with respect to Say What         03:58PM
20 and Let's Get Small.                          03:58PM
21   Q.   Fair enough. What was the              03:58PM
22 result of the search for Let's Get            03:59PM
23 Small and Say What?                           03:59PM
24   A.   I remember seeing that Island          03:59PM
25 had released a live album titled "Say         03:59PM

Page 202

1      W. Scott
2  What" that did not contain Say What.         03:59PM
3       I also remember seeing --  I            03:59PM
4  think that Island released a version of      03:59PM
5  Let's Get Small.                             03:59PM
6    Q.   And after you saw that Island         03:59PM
7  had released a version of Let's Get          03:59PM
8  Small, did you do anything after that?       03:59PM
9       MR. TALCOTT: Objection.                  04:00PM
10   A.   I did.                                 04:00PM
11   Q.   What did you do?                       04:00PM
12   A.   With respect to the knowledge          04:00PM
13 or --                                          04:00PM
14   Q.   Well, once you saw that                04:00PM
15 Island had released a version of Let's        04:00PM
16 Get Small, did you perform any                 04:00PM
17 follow-up, did you communicate with            04:00PM
18 anyone involved in the litigation?             04:00PM
19   A.   I believe I -- I think I               04:00PM
20 communicated with Mr. Talcott.                  04:00PM
21 Possibly Mr. Fuchs. I don't remember           04:00PM
22 clearly though.                                 04:00PM
23   Q.   Did you attempt to listen to           04:00PM
24 the version of Let's Get Small, the           04:00PM
25 Island version of Let's Get Small?            04:00PM

Page 203

1      W. Scott
2    A.   I did. I did.                          04:00PM
3    Q.   And were you able to actually         04:00PM
4  listen to it?                                 04:00PM
5    A.   I think I was, yeah. I think          04:01PM
6  I did.                                        04:01PM
7    Q.   How did you obtain the                04:01PM
8  recording?                                    04:01PM
9    A.   I think that Tuff City has a          04:01PM
10 digital copy of the recording.                 04:01PM
11   Q.   And to be clear you're                 04:01PM
12 talking about the Island recording?            04:01PM
13   A.   Correct.                                04:01PM
14   Q.   And you said it's a digital            04:01PM
15 copy?                                          04:01PM
16   A.   Yes.                                   04:01PM
17   Q.   You also testified that you           04:01PM
18 reviewed the complaint before it was          04:01PM
19 filed in this action; is that right?          04:01PM
20   A.   Yes.                                   04:01PM
21   Q.   When you reviewed the                  04:02PM
22 complaint, did you ever check the              04:02PM
23 tracks at issue in the complaint to see       04:02PM
24 if Island had released any of those           04:02PM
25 tracks?                                        04:02PM

Page 204

1      W. Scott
2    A.   Not that I remember.                   04:02PM
3    Q.   Did anyone ask you to?                04:02PM
4    A.   Not that I remember.                   04:02PM
5    Q.   Are you aware of anyone else         04:02PM
6  at TufAmerica or Tuff City who checked        04:02PM
7  those tracks to see if they had been         04:02PM
8  released by Island?                            04:02PM
9    A.   This was in 2012?                     04:02PM
10   Q.   The first one was filed in            04:02PM
11 2012, I believe.                               04:02PM
12   A.   I don't know that anyone else         04:02PM
13 did.                                           04:02PM
14   Q.   And you also talked about             04:02PM
15 your belief that Jeff Gandel performed        04:03PM
16 due diligence when the agreements were        04:03PM
17 originally signed in 1999; is that            04:03PM
18 right?                                         04:03PM
19   A.   Correct.                                04:03PM
20   Q.   Do you have any knowledge of          04:03PM
21 whether he checked to see if any of the       04:03PM
22 songs listed in Schedule A were               04:03PM
23 released by Island Records?                   04:03PM
24   A.   I have no knowledge of that.          04:03PM
25   Q.   You also mentioned the track         04:03PM

Scott, William                                   Pages 201 - 204

Page 205

1  W. Scott
2  Don't Touch That Stereo in connection 04:03PM
3  with a potential infringing use during 04:03PM
4  the Super Bowl; is that right? 04:03PM
5  A. Yes. 04:03PM
6  Q. And before you also testified 04:03PM
7  that TufAmerica has reached out to some 04:03PM
8  of the parties involved in that 04:03PM
9  performance, potential performance of 04:03PM
10 that track. 04:03PM
11     Are you aware of anyone at 04:03PM
12 TufAmerica or Tuff City checking to see 04:03PM
13 if that track had been released by 04:03PM
14 Island? 04:03PM
15 A. I would have done that. 04:03PM
16 Q. Did you do that? 04:03PM
17 A. I think so. 04:04PM
18 Q. What was the result of your 04:04PM
19 checking? 04:04PM
20 A. I can't remember. 04:04PM
21 Q. How would you go about -- if 04:04PM
22 I were to ask you right now whether a 04:04PM
23 certain track was released by Island, 04:04PM
24 how would you perform that analysis? 04:04PM
25 A. I would search the Internet, 04:04PM

Page 206

1  W. Scott
2  probably discogs.com, that's a database 04:04PM
3  of record releases. If that wasn't 04:04PM
4  complete, which I think it is for this 04:04PM
5  stuff, I would do searches for you know 04:04PM
6  the original albums or the song title 04:04PM
7  to just try to put together as good a 04:04PM
8  picture as possible as to where it was 04:04PM
9  released and what ways. 04:04PM
10 Q. Are you aware of anyone other 04:05PM
11 than you who would perform a similar 04:05PM
12 analysis to check if songs were 04:05PM
13 released by Island Records? 04:05PM
14     MR. TALCOTT: Objection. 04:05PM
15 A. I guess other people could do 04:05PM
16 that. 04:05PM
17 Q. Would it fall under anyone 04:05PM
18 else's job responsibility? 04:05PM
19 A. I would say possibly Mr. 04:05PM
20 Talcott. Possibly -- that would be the 04:05PM
21 only other person. 04:05PM
22 Q. And you don't have any 04:05PM
23 specific knowledge of another person 04:05PM
24 who actually did perform searches to 04:05PM
25 see if Island had released any of the 04:06PM

Page 207

1  W. Scott
2  Trouble Funk songs? 04:06PM
3  A. Any of the Trouble Funk 04:06PM
4  songs? 04:06PM
5  Q. We can start with Let's Get 04:06PM
6  Small and Say What, are you aware of 04:06PM
7  any specific person who has done a 04:06PM
8  search to see if Island had released 04:06PM
9  those songs, other than yourself? 04:06PM
10 A. I believe Mr. Talcott has as 04:06PM
11 well. 04:06PM
12 Q. Anyone other than Mr. Talcott 04:06PM
13 and yourself? 04:06PM
14 A. Not that I know of. 04:06PM
15 Q. With respect to all of the 04:06PM
16 songs in Schedule A, are you aware of 04:06PM
17 anyone other than yourself who has 04:06PM
18 searched to see if those were also 04:06PM
19 released by Island Records? 04:06PM
20 A. Other than Mr. Talcott, I'm 04:06PM
21 not aware of anyone. 04:06PM
22 Q. Who at TufAmerica was 04:07PM
23 responsible for making a determination 04:07PM
24 as to whether Island had released any 04:07PM
25 of the songs at issue in the amended 04:07PM

Page 208

1  W. Scott
2  complaint? 04:07PM
3     MR. TALCOTT: Objection. 04:07PM
4  A. I don't know. Mr. Talcott 04:07PM
5  and myself. 04:07PM
6  Q. Would Mr. Fuchs have also 04:07PM
7  been involved in that determination? 04:07PM
8  A. I don't know if he was or 04:08PM
9  not. 04:08PM
10 Q. You just don't know one way 04:08PM
11 or the other? 04:08PM
12 A. I don't know about this. 04:08PM
13 Q. Do you have a recollection of 04:08PM
14 when the determination, that 04:08PM
15 determination we just discussed of 04:08PM
16 whether Island had released any of the 04:08PM
17 tracks at issue in the complaint, when 04:08PM
18 was that analysis performed by you 04:08PM
19 and/or Mr. Talcott? 04:08PM
20    MR. TALCOTT: Objection. 04:08PM
21 A. I don't know. 04:08PM
22 Q. But it was before filing the 04:08PM
23 complaint? 04:08PM
24 A. I don't recall researching 04:08PM
25 those tracks prior to filing the 04:08PM

Page 209

1        W. Scott
2  complaint, the amended complaint. I    04:08PM
3  don't know if Mr. Talcott did or not.   04:08PM
4    Q.   So you're not aware -- you do   04:08PM
5  not recall researching whether Island   04:09PM
6  had released any of the tracks in the   04:09PM
7  amended complaint prior to filing?    04:09PM
8    A.   I don't recall.                 04:09PM
9    Q.   You don't recall?                04:09PM
10   A.   Researching it myself.          04:09PM
11   Q.   Do you recall anyone else       04:09PM
12 doing that research?                   04:09PM
13   A.   I don't recall.                 04:09PM
14   Q.   I believe you testified that    04:09PM
15 you have done that research. When was  04:09PM
16 that research done? Was that done in   04:09PM
17 the last two to three weeks; is that   04:09PM
18 right?                                 04:09PM
19   A.   That definitely within the      04:09PM
20 last two to three weeks. Aside from    04:09PM
21 that though I don't -- other than being 04:09PM
22 generally aware that Trouble Funk had  04:09PM
23 released things on Island, I didn't    04:09PM
24 know specifics of what was released.   04:09PM
25   Q.   So the first time you kind of   04:09PM

Page 210

1        W. Scott
2  dove into that research was within the  04:10PM
3  last two to three weeks?               04:10PM
4    A.   Me personally, yes.             04:10PM
5    Q.   Are you aware of anyone else    04:10PM
6  doing that research before the last two 04:10PM
7  to three weeks?                        04:10PM
8    A.   No. I'm not -- I mean I         04:10PM
9  don't recall anyone else doing it.     04:10PM
10       MR. BENFORADO: I don't think    04:10PM
11   I have any further questions.        04:10PM
12       THE VIDEOGRAPHER: This marks    04:10PM
13   the end of tape No. 5 in the         04:10PM
14   videotape deposition of Will Scott.  04:10PM
15   We're going off the record. The      04:10PM
16   time is 4:09.                        04:10PM
17       (Time noted: 4:09 p.m.)

Page 211

1
2 STATE OF NEW YORK  )
                     : ss.
3 COUNTY OF_____)
4
5
6     I, WILLIAM A. SCOTT, the
7 witness herein, having read the
8 foregoing testimony of the pages of
9 this deposition, do hereby certify it
10 to be a true and correct transcript,
11 subject to corrections, if any, shown
12 on the attached page.
13
14
15      _____
16      WILLIAM A. SCOTT
17
18
19 Sworn and Subscribed
   this_____day of _____,2014.
20
21
22
23   _____
     Notary Public
24
25

Page 212

1
2        C E R T I F I C A T E
3
  STATE OF NEW YORK   )
4
                      : ss.
5
  COUNTY OF NEW YORK  )
6
7     I, FRANCINE SKY, a Certified
8 Shorthand Reporter and Notary Public
9 within and for the State of New York,
10 do hereby certify:
11      That WILLIAM A. SCOTT, the
12 witness whose deposition is
13 hereinbefore set forth, was sworn and
14 that such deposition is a true record
15 of the testimony given by such witness.
16      I further certify that I am
17 not related to any of the parties
18 to this action by blood or marriage;
19 and that I am in no way interested in
20 the outcome of this matter.
21      IN WITNESS WHEREOF, I have
22 hereunto set my hand this 8th day
23 of May, 2014.
24
25      _____
        FRANCINE SKY