**EXHIBIT I**

To: Alasdair Mcmullan[alasdair.mcmullan@emicap.com]
Cc: Ken Anderson[kanderson@sheppardmullin.com]
From: Brian Levenson
Sent: Mon 3/29/2010 3:44:11 PM
Subject: Beastie Boys / Unauthorized Use of Trouble Funk's "Say What?"

Dear Alasdair:

I am writing on behalf of Tufamerica, Inc. ("Tuff City"), the exclusive administrator of the registered copyrights in the musical composition and sound recording, "Say What?" (individually and collectively, "Say What?"), by the recording artist professionally known as Trouble Funk.

It has come to Tuff City's attention that the Beastie Boys sound recording entitled, "Shadrach" on the album, Paul's Boutique, (the "Record") embodies an unauthorized sample of "Say What?." Be advised that Tuff City has not authorized use of "Say What?" on the Record. Any such use of "Say What?" constitutes infringement of Tuff City's exclusive rights under 17 U.S.C. § 106 and is punishable by statutory fines of up to $150,000.

Accordingly, Tuff City hereby demands that you account to and pay Tuff City for the unauthorized sample of "Say What?" on the Record and all exploitations thereof. Tuff City further demands that you and all affiliated companies CEASE and DESIST use of the Record until such time as you and Tuff City agree upon a settlement for such use. Contact me within five (5) business days to discuss a proper settlement.

This letter should not be construed as a waiver, limitation, or relinquishment of any of Tuff City's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Very truly yours,

Brian Levenson, Esq
Tuff City Music Group



10 West 37th St., Suite 601
New York, NY 10018
p:(212) 586-0899 f:(212) 586-1081

Confidential

BB0000070