**EXHIBIT J**

**To:** Ken Anderson[kanderson@sheppardmullin.com]; Alasdair
Mcmullan[alasdair.mcmullan@emicap.com]
**From:** Brian Levenson
**Sent:** Fri 4/16/2010 12:52:44 PM
**Subject:** FW: Beastie Boys / Tuff City
1982 SR - Drop the Bomb - 2261-2264.pdf
Say What Copyright Registration.pdf
Trouble Funk - Tuff City recordation - Master.pdf
Trouble Funk - Tuff City recordation - Pub.pdf

Ken, Alasdair,

You received notice of infringement of Tuff City's federally registered copyrights two months ago. I have not received an offer to resolve this, and there is no indication you are interested in resolving this. I have been more than patient.

Tuff City's litigation counsel has been retained and will move forward if I do not hear from you by Wednesday.

This letter should not be construed as a waiver, limitation or relinquishment of any of Tuff City's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.


Best Regards,

_____

Brian Levenson, Esq.
Tuff City Music Group
10 West 37th St., Suite 601
New York, NY 10018
p:(212) 586-0899 / f:(212) 586-1081


-----Original Message-----
**From:** Brian Levenson [mailto:levenson@tuffcity.com]
**Sent:** Friday, April 02, 2010 2:32 PM
**To:** Kanderson
**Subject:** Beastie Boys / Tuff City


Ken,

Tuff City will be compensated. While I prefer to keep this moving towards a negotiated settlement, I have no problem giving this to litigation counsel to seek maximum statutory damages and attorneys fees for what is increasingly clear is a pattern of willful infringement of Trouble Funk master recordings and musical compositions. The maximum statutory damages awarded for willful infringement are $150,000 per infringement under the Copyright Act. As there are now six instances of infringement of Tuff City's master recordings and musical compositions, a maximum of $900,000, in addition to attorneys fees, will be awarded in court.

Attached are the following:

i) Copyright registration for Drop The Bomb (on the album Straight Up Funk Go-Go Style);
ii) Copyright registration for Say What?



Confidential

iii) recordation of Trouble Funk with Tuff City Master Adminstration including Drop The Bomb and Say What?

iii) recordation of Trouble Funk with Tuff City Publishing Administration including Drop The Bomb and Say What?

For the next ten business days, Tuff City will settle the infringement claims already put to your attention and issue licenses in consideration of payment of $500,000.

This letter is for settlement purposes only and this letter should not be construed as a waiver, limitation or relinquishment of any of Tuff City's rights or remedies, whether legal or equitable, all of which are hereby are expressly reserved.

Best Regards,

_____

Brian Levenson, Esq.
Tuff City Music Group
10 West 37th St., Suite 601
New York, NY 10018
p:(212) 586-0899 / f:(212) 586-1081

BB0000049

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = trouble funk live
Search Results: Displaying 1 of 4 entries



*Straight up funk go-go style / written, arranged, [performed] & produced by...*

| | |
|---|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SR0000034094 / 1982-04-05 |
| **Title:** | Straight up funk go-go style / written, arranged, [performed] & produced by Trouble Funk. |
| **Imprint:** | c1981. |
| **Publisher Number:** | TF 2261-2264 |
| **Description:** | 2 sound discs : 33 1/3 rpm ; 12 in. |
| **Series:** | Trouble Funk live |
| **Copyright Claimant:** | © ℗ Trouble Funk, Inc. Nature of copyrightable authorship: words, music, sound recording |
| **Date of Creation:** | 1981 |
| **Date of Publication:** | 1981-12-21 |
| **Authorship on Application:** | words, music, sound recording: Trouble Funk, Inc., employer for hire. |
| **Names:** | Trouble Funk, Inc. |





| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record  Format for Print/Save |
| Enter your email address: | _____  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (say what?)[ in Title ]AND(trouble funk)[ in Keyword Anywhere ]
Search Results: Displaying 4 of 7 entries



*In times of trouble / [performed by] Trouble Funk.*

| | |
|---|---|
| Type of Work: | Sound Recording |
| Registration Number / Date: | SR0000062036 / 1985-04-22 |
| Title: | In times of trouble / [performed by] Trouble Funk. |
| Imprint: | [S.l.] : Marketed by Close-Up, c1983. |
| Publisher Number: | D.E.T.T. Records  DT LP 1002 |
| Description: | 2 sound discs : 33 1/3 rpm, stereo. ; 12 in. |
| Copyright Claimant: | Robert M. Reed, Tony Fisher & James W. Avery |
| Copyright Notice: | notice: D. E. T. T., Ltd. |
| Date of Creation: | 1983 |
| Date of Publication: | 1983-12-29 |
| Authorship on Application: | performance: Robert M. Reed, Tony Fisher & James W. Avery. |
| Contents: | Spin time -- In times of trouble -- Share your love -- Good times -- Freaky situation -- Say what? -- Funk and roll -- Funk and roll (instr.) -- Saturday night live from Washington, D. C., part I -- Saturday night live from Washington, D. C., part II. |
| Names: | Reed, Robert M., 1957- |
| | Fisher, Tony, 1959- |
| | Avery, James W., 1955- |
| | Trouble Funk |
| | D.E.T.T., Ltd. |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record    Format for Print/Save |
| Enter your email address: | _____    Email |

Help   Search   History   Titles   Start Over

Confidential

3/29/2010 2:30 PM
BB0000051

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (trouble funk)[ in Keyword Anywhere ]AND(tuff)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 2 entries



*Pump me up & 59 other titles; compositions.*

| | |
|---|---|
| Title appears in Document: | List of Titles" |
| Type of Work: | Recorded Document |
| Document Number: | V3443D052 |
| Date of Recordation: | 2000-03-07 |
| Entire Copyright Document: | V3443 D52 P1-8 |
| Date of Execution: | 20Dec99; 23Dec99; date of cert.: 20Feb00 |
| Title: | Pump me up & 59 other titles; compositions. |
| Notes: | Master administration agreement. |
| Party 1: | Robert Reed & Tony Fisher, individually & collectively d.b.a. Trouble Funk o.b.o. themselves, Trouble Funk Records, the other band members & all of their record labels. |
| Party 2: | Tufamerica, Inc. d.b.a. Tuff City Records. |
| Links: | List of Titles |
| Names: | Reed, Robert |
| | Fisher, Tony |
| | Trouble Funk |
| | Trouble Funk Records |
| | Tufamerica, Inc. |
| | Tuff City Records. |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (trouble funk)[ in Keyword Anywhere ]AND(tuff)[ in Keyword Anywhere ]
Search Results: Displaying 2 of 2 entries

◀ previous    next ▶

*Pump me up & 59 other titles; compositions.*

| | |
|---|---|
| Title appears in Document: | List of Titles" |
| Type of Work: | Recorded Document |
| Document Number: | V3443D051 |
| Date of Recordation: | 2000-03-07 |
| Entire Copyright Document: | V3443 D51 P1-9 |
| Date of Execution: | 20Dec99; 23Dec99; date of cert.: 20Feb00 |
| Title: | Pump me up & 59 other titles; compositions. |
| Notes: | Publishing administration agreement. |
| Party 1: | Robert Reed & Tony Fisher, individually & collectively d.b.a. Trouble Funk, individually & collectively d.b.a Trouble Funk o.b.o. themselves, SY DY Productions, the other band members & all of their record labels & publishing companies. |
| Party 2: | Tufamerica, Inc. d.b.a. Street Tuff City Tunes. |
| Links: | List of Titles |
| Names: | Reed, Robert |
| | Fisher, Tony |
| | Trouble Funk |
| | SY DY Productions |
| | Tufamerica, Inc. |
| | Street Tuff City Tunes. |

◀ previous    next ▶

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |



Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Confidential