# EXHIBIT M

# Thomas Monahan

| | |
|---|---|
| **From:** | Benforado, Nathaniel H. <NBenforado@jenner.com> |
| **Sent:** | Friday, March 07, 2014 5:36 PM |
| **To:** | kelly@kdtalcott.com; Kelly Talcott |
| **Cc:** | Ken Anderson; Ted Max; Thomas Monahan; Bart, Andrew H. |
| **Subject:** | TufAmerica v. Diamond, et al. |
| **Attachments:** | UMG000001.pdf; UMG000009.pdf; UMG000017.pdf; UMG000048.pdf |

Kelly,

On behalf of defendants UMG – Polygram International Publishing, Inc. and Capitol Records, LLC, attached please find documents bearing production numbers UMG000001-49. These documents are produced and marked with confidentiality designations pursuant to the Stipulation and Order of Confidentiality entered by the Court on January 15, 2014. Additional document productions will be made on a rolling basis.

We continue to await TufAmerica's production of documents.

Best,
Nate

## Nathaniel H. Benforado

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
(212) 891-1625 | TEL
(212) 909-0810 | FAX
NBenforado@jenner.com
Download V-Card | View Biography



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.