# EXHIBIT O

**Ted Max**

| | |
|---|---|
| **From:** | Kelly Talcott <kelly@kdtalcott.com> |
| **Sent:** | Monday, March 10, 2014 9:44 PM |
| **To:** | Ted Max; Ken Anderson; abart@jenner.com; Nate Benforado |
| **Subject:** | TufAmerica - documents |
| **Attachments:** | TA 1-211.pdf |

Gentlemen, attached is TufAmerica's initial production of documents.  I anticipate being able to supplement this later this week.

Best regards,

Kelly

--

**Kelly D. Talcott**
Law Offices of Kelly D. Talcott
34 Grove Street
P.O. Box 43
Sea Cliff, NY 11579-0043
(v) 516.515.1545
(f) 516.871.0682
Skype: kdtalcott
kelly@kdtalcott.com
www.kdtalcott.com

CONFIDENTIALITY NOTICE
This e-mail message is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, the fact that you have received it does not constitute permission for you to save or forward it.  If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails to ensure regulatory compliance to protect our clients and business.