# EXHIBIT W

SHEPPARD, MULLIN RICHTER & HAMPTON LLP
*TufAmerica, Inc. v. Diamond, et al.* 12 Civ. 3529 (AJN)
BILLING SUMMARY
FROM INCEPTION THROUGH FEBRUARY 28, 2015

| Attorney | Hours | Average Hourly Rate | Total |
|---|---|---|---|
| Kenneth Anderson | 323.9 | $ 675.00 | $ 218,632.50 |
| Theodore C. Max | 422.5 | $ 675.00 | $ 285,187.50 |
| Valentina Shenderovich | 165.4 | $ 404.92 | $ 66,974.50 |
| Thomas M. Monahan | 127.2 | $ 460.00 | $ 58,512.00 |
| Valerie Alter | 21.5 | $ 560.00 | $ 12,040.00 |
| Tyler Baker | 13.5 | $ 455.67 | $ 6,151.50 |
| Edwin Komen | 13.0 | $ 678.23 | $ 8,817.00 |
| **Litigation Support Staff** | | | |
| Lisa Rodriguez | 35.5 | $ 255.51 | $ 9,070.50 |
| Brian Simpson | 26.4 | $ 202.80 | $ 5,354.00 |
| Giles Mitchell | 6.5 | $ 206.85 | $ 1,344.50 |
| **Subtotal** | | | $ 672,084.00 |
| **Discounts** | | | $ (10,005.00) |
| **Total** | 1,155.4 | | $ 662,079.00 |