# EXHIBIT X

**SHEPPARD, MULLIN RICHTER & HAMPTON LLP**
*TufAmerica, Inc. v. Diamond, et al.* **12 Civ. 3529 (AJN)**
**EXPENSES SUMMARY**
**FROM INCEPTION THROUGH FEBRUARY 28, 2015**

| Date | Description | Cost |
|---|---|---|
| | **DEPOSITION COSTS** | |
| 5/5/2014 | Veritext New York Reporting Co. - 04/30/14 - Certified Transcript, Exhibits, CD Depo Litigation Package, Exhibits Scanned -- James Avery | $1,115.45 |
| 5/5/2014 | Veritext New York Reporting Co. - 05/01/14 - Certified Transcript, Exhibits, CD Depo Litigation Package, Exhibits Scanned -- Tony Fisher | $1,188.20 |
| 5/30/2014 | Veritext New York Reporting Co. - 05/06/14 Original with 1 Certified Transcript, CD Depo Litigation Package, Attendance Fee -- Will Scott | $1,266.00 |
| 6/1/2014 | Veritext New York Reporting Co. - 05/20/14 Original with 1 Certified Transcript, Exhibits, CD Depo Litigation Package, Exhibits Scanned, Attendance Fee -- Aaron Fuchs | $1,474.40 |
| 6/2/2014 | Veritext New York Reporting Co. - 05/20/14 - Video -- Digitizing, Transcript Synchronization, Initial Fee, Additional Hours -- Aaron Fuchs | $1,849.47 |
| 6/9/2014 | Veritext New York Reporting Co. - Video - Digitizing & Transcript Synchronization -- James Avery | $711.97 |
| 7/17/2014 | Veritex- job#1859584- 5/13/14 Video (minimum charge-cancelled) re Aaron Fuchs | $308.47 |
| 7/18/2014 | Veritex- job#1859584- 5/13/14 Service (Minimum charge- Cancelled) re: Aaron Fuchs | $156.85 |
| 7/31/2014 | Veritext - Video Deposition of Will Scott | $1,910.85 |
| | **DEPOSITION SUBTOTAL** | $9,981.66 |
| | **DUPLICATION COSTS** | |
| 4/8/2014 | Duplicating charges, 000340 pages by 3000. | $85.00 |
| 4/25/2014 | Duplicating charges, 000205 pages by 5796. | $51.25 |
| 4/28/2014 | Duplicating charges, 000046 pages by 6358. | $11.50 |
| 4/29/2014 | Duplicating charges, 000892 pages by 6421. | $223.00 |
| 5/1/2014 | Duplicating charges, 000019 pages by 6421. | $4.75 |
| 5/6/2014 | Duplicating charges, 000002 pages by 2618. | $0.50 |
| 5/6/2014 | Duplicating charges, 000092 pages by 5796. | $23.00 |
| 5/20/2014 | Duplicating charges, 000007 pages by 3000. | $1.75 |
| 5/28/2014 | Duplicating charges, 000090 pages by 6421. | $22.50 |
| 6/9/2014 | Duplicating charges, 000007 pages by 2618. | $1.75 |
| | **DUPLICATION SUBTOTAL** | $425.00 |
| | **POSTAGE AND DELIVERY COSTS** | |
| 1/16/2014 | SMRH postage by Tom Monahan. | $3.44 |
| 6/7/2014 | Deluxe Delivery Systems, Inc. Invoice Number: 195321. Invoice Date: 06/15/2014. Order Number: 05690425. By: Ryan. To: 500 Pearl St, NY, NY. | $34.50 |
| | **POSTAGE AND DELIVERY SUBTOTAL** | $37.94 |
| | **LEGAL RESEARCH COSTS** | |
| 3/13/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 03/01/14 - 03/31/14. | $1.10 |
| 3/31/2014 | S. Wales - Amazon.com - Purchase of book - The Beastie Boys Paul's Boutique - 4/24/14 | $23.86 |
| 5/2/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 04/01/14 - 04/30/14. | $1.70 |
| 5/5/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 04/01/14 - 04/30/14. | $2.60 |
| 5/8/2014 | Copyright Office - Fee Payment | $2,319.00 |
| 5/8/2014 | Westlaw research by Baker, Tyler, on 5/30/2014. | $822.60 |
| 6/5/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 05/01/14 - 05/31/14. | $1.60 |
| 6/11/2014 | Westlaw research by Monahan, Thomas, on 7/16/2014. | $178.20 |

**SHEPPARD, MULLIN RICHTER & HAMPTON LLP**
*TufAmerica, Inc. v. Diamond, et al.* **12 Civ. 3529 (AJN)**
**EXPENSES SUMMARY**
**FROM INCEPTION THROUGH FEBRUARY 28, 2015**

| Date | Description | Cost |
|---|---|---|
| 6/12/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 06/01/14 - 06/30/14. | $1.30 |
| 6/12/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 06/01/14 - 06/30/14. | $1.10 |
| 6/18/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 06/01/14 - 06/30/14. | $2.50 |
| 7/7/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 07/01/14 - 07/31/14. | $4.70 |
| 7/16/2014 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 07/01/14 - 07/31/14. | $36.80 |
| | **LEGAL RESEARCH SUBTOTAL** | **$3,397.06** |

**TRAVEL COSTS**

| Date | Description | Cost |
|---|---|---|
| 5/1/2014 | T. Max - Amtrak R/T to Washington, D.C. - 4/29/14 | $490.00 |
| 5/2/2014 | T. Max - Taxi to Amtrak - 4/30/14 | $13.50 |
| 5/2/2014 | T. Max - Taxi from Train Station to Jenner & Block - 5/1/14 | $8.50 |
| 5/2/2014 | T. Max - Taxi from Jenner & Block to Hotel - 4/30/14 | $12.00 |
| 5/2/2014 | T. Max - Taxi from Amtrak to Home - 5/1/14 | $14.00 |
| 5/2/2014 | T. Max - DonovanHouse - Lodging - 5/1/14 | $388.03 |
| | **TRAVEL SUBTOTAL** | **$926.03** |
| | **TOTAL COSTS** | **$14,767.69** |