# EXHIBIT Y

# Representative Actions in the Southern District of New York

| Case Number | Case Name |
|---|---|
| 1:90-cv-01065-CSH-LB | Larry Spier, Inc. et al. v. Bourne Co., et al. |
| 1:91-cv-08464-DNE | Bourne Co., et al v. Atlantic Recording, et al. |
| 1:94-cv-7793-LBS | Bourne Co. v. Walt Disney Company et al. |
| 1:96-cv-09721-PKL-THK | A.V. By Versace, Inc v. Gianni Versace, S.p.A., et al. |
| 1:98-cv-00123-PKL-HBP | Gianni Versace S.p.A v. Versace, et al. |
| 1:98-cv-07649-RPP | Bear U.S.A., Inc. v. Jooan, Co., Ltd. |
| 1:00-cv-04078-MGC | Bourne v. Collipark Music, Inc, et al. |
| 1:01-cv-02992-KMW-FM | Gianni Versace, et al. v. Worldwide, et al. |
| 1:02-cv-01549-JSR | Altus Biologics v. Altus Medical, Inc. |
| 1:02-cv-02220-CBM-JCF | Isabella Fiore, LLC, et al. v. Y&S Handbags, Inc., et al. |
| 1:02-cv-09330-KMW | Celine S.A., et al. v. Nine West, Inc. et al. |
| 1:03-cv-05864-LTS-MHD | Louis Vuitton Malletier, et al. v. Fashion Express, et al. |
| 1:03-cv-06486-RMB | Louis Vuitton Malletier v. Accessory Exchange, et al. |
| 1:03-cv-07153-SAS | Louis Vuitton Malletier v. Mason, et al. |

| Case Number | Case Name |
|---|---|
| 1:03-cv-09443-JES | Louis Vuitton Malletier v. Lederer De Paris Fifth Avenue, Inc. et al. |
| 1:03-cv-10011-LAK | Louis Vuitton Malletier v. Hazan Import Corporation et al. |
| 1:04-cv-00497-JFK-FM | Louis Vuitton Malletier v. Carducci Leather Fashions, Inc. et al. |
| 1:04-cv-01547-LAK-GWG | Louis Vuitton Malletier v. Barami Enterprises, Inc. et al. |
| 1:04-cv-02644-RMB-FM | Louis Vuitton Malletier v. Burlington Coat Factory Warehouse Corp. et al. |
| 1:04-cv-02990-SAS | Louis Vuitton Malletier v. Dooney & Bourke, Inc. |
| 1:04-cv-03249-LAK | Louis Vuitton Malletier v. WhenU.com, Inc. et al. |
| 1:04-cv-04199-GEL | Louis Vuitton Malletier v. Conscious Corporation et al. |
| 1:04-cv-04200-DAB | Louis Vuitton Malletier v. Artex Creative International Corp. et al. |
| 1:04-cv-07754-LLS | Louis Vuitton Malletier v. The Wet Seal, Inc. |
| 1:05-cv-03765-BSJ-JCF | Louis Vuitton Malletier et al. v. Limited Brands, Inc. et al. |
| 1:05-cv-03938-NRB | Le Tigre, LLC et al v. Felinesico and Nesi Apparel Group, LLC |
| 1:05-cv-04287-TPG | Louis Vuitton Malletier v. Pacific Connections of California, Inc. et al. |

| | |
|---|---|
| 1:05-cv-04635-BSJ-JCF | Louis Vuitton Malletier v. Luca Accessories, Inc. et al. |
| 1:05-cv-08227-LBS | Louis Vuitton Malletier v. Sasha Handbags, Inc. et al. |
| 1:05-cv-08136-DC | Author's Guild et al. v. Google, Inc. (representing Republic of France and Federal Republic of Germany as amici) |
| 1:06-cv-01490-RMB-HBP | The Bag Lady, Inc. v. Accessory Network Group, LLC, et al. |
| 1:06-cv-04937-RPP | The Bag Lady, Inc. v. Ithaca Clothing Company P&S, LLC et al. |
| 1:08-cv-10368-PKC | National Association for Shoplifting Prevention, Inc. v. Shulman |
| 1:11 cv 01594-GBD | Bath & Body Works Brand Mgmt. v. Summit Entertainment LLC |
| 1:12-cv-06065-PAE | Beastie Boys et al. v. Monster Energy Company |
| 1:13-cv-08899-JSR | Between The Lines Productions, LLC v. Lions Gate Ent. Corp. et al. |
| 1:13-cv-07451-AT | Arista Music et al. v. United Airlines et al. |
| 1:13-cv-03932-ALC | North Jersey Media Group v. CafePress |