# Kelly D. Talcott

The Law Offices of Kelly D. Talcott
200 Sea Cliff Avenue, #43
Sea Cliff, New York 11579-0043
v. 516.515.1545 – kelly@kdtalcott.com – www.kdtalcott.com – f. 516.871.0682

April 27, 2015

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York
40 Foley Square, Room 2012
New York, NY 10007

Re: TufAmerica, Inc. v. Diamond, et al., 12 Civ. 3529 (AJN); Request for Extension

Dear Judge Nathan:

I am counsel for TufAmerica, Inc. in connection with this case, and write with the consent of defendants' counsel to request the following changes to the briefing due on defendants' pending motions for attorneys' fees and costs (Docket nos. 103 and 106).

The parties have agreed that TufAmerica's responses to the motions will be served and filed no later than May 7, 2015, and defendants' replies will be served and filed no later than May 21, 2015.

The original due date for TufAmerica's response was April 23, 2015, and for defendants' replies was May 1, 2015. There have been no previous requests for an extension of either of these dates. As noted above, defendants' counsel consent to this request.

Please contact me with any questions concerning this request.

Respectfully yours,

Kelly D. Talcott

c: All counsel via ECF