UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TUFAMERICA, INC.,

                Plaintiff,

                v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                Defendants.
-----------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

**NOTICE OF FILING OF BILL OF COSTS AND OF REQUEST TO CLERK TO TAX COSTS**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendants Michael Diamond, Adam Horovitz, the Estate of Adam Yauch and Brooklyn Dust Music (collectively, the "Beastie Boys Defendants") have filed a Bill of Costs in this matter under 28 U.S.C. §§ 1920, 1924, Fed. R. Civ. P. 54(d)(1), and Local Rule 54.1. The Bill of Costs was served on you and filed with the Court on April 27, 2015. According to Local Rule 54.1, the Clerk will tax the costs, based on the Bill of Costs filed and served, on May 12, 2015 at 9:30 a.m., unless you file written objections no later than May 11, 2015.

Dated: New York, New York
April 27, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Theodore C. Max, Esq. (TM-1742)
Kenneth B. Anderson, Esq. (KA-9923)
Thomas M. Monahan, Esq. (TM-1984)
30 Rockefeller Plaza
New York, New York 10112
Tel:  (212) 653-8700
Fax:  (212) 653-8701

*Attorneys for Defendants*
*Michael Diamond, Adam Horovitz,*
*the Estate of Adam Yauch, p/k/a Beastie Boys*
*and Brooklyn Dust Music*

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of New York

TUFAMERICA, INC.

V.

MICHAEL DIAMOND et al.,

## BILL OF COSTS

Case Number: 12 CV 3529 (AJN)

Judgment having been entered in the above entitled action on __3/26/2015__ against __TUFAMERICA, INC.__,
                                                              Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ _____ |
| Fees for service of summons and subpoena ................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,569.65 |
| Fees and disbursements for printing ..................................... | _____ |
| Fees for witnesses (itemize on page two) ................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ..................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ............................. | _____ |
| Compensation of court-appointed experts ................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) .......................................... | _____ |
| TOTAL | $ 3,569.65 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Thomas M. Monahan

For: M. Diamond, A. Horovitz, the Estate of A. Yauch and Brooklyn Dust Music       Date: 4/27/2015
              Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                  Deputy Clerk                      Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TUFAMERICA, INC.,

                Plaintiff,

           v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                Defendants.
------------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

**DECLARATION OF THOMAS M.
MONAHAN IN SUPPORT OF THE
BEASTIE BOYS DEFENDANTS'
BILL OF COSTS**

I, THOMAS M. MONAHAN, hereby declare as follows:

    1.    I am an associate at the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), and counsel to defendants Michael Diamond, Adam Horovitz, the Estate of Adam Yauch and Brooklyn Dust Music (collectively, the "Beastie Boys Defendants") in the above-referenced action. I am admitted to practice law in the State of New York and before this Court. The statements made in this declaration are based upon my personal knowledge, including upon information provided to me by colleagues or other personnel working under my supervision in this case. I submit this declaration in support of the Beastie Boys Defendants' Bill of Costs submitted herewith.

    2.    The Beastie Boys Defendants' Bill of Costs seeks taxation of costs totaling $3,569.65 for deposition transcript fees and expenses incurred in the depositions of three witnesses: Tony Fisher, Will Scott and James Avery (collectively, the "Depositions").

3. True and correct copies of the invoices for the Depositions are attached hereto as Exhibits A, B and C.

4. The transcripts of the Depositions were used by the defendants in support of their successful motion for summary judgment (see Document Nos. 79-3, 79-4 and 80-26) and therefore are allowable by law.

5. The amount of $3,569.65 listed on the Bill of Costs for the deposition transcript fees and expenses associated with the Depositions is correct and has been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 27, 2015
New York, New York

*Thomas M. Monahan*
Thomas M. Monahan

# EXHIBIT A

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569


**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Thomas Monahan<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>30th Floor<br>New York, NY, 10112-0015 | **Invoice #:** NY2038783<br>**Invoice Date:** 5/19/2014<br>**Balance Due:** $1,266.00 |

**Case:** Tufamerica, Inc. v. Diamond, Et Al.
**Job #:** 1858527 | Job Date: 5/6/2014 | Delivery: Expedited
**Billing Atty:** Thomas Monahan
**Location:** Sheppard Mullin
30 Rockefeller Plz | 39th Fl | New York, NY 10112
**Sched Atty:** Thomas Monahan | Sheppard Mullin Richter & Hampton LLP

*21ZW-193602*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Will Scott | Original with 1 Certified Transcript | Page | 244.00 | $4.50 | $1,098.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Attendance Fee | 1 | 2.00 | $45.00 | $90.00 |
| | Shipping & Handling | Package | 1.00 | $39.00 | $39.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,266.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,266.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information


*900324026*

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** NY2038783
**Job #:** 1858527
**Invoice Date:** 5/19/2014
**Balance:** $1,266.00

42668

# EXHIBIT B

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Theodore C. Max, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>30th Floor<br>New York, NY, 10112-0015 | **Invoice #:** NY2030956<br>**Invoice Date:** 5/8/2014<br>**Balance Due:** $1,188.20 |

| | |
|---|---|
| **Case:** | Tufamerica, Inc. v. Diamond, Michael, Et Al, 21ZW-193602 |
| **Job #:** | 1853209 \| Job Date: 5/1/2014 \| Delivery: Normal |
| **Billing Atty:** | Theodore C. Max, Esq |
| **Location:** | Jenner & Block<br>1099 New York Avenue NW \| Suite 900 \| Washington, DC 20001 |
| **Sched Atty:** | \| Jenner & Block LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Tony Fisher | Certified Transcript | Page | 315.00 | $3.50 | $1,102.50 |
| | Exhibits | Per Page | 24.00 | $0.15 | $3.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 24.00 | $0.15 | $3.60 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $1,188.20 |
| | **Payment:** $0.00 |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $1,188.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

RECEIVED MAY 13 2014

OK to pay
T. Max


\*900312618\*

| | |
|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** |

**Invoice #:** NY2030956
**Job #:** 1853209
**Invoice Date:** 5/8/2014
**Balance:** $1,188.20

42668

# EXHIBIT C



**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Theodore C. Max, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>30th Floor<br>New York, NY, 10112-0015 | **Invoice #:** NY2030936<br>**Invoice Date:** 5/8/2014<br>**Balance Due:** $1,115.45 |

**Case:** Tufamerica, Inc. v. Diamond, Michael, Et Al, 217W-193602
**Job #:** 1853208 | Job Date: 4/30/2014 | Delivery: Normal
**Billing Atty:** Theodore C. Max, Esq
**Location:** Jenner & Block
1099 New York Avenue NW | Suite 900 | Washington, DC 20001
**Sched Atty:** | Jenner & Block LLP

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| James Avery | Certified Transcript | Page | 283.00 | $3.50 | $990.50 |
| | Exhibits | Per Page | 132.00 | $0.15 | $19.80 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 132.00 | $0.15 | $19.80 |
| | Shipping & Handling | Package | 1.00 | $46.35 | $46.35 |
| **Notes:** | | | | **Invoice Total:** | $1,115.45 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $1,115.45 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



*900312617*

RECEIVED
MAY 13 2014
ACCOUNTING

OK to pay

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY2030936<br>**Job #:** 1853208<br>**Invoice Date:** 5/8/2014<br>**Balance:** $1,115.45 |
|---|---|---|

42868

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

TUFAMERICA, INC.,

                Plaintiff,

      v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                Defendants.
---------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

**CERTIFICATE OF SERVICE**

      I, Thomas M. Monahan, hereby certify that, on April 27, 2015, the defendants Michael Diamond, Adam Horovitz, the Estate of Adam Yauch and Brooklyn Dust Music's Notice of Filing of Bill of Costs and of Request to Clerk to Tax Costs, Bill of Costs, and Declaration of Thomas M. Monahan in Support of the Beastie Boys Defendants' Bill of Costs, with exhibits, were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon all counsel of record.

Dated:    New York, New York
           April 27, 2015

                                          /s/ Thomas M. Monahan
                                          Thomas M. Monahan