UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
TUFAMERICA, INC.,                         :
                                          :
                                          :  Case No. 12 Civ. 3529 (AJN)
                Plaintiff,                :
                                          :  **NOTICE OF FILING OF BILL OF**
        v.                                :  **COSTS AND REQUEST TO CLERK**
                                          :  **TO TAX COSTS**
MICHAEL DIAMOND, *et al.*,                :
                                          :
                Defendants.               :
                                          :
------------------------------------------------------------x

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that Defendants Universal–Polygram International Publishing, Inc. (incorrectly named as Universal Music Publishing, Inc. and Universal Music Publishing Group) and Capitol Records, LLC have filed a Bill of Costs in this matter under 28 U.S.C. §§ 1920, 1924, Fed. R. Civ. P. 54(d)(1), and Local Rule 54.1. The Bill of Costs was served on you and filed with the Court on April 27, 2015. According to Local Rule 54.1, the Clerk will tax the costs, based on the Bill of Costs filed and served, on May 12, 2015, at 9:30 a.m., unless you file written objections no later than May 11, 2015.

Dated: New York, New York
April 27, 2015

JENNER & BLOCK LLP

*/s Andrew H. Bart*
Andrew H. Bart
Nathaniel H. Benforado
919 Third Avenue
New York, New York 10022-3908
(212) 891-1645
*Attorneys for Defendants Universal–Polygram International Publishing, Inc. and Capitol Records, LLC*

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of New York

TufAmerica, Inc.

V.

Michael Diamond, et al.

**BILL OF COSTS**

Case Number: 12 cv 3529 (AJN)

Judgment having been entered in the above entitled action on 3/26/2015 against TufAmerica, Inc. ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ........................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,539.90 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses (itemize on page two) ............................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 ................................... | |
| Costs as shown on Mandate of Court of Appeals ..................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ........................................ | |
| TOTAL | $ 4,539.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: */s Andrew H. Bart*

Name of Attorney: Andrew H. Bart

For: Universal-Polygram International Publishing, Inc. and Capital Records, LLC    Date: 4/27/2015

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court          Deputy Clerk          Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :
TUFAMERICA, INC.,                                 :
                                                  :
                                                  :   Case No. 12 Civ. 3529 (AJN)
                     Plaintiff,                   :
                                                  :   **DECLARATION OF ANDREW H.**
            v.                                    :   **BART IN SUPPORT OF THE UMG**
                                                  :   **DEFENDANTS' BILL OF COSTS**
MICHAEL DIAMOND, *et al.*,                        :
                                                  :
                     Defendants.                  :
                                                  :
-------------------------------------------------------------x

I, ANDREW H. BART, hereby declare as follows:

  1. I am a partner at the law firm of Jenner & Block LLP ("Jenner"), and counsel for Defendants Universal–Polygram International Publishing, Inc. (incorrectly named as Universal Music Publishing, Inc. and Universal Music Publishing Group) and Capitol Records, LLC (collectively, the "UMG Defendants") in the above-referenced action. I am admitted to practice law in the State of New York and before this Court. The statements made in this declaration are based upon my personal knowledge, including information provided to me by colleagues and other personnel working under my supervision in this case. I submit this declaration in support of the UMG Defendants' Bill of Costs submitted herewith.

  2. The UMG Defendants' Bill of Costs seeks taxation of costs totaling $4539.90 for deposition transcript fees and expenses incurred in the depositions of three witnesses: Tony Fisher, Will Scott, and James Avery (collectively, the "Depositions").

  3. True and correct copies of the invoices for the Depositions are attached hereto as Exhibits A.

4. The transcripts of the Depositions were by the UMG Defendants in support of their successful motion for summary judgment and therefore are allowable by law.

5. The amount of $4539.90 listed on the Bill of Costs for the deposition transcript fees and expenses associated with the Depositions is correct and has been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: New York, New York
April 27, 2015


*/s Andrew H. Bart*
Andrew H. Bart

**EXHIBIT A**

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Andrew K. Bart |  | Invoice #: | NY2030957 |
|---|---|---|---|---|
|  | Jenner & Block LLP |  | Invoice Date: | 5/8/2014 |
|  | 919 3rd Ave. |  | Balance Due: | $1,641.75 |
|  | 37th Floor |  |  |  |
|  | New York, NY, 10022-3915 |  |  |  |

| Case: | Tufamerica, Inc. v. Diamond, Michael, Et Al, | Atty: | x |
|---|---|---|---|
| Job #: | 1853209 | Job Date: 5/1/2014 | Delivery: Expedited | Client Billing/Matter #: | x |
| Billing Atty: | Andrew K. Bart |  |  |
| Location: | Jenner & Block |  |  |
|  | 1099 New York Avenue NW | Suite 900 | Washington, DC 20001 |  |  |
| Sched Atty: | | Jenner & Block LLP |  |  |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Tony Fisher | Original with 1 Certified Transcript | Page | 315.00 | $2.75 | $866.25 |
|  | Transcript - Expedited Fee | Page | 315.00 | $2.00 | $630.00 |
|  | Exhibits | Per Page | 20.00 | $0.05 | $1.00 |
|  | CD Depo Litigation Package | Per CD | 1.00 | $25.00 | $25.00 |
|  | Attendance Fee | 1 | 2.00 | $40.00 | $80.00 |
|  | Shipping & Handling - Expedited | Package | 1.00 | $39.50 | $39.50 |

| Notes: |  |
|---|---|
| Invoice Total: | $1,641.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,641.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | Invoice #: | NY2030957 |
|---|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | Job #: | 1853209 |
| **www.Veritext.com** | **Veritext** | Invoice Date: | 5/8/2014 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | Balance: | $1,641.75 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | | |

26806

**Veritext New York Reporting Co.**
330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | Invoice #: | NY2030938 |
|---|---|---|---|
| **Bill To:** | Andrew K. Bart | Invoice Date: | 5/8/2014 |
| | Jenner & Block LLP | Balance Due: | $1,517.15 |
| | 919 3rd Ave. | | |
| | 37th Floor | | |
| | New York, NY, 10022-3915 | | |

| | |
|---|---|
| **Case:** | Tufamerica, Inc. v. Diamond, Michael, Et Al, |
| **Job #:** | 1853208 \| Job Date: 4/30/2014 \| Delivery: Expedited |
| **Billing Atty:** | Andrew K. Bart |
| **Location:** | Jenner & Block |
| | 1099 New York Avenue NW \| Suite 900 \| Washington, DC 20001 |
| **Sched Atty:** | \| Jenner & Block LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| James Avery | Original with 1 Certified Transcript | Page | 283.00 | $2.75 | $778.25 |
| | Transcript - Expedited Fee | Page | 283.00 | $2.00 | $566.00 |
| | Exhibits | Per Page | 132.00 | $0.05 | $6.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $25.00 | $25.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 132.00 | $0.05 | $6.60 |
| | Attendance Fee | 1 | 2.00 | $40.00 | $80.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $54.70 | $54.70 |

**Notes:**

| | |
|---|---|
| Invoice Total | $1,517.15 |
| Payment | $0.00 |
| Credit | $0.00 |
| Interest | $0.00 |
| Balance Due | $1,517.15 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| To pay online, go to www.Veritext.com | Please remit payment to: | Invoice #: | NY2030938 |
|---|---|---|---|
| | Veritext | Job #: | 1853208 |
| Veritext accepts all major credit cards | P.O. Box 71303 | Invoice Date: | 5/8/2014 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | Balance: | $1,517.15 |

26806

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Nathaniel H. Benforado<br>Jenner & Block LLP<br>919 3rd Ave.<br>37th Floor<br>New York, NY, 10022-3915 | **Invoice #:** NY2038833<br>**Invoice Date:** 5/19/2014<br>**Balance Due:** $1,381.00 |

| | |
|---|---|
| **Case:** | Tufamerica, Inc. v. Diamond, Et Al. |
| **Job #:** | 1858527 \| Job Date: 5/6/2014 \| Delivery: Expedited |
| **Billing Atty:** | Nathaniel H. Benforado |
| **Location:** | Sheppard Mullin<br>30 Rockefeller Plz \| 39th Fl \| New York, NY 10112 |
| **Sched Atty:** | Thomas Monahan \| Sheppard Mullin Richter & Hampton LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Will Scott | Certified Transcript | Page | 244.00 | $3.25 | $793.00 |
| | Transcript - Expedited Fee | Page | 244.00 | $2.25 | $549.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $39.00 | $39.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,381.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,381.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NY2038833<br>**Job #:** 1858527<br>**Invoice Date:** 5/19/2014<br>**Balance:** $1,381.00 |
|---|---|---|

26806

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TUFAMERICA, INC.,

             Plaintiff,

             v.

MICHAEL DIAMOND, *et al.*,

             Defendants.

Case No. 12 Civ. 3529 (AJN)

**CERTIFICATE OF SERVICE**

---

I, ANDREW H. BART, hereby certify that on April 27, 2015, Defendants Universal–Polygram International Publishing, Inc. (incorrectly named as Universal Music Publishing, Inc. and Universal Music Publishing Group) and Capitol Records, LLC's Notice of Filing of Bill of Costs and Request to Clerk to Tax Costs, Bill of Costs, and Declaration of Andrew H. Bart in Support of the UMG Defendants' Bill of Costs were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon all counsel of record.

Dated: New York, New York
       April 27, 2015

                                       */s Andrew H. Bart*
                                       Andrew H. Bart