USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2015

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern    District of    New York

TUFAMERICA, INC.

V.

MICHAEL DIAMOND et al.,

## BILL OF COSTS

Case Number: 12 CV 3529 (AJN)

Judgment having been entered in the above entitled action on ___3/26/2015___ against ___TUFAMERICA, INC.___ ,
the Clerk is requested to tax the following as costs:                                      Date

| | |
|---|---|
| Fees of the Clerk ..................................................... | $ _____ |
| Fees for service of summons and subpoena ........................................ | _____ |
| DEPOSITION TRANSCRIPTS ORIGINAL 4 1 COPY ALLOWABLE | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | ~~3,569.65~~ 3,214.4 |
| Fees and disbursements for printing .............................................. | _____ |
| Fees for witnesses (itemize on page two) ......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ............................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ...................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ................................................... | _____ |
| DONE ON SUBMISSION, OBJECTIONS (1 ω) | |
| | TOTAL    $ ~~3,569.65~~ 3,214.40 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:    Thomas M. Monahan

For: ___M. Diamond, A. Horovitz, the Estate of A. Yauch and Brooklyn Dust Music___ . Date: ___4/27/2015___
                        Name of Claiming Party

Costs are taxed in the amount of $ 3,214.40 _____ and included in the judgment.

___RUBY J. KRAJICK___    By: _____    ___5/12/2015___
Clerk of Court                    Deputy Clerk                    Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TUFAMERICA, INC.,

                      Plaintiff,

                v.

MICHAEL DIAMOND, ADAM HOROVITZ,
and ADAM YAUCH, p/k/a BEASTIE BOYS,
UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC PUBLISHING GROUP,
BROOKLYN DUST MUSIC, and CAPITOL
RECORDS, LLC,

                    Defendants.
-----------------------------------------------------------x

Case No. 12 CV 3529 (AJN)

**DECLARATION OF THOMAS M.
MONAHAN IN SUPPORT OF THE
BEASTIE BOYS DEFENDANTS'
BILL OF COSTS**

I, THOMAS M. MONAHAN, hereby declare as follows:

    1.    I am an associate at the law firm of Sheppard, Mullin, Richter & Hampton LLP

("Sheppard Mullin"), and counsel to defendants Michael Diamond, Adam Horovitz, the Estate of

Adam Yauch and Brooklyn Dust Music (collectively, the "Beastie Boys Defendants") in the

above-referenced action. I am admitted to practice law in the State of New York and before this

Court. The statements made in this declaration are based upon my personal knowledge,

including upon information provided to me by colleagues or other personnel working under my

supervision in this case. I submit this declaration in support of the Beastie Boys Defendants' Bill

of Costs submitted herewith.

    2.    The Beastie Boys Defendants' Bill of Costs seeks taxation of costs totaling

$3,569.65 for deposition transcript fees and expenses incurred in the depositions of three

witnesses: Tony Fisher, Will Scott and James Avery (collectively, the "Depositions").

3.     True and correct copies of the invoices for the Depositions are attached hereto as Exhibits A, B and C.

4.     The transcripts of the Depositions were used by the defendants in support of their successful motion for summary judgment (see Document Nos. 79-3, 79-4 and 80-26) and therefore are allowable by law.

5.     The amount of $3,569.65 listed on the Bill of Costs for the deposition transcript fees and expenses associated with the Depositions is correct and has been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:          April 27, 2015
                New York, New York

                                                _____
                                                Thomas M. Monahan

# EXHIBIT A

# Veritext  New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Thomas Monahan<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>30th Floor<br>New York, NY, 10112-0015 | **Invoice #:** NY2038783<br>**Invoice Date:** 5/19/2014<br>**Balance Due:** $1,266.00 |

| | |
|---|---|
| **Case:** | Tufamerica, Inc. v. Diamond, Et Al. |
| **Job #:** | 1858527 \| Job Date: 5/6/2014 \| Delivery: Expedited |
| **Billing Atty:** | Thomas Monahan |
| **Location:** | Sheppard Mullin |
| | 30 Rockefeller Plz \| 39th Fl \| New York, NY 10112 |
| **Sched Atty:** | Thomas Monahan  \| Sheppard Mullin Richter & Hampton LLP |

212-W-193602

| | | | | | |
|---|---|---|---|---|---|
| Will Scott | Original with 1 Certified Transcript | Page | 244.00 | $4.50 | $1,098.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Attendance Fee | 1 | 2.00 | $45.00 | $90.00 |
| | Shipping & Handling | Package | 1.00 | $39.00 | $39.00 |
| **Notes:** | | | | | $1,266.00 |
| | | | | | $0.00 |
| | | JUN 16 2014 | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $1,266.00 |

@1,098.00

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

```
* 9 0 0 3 2 4 0 2 6 *
```

42668

| | |
|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 |

| | |
|---|---|
| **Invoice #:** | NY2038783 |
| **Job #:** | 1858527 |
| **Invoice Date:** | 5/19/2014 |
| **Balance:** | $1,266.00 |

# EXHIBIT B

# Veritext  New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Theodore C. Max, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>30th Floor<br>New York, NY, 10112-0015 | **Invoice #:** NY2030956<br>**Invoice Date:** 5/8/2014<br>**Balance Due:** $1,188.20 |

| | |
|---|---|
| **Case:** | Tufamerica, Inc. v. Diamond, Michael, Et Al,   *212W-193602* |
| **Job #:** | 1853209 | Job Date: 5/1/2014 | Delivery: Normal |
| **Billing Atty:** | Theodore C. Max, Esq |
| **Location:** | Jenner & Block |
| | 1099 New York Avenue NW | Suite 900 | Washington, DC 20001 |
| **Sched Atty:** | | Jenner & Block LLP |

| | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 315.00 | $3.50 | $1,102.50 |
| | Exhibits | Per Page | 24.00 | $0.15 | $3.60 |
| Tony Fisher | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 24.00 | $0.15 | $3.60 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |
| **Notes:** | | | | | $1,188.20 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $1,188.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



MAY 13 2014

$1,106.10

ok to pay

Max

* 9 0 0 3 1 2 6 1 8 *

| | |
|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 |

| | |
|---|---|
| **Invoice #:** | NY2030956 |
| **Job #:** | 1853209 |
| **Invoice Date:** | 5/8/2014 |
| **Balance:** | $1,188.20 |

42868

# EXHIBIT C

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Theodore C. Max, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>30th Floor<br>New York, NY, 10112-0015 | **Invoice #:** NY2030936<br>**Invoice Date:** 5/8/2014<br>**Balance Due:** $1,115.45 |

| | |
|---|---|
| **Case:** | Tufamerica, Inc. v. Diamond, Michael, Et Al, 212W-193602 |
| **Job #:** | 1853208 | Job Date: 4/30/2014 | Delivery: Normal |
| **Billing Atty:** | Theodore C. Max, Esq |
| **Location:** | Jenner & Block |
| | 1099 New York Avenue NW | Suite 900 | Washington, DC 20001 |
| **Sched Atty:** | Jenner & Block LLP |

| | | | | | |
|---|---|---|---|---|---|
| James Avery | Certified Transcript | Page | 283.00 | $3.50 | $990.50 ✓ |
| | Exhibits | Per Page | 132.00 | $0.15 | $19.80 ✓ |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 132.00 | $0.15 | $19.80 |
| | Shipping & Handling | Package | 1.00 | $46.35 | $46.35 |
| **Notes:** | | | | | $1,115.45 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $1,115.45 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



*900312617*

RECEIVED
MAY 13 2014

OK to pay $1010.30

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42668

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY2030936 |
| **Job #:** | 1853208 |
| **Invoice Date:** | 5/8/2014 |
| **Balance:** | $1,115.45 |